AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

DARRYL DOWDELL

**CRIMINAL COMPLAINT**

CASE NUMBER: mj04-m-366 JLA

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 16, 2001__ in __Suffolk__ county, in the District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense) distribute a controlled substance, to wit: a quantity of crack cocaine

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

I further state that I am a(n) __Task Force Agent, DEA__ and that this complaint is based on the following
                                   Official Title
facts:

See attached affidavit of DEA Task Force Agent Joao Monteiro

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__11/17/04__ at __Boston, MA__
Date                                                    City and State

JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

**AFFIDAVIT**

I, Joao J. Monteiro, having been duly sworn, hereby depose and state:

1. I am a police officer with the Boston Housing Authority, and have been so employed for approximately 9 years. I am presently a Task Force Officer assigned to the Drug Enforcement Agency and have occupied this position for approximately 8 years. As a Task Force Officer, I am responsible for investigating violations of state and federal controlled substances laws in and around the city of Boston. As a result of my experience, I have been involved in numerous investigations relating to narcotics.

2. The statements contained in this affidavit are based on my own investigation and on information provided to me by other law enforcement authorities.

3. I make this affidavit in support of a criminal complaint charging an individual named Darryl DOWDELL, born in 1978 ("DOWDELL"), with distribution of cocaine base, a/k/a crack cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

4. As of July of 2001, I and other law enforcement officers were involved in an investigation into widespread drug dealing by various individuals at the Whittier Street Housing Development (the "Housing Development") in the Roxbury section of Boston.

5. On July 16, 2001, I and other officers met to plan an

undercover purchase of crack cocaine at the Housing Development; I was to make the purchase while other officers surveilled the transaction. I was fitted with a transmitting device to record conversations. In addition, an undercover vehicle was equipped with a concealed video camera to capture the transaction and any other activity.

6. At some point during the afternoon on July 16, 2001, I drove to the area of Ruggles, Whittier and Cabot Streets, which are located near to the Housing Development. I observed a group of young male individuals gathered on the sidewalk in the vicinity of Ruggles and Cabot Streets. I recognized one of the individuals from a previous drug transaction. I was aware that the man went by the street name "Smoke," and later learned that his true name is Darryl DOWDELL. I approached DOWDELL and asked him for the whereabouts of an individual from whom I'd previously purchased drugs in an undercover capacity. DOWDELL directed me to the vicinity of Dudley Square and I drove away.

7. I returned shortly thereafter, though, and pulled up again to DOWDELL, who was with three young men. DOWDELL approached the passenger side window of the vehicle and I negotiated with him to purchase $200.00 worth of crack cocaine. DOWDELL left the window and engaged in conversation with the other men. DOWDELL returned shortly thereafter and handed me six (6) plastic bags of suspected crack cocaine. I handed DOWDELL

$100.00 in cash and he instructed me to wait. Moments later, one of the men with DOWDELL, an individual later identified as Robert Sampson, approached the vehicle with DOWDELL. As Sampson leaned into the vehicle through the passenger side window, DOWDELL placed a plastic bag in Sampson's hand and Sampson in turn handed me a total of six (6) plastic bags of suspected crack cocaine. I then handed Sampson $100.00 in cash.

8.   After DOWDELL and Sampson walked away from the vehicle, I returned to a prearranged location and subsequently secured the suspected narcotics. The drugs were sent to a DEA laboratory in New York for testing. On or about October 19, 2001, the laboratory confirmed that the substance purchased from DOWDELL on July 16, 2001 consisted in the aggregate of 2.1 grams of cocaine base.

9.  Based on the foregoing, I submit there is probable cause to believe that on July 16, 2001, in Boston, Massachusetts, Darryl DOWDELL distributed a controlled substance, crack cocaine, in violation of 21 United States Code § 841(a).

I certify that the foregoing is true and correct. Executed at Boston, Massachusetts, this 17 day of November, 2004.

JOAO J. MONTEIRO
TASK FORCE AGENT, DEA

Subscribed and sworn before me this 17 day of November, 2004, in Boston, Massachusetts.

JOYCE LONDON ALEXANDER
United States Magistrate Judge

**Criminal Case Cover Sheet**     **U.S. District Court - District of Massachusetts**

**Place of Offense:**     Category No. __II__     Investigating Agency __DEA__

City __Boston__     **Related Case Information:**

County __Suffolk__     Superseding Ind./ Inf. _____     Case No. _____
Same Defendant _____     New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Darryl Dowdell__     Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date: __1978__   SS#: __6145__   Sex: __M__   Race: __Black__   Nationality: __American__

**Defense Counsel if known:** _____     Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Donald L. Cabell__     Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No     List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☒ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☒ Already in State Custody  __SCCI (South Bay)__   ☐ Serving Sentence   ☒ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☒ Complaint   ☐ Information   ☐ Indictment

Total # of Counts:  ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: November 17, 2004     Signature of AUSA: _[signature]_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Darryl Dowdell

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §841(a)(1) | Distribution of Cocaine Base | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   DEA

dowdell js45.wpd - 3/13/02