**DARRYL DOWDELL**
*SUFFOLK HOUSE OF CORRECTION*
*20 BRADSTON STREET (UNIT 3-2)*
*BOSTON, MASSACHUSETTS 02118*

FILED
IN CLERKS OFFICE

2005 FEB -9 P 3: 10

U.S. DISTRICT COURT
DISTRICT OF MASS

February 4, 2005

Law Clerk, - U.S. Magistrate Joyce London Alexander
United States District Court
 For The District Of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

RE: United States v. Darryl Dowdell
    Criminal Complaint No. 1:0-mj-00266-JLA-All

Dear Counselor:

    I am writing this correspondence pursuant to Title 18 USC § 3161 (i.e., demand for speedy trial rights).

    Inmate Legal here at South Bay has suggested that I contact your office since my case is before Magistrate Alexander.

    I'm also enclosing a copy of what I recently sent to the A.U.S.A. who is assigned to the case. I think you will find it somewhat interesting.

    More to the point, back in December of 2004 I filed the attached pleading with the Suffolk County Superior Court, after I learned the Suffolk County D.A.'s Office wanted to play games by using the "Long Arm" of the U.S. Attorney's office.

    Since by that time the case was almost four (4) years old, and violated every fiber of the Massachusetts Rules of Criminal Procedure, Rule 36, not to mention, constitutional rights under the state constitution, the attached **MOTION FOR EMERGENCY PROTECTIVE ORDER FROM SCANDALOUS ABUSE OF POWER** was filed under Mass.R.Crim.P. 16.

    I don't think the Magistrate will welcome this *"bowl of fish"*. The case should have never been dismissed in Suffolk Superior Court.

    The problem which has been created is the reality of pending litigation in both state and federal court, over "***garbage***" which now occurred almost five (5) years ago. In other words, the identical set of facts which gave rise to the state case, are the same used

-2-

as the basis for the instant complaint.

I hope you can assist in getting me before the Magistrate on the outstanding complaint, without any inordinate delay.

Your cooperation and assistance in this matter is greatly appreciated.

Sincerely yours,

Darryl Dowdell

Encl: