0401670, Darryl Dowdell
20 Bradston Street
Boston, MA. 02118

FILED
CLERKS OFFICE
2005 MAR -9 PM 12: 35
U.S. DISTRICT COURT
DISTRICT OF MASS

March 8, 2005

Clerk of Criminal Court
US District Court for
The District of Massachusetts
1 Courthouse Way
Boston, MA. 02210

Re: USA v. Dowdell, 04-mj-00266-JLA-ALL

Dear Clerk:

    My name is Darryl Dowdell. I am the defendant in the above numbered matter. On February 22, 2005, the enclosed petition for a speedy Trial was submitted to the Court. I would like to know if the Court received the petitition and if a Court date has been set for me. I do not have an attorney representing me in this matter.

Thank you for your help.

Sincerely,

Darryl M. Dowdell

cc: File