UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 05-10078-NMG |
| | ) | |
| v. | ) | VIOLATION: |
| | ) | |
| DARRYL DOWDELL | ) | 21 U.S.C. § 841-- |
| | ) | Distribution of Controlled |
| | ) | Substances |

### INDICTMENT

**COUNT ONE:**   (21 U.S.C. § 841(a)(1)--Distribution Of Cocaine)

The Grand Jury charges that:

On or about July 16, 2001, at Boston, in the District of Massachusetts,

**DARRYL DOWDELL,**

defendant herein, knowingly and intentionally possessed with intent to distribute and distributed a quantity of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**A TRUE BILL**

*[signature]*
FOREPERSON OF THE GRAND JURY

*[signature]*
DONALD L. CABELL
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; March 23, 2005.

Returned into the District Court by the Grand Jurors and filed.

*[signature]* 2:37 pm
DEPUTY CLERK

JS 45 (5/97) - (Revised USAO MA 3/25/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**           **Category No.** II        **Investigating Agency** DEA

**City** Boston                 **Related Case Information:**

**County** Suffolk              Superseding Ind./ Inf. _____   Case No. _____
                                Same Defendant _____   New Defendant _____
                                Magistrate Judge Case Number   MJ-04-M266-JLA
                                Search Warrant Case Number _____
                                R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Darryl Dowdell                    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date: 1978    SS#: 6145    Sex: M   Race: Black        Nationality: American

Defense Counsel if known: _____        Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Donald L. Cabell            Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No         List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date: _____

☒ Already in Federal Custody as   of March 22, 2005   in _____
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____   on _____

Charging Document:   ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date: March 23, 2005       Signature of AUSA: _/s/ Donald Cabell_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Darryl Dowdell

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. §841(a)(1) | Distribution of Cocaine Base | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:    DEA

dowdell js45.wpd - 3/13/02