UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
          v.                      )      CRIMINAL NO. 05-10078-NMG
                                  )
DARRYL DOWDELL                    )
                Defendant         )


**JOINT MEMORANDUM**
**PURSUANT TO LOCAL RULE 116.5(A)**

Pursuant to Local Rule 116.5(A), the United States and Defendant Darryl Dowdell (collectively, the "parties") state as follows:

(1) The parties do not seek any relief from the otherwise applicable timing requirements imposed by L.R. 116.3.

(2) The defendant requests discovery concerning expert witnesses. The parties propose that the government be required to disclose such discovery at least 30 days prior to trial, and that the defendant be required to provide reciprocal discovery at least 14 days prior to trial.

(3) Aside from discovery concerning expert witness testimony, the government does not anticipate providing additional discovery. Should the need for additional discovery arise, the parties do not anticipate there will be any issues that need to be resolved by the Court.

(4) The defendant may file one or more dispositive motions and a motion date therefore should be established under Fed. R. Crim. P. 12(c).

(5) The parties propose that the Court enter an Order excluding the 28 day time period from the defendant's arraignment on March 29, 2005, and further exclude the time from the parties' initial status conference to the next scheduled status conference.

(6) The parties have begun discussions regarding resolution of the case short of trial.  Those discussions remain ongoing but no agreement has been reached as yet. Should a trial occur, the parties anticipate it will last approximately three days.

(7) The parties propose that the Court convene an interim or final status conference in early June of 2005.


DARRYL DOWDELL                          MICHAEL J. SULLIVAN
By His Attorney                         United States Attorney

                            By:


/s/Robert Y. Murray                     /s/Donald L. Cabell
ROBERT Y. MURRAY, ESQ.                  DONALD L. CABELL
Ramsey & Murray                         Assistant U.S. Attorney
225 Friend Street                       U.S. Courthouse
Boston, MA 02114                        1 Courthouse Way
(617) 723-8100                          Suite 9200
                                        Boston, MA 02210
                                        (617) 748-3105


May 10, 2005