```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10078-NMG |
| | ) | |
| DARRYL DOWDELL | ) | |
| Defendant | ) | |

### **GOVERNMENT'S ASSENTED-TO MOTION TO EXCLUDE TIME**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby moves with the defendant's assent that the Court enter an order excluding the time period from the parties' initial status conference on May 11, 2005 to June 30, 2005, the scheduled date of the final status conference.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                            By:

                                    /s/Donald L. Cabell
                                    DONALD L. CABELL
                                    Assistant U.S. Attorney