UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

DARRYL DOWDELL
         Defendant

CRIMINAL CASE
NO.05-10078 NMG

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

       On June 30, 2005, parties appeared before this Court for a Final Status Conference. With regard to the following issues, the parties have represented that:

1. There are no features of case that deserve special attention or modification of the standard schedule;

2. Discovery is complete and there are no pending discovery motion;

3. There is no supplemental discovery anticipated;

4. (a) 5. The applicable periods of excludable delay under the Speedy Trial Act include: March 29, 2005, through April 25, 2005 (28 days) and May 11, 2005, through June 30, 2005 (50 days), for a total of one seventy-eight (78) days as of June 30, 2005. The parties have not made written motion to exclude the time from April 25, 2005, through May 11, 2005 (14 days);
   (b) The parties have stated that the total amount of time to proceed to trial is fifty-six (56) days as of June 30, 2005;
   (c) There are anticipated motions that may cause additional excludable time under the Speedy Trial Act;

5. (a) The defendant does not intend to raise a defense of insanity;
   (b) The defendant does not intend to raise a defense of public authority;

6. The government has not requested notice of alibi by the;

7. (a) There are anticipated motions to suppress or dismiss that would require a ruling by

1

the District Court before trial;
  (b) A briefing schedule has been established;

8. The parties have requested that the case not be reported to the District Judge prior to July 8, 2005;

9. Resolution of case without trial is uncertain;

10. Trial is necessary. The estimated duration of trial would be four (4) days;

11. Other matters include an oral motion by the defendant to extend the date by which to file dispositive motions to July 8, 2005.

    IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12 (c) has been established. The defendant shall file dispositive motions on or before July 8, 2005, and the government shall file its responses on or before July 22, 2005. Whereas all pretrial matters before the Magistrate Judge will have been resolved by July 8, 2005, the case will be returned to the District Judge on July 8, 2005.

    HONORABLE JOYCE LONDON ALEXANDER
    U.S. MAGISTRATE JUDGE

    By the Court:

June 30, 2005    /S/ Rex Brown
Date    Courtroom Clerk
    (617) 748-9238