United States District Court

District Of Massachusetts

United States Of America

    v.

Darryl Dowdell                              Cr. No. 2005-10078-NMG

<u>Motion To Dismiss Appointed Counsel</u>

<u>And To Appoint New Counsel</u>

Now comes the Defendant, Darryl Dowdell, and respectfully requests that this Honorable Court dismiss his appointed counsel and to appoint new counsel to represent him in the above numbered matter.

As grounds for this motion to be allowed, Please see the Defendant's Affidavit attached hereto as Exhibit "A."

Dated: December 22nd, 2005                      Respectfully submitted,

                                                                   By the Defendant,

                                                                   Darryl Dowdell, P1528856

                                                                   P.O. Box 807

                                                                   Middleton, Ma 01949