United States District Court

District Of Massachusetts

United States Of America

v.

Darryl Dowdell, 05-10078-NMG

### Affidavit Of Darryl Dowdell

I, Darryl Dowdell, DePose and say that the following is true:

1. I am the defendant in the above entitled matter.
2. On March 23, 2005, Attorney Robert Murray was appointed by the Court to represent me in the above numbered matter.
3. Attorney Murray has no interest in my case.
4. I have sent several letters to Attorney Murray's office requesting that he obtain and provide me with evidence (Police reports, tapes, and documents from State Court) pertaining to my case, but Attorney Murray has continued to ignore my requests and he has not responded to any of my letters.
5. I have tried to contact Attorney Murray at his office numerous times by phone, but every time I call his office I cannot get through to him.
6. Attorney Murray and I have a lack of understanding and a complete breakdown in communication with each other.
7. Attorney Murray and I have a disagreement on trial strategy.
8. For the above reasons stated, I respectfully request that this Honorable Court allow my motion.

Signed under the Pains and penalties of Perjury on this 22nd day of December, 2005.

## Certificate Of Service

I, Darryl Dowdell, hereby Certify that I have served a copy of the Motion to Dismiss Appointed Counsel and to Appoint New Counsel upon Attorney Murray and the Government by mailing a copy thereof, Postage PrePaid, to Donald L. Cabell, Assistant U.S. Attorney, John Joseph Moakley Courthouse, One Courthouse Way, Boston, MA 02210 and to Attorney Robert Murray Defense Counsel, 225 Friend Street, Boston, MA 02114 on this 22nd day of December.