Darryl Dowdell, P152856
P.O. Box 807
Middleton, MA. 01949

January 25th, 2006

Judge Nathaniel Gordon
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA. 02210

Dear Judge Gordon,

My name is Darryl Dowdell and I am the Defendant in case number 2005-10078-NMG, USA v. DOWDELL. On December 23, 2005 I filed a motion to dismiss appointed counsel and to appoint new counsel with the Court. Attorney Murray and I have a disagreement on trial strategy and a complete breakdown in communication with each other. I have made several requests to Attorney Murray that he provide me with video tapes, DEA reports, and other documents from State Court pertaining to my case but Attorney Murray has continuesly ignored my requests. I have also provided Attorney Murray with documents from witnesses that show I was denied effective assistance of Counsel in State Court and I requested to Attorney Murray that he help me vacate that conviction but Mr. Murray has continued to ignore my requests and Counsel once stated to me that he cannot help me vacate my prior convictions because the clerks in State Court do not know him. Judge my life is on the line here and I am requesting that the court appoint me an attorney who is effective. I have tryed to work out my differences with Attorney Murray but we cannot come to an understanding with each other. Judge please look into this. All I am asking for is to be provided with effective assistance of Counsel to help me with my case.

Thank you for your time and attention in this important matter, and I respectfully

request that this Honorable Court grant my request for new Counsel.

Sincerely,

Darryl M. Dowdell