Darryl Dowdell, P152856
E.C.C.F.
P.O. Box 807
Middleton, MA. 01949

Clerk of Criminal Court
United States District Court
John J. Moakley Courthouse
One Courthouse Way
Boston, MA. 02210

Dear Clerk,

    My name is Darryl Dowdell and I am the defendant in case 2005-10078-NMG (USA vs DOWDELL). On February 14, 2006 Judge Gordon allowed my Motion for New Counsel and he informed me that new counsel would be assigned to my case in a few days. As to date I have not heard anything from new counsel. At your earliest convenience, please send me a copy of the docket entry sheet so I can see if new counsel has been assigned to my case.

I am incarcerated at the Essex County Correctional Facility in Middleton and I do not have any funds to pay for a copy of the docket entry sheet. Therefore I am requesting that any fee or court cost be waived.

Your assistance in this matter is greatly appreciated.

Sincerely,

*[signature]*