FILED
IN CLERKS OFFICE

2006 MAR -2  P 1:24

U.S. DISTRICT COURT
DISTRICT OF MASS.

Darryl Dowdell, P152856
E.C.C.F.
P.O. Box 807
Middleton, MA. 01949

CR 05 10078 - NMG

Clerk of Criminal Court
US District Court
One Courthouse Way
Boston, MA. 02210

Re: USA vs DOWDELL, 2005-10078

Dear Clerk,

My name is Darryl Dowdell and I am the defendant in the above numbered case. On February 20, 2006, I sent a letter to the clerk of criminal Court requesting a copy of the docket entry sheet for my case but as to date I have not received any response from the clerk's office. On February 14, 2006 Judge Gordon allowed my motion for New Counsel and he informed me that new counsel would be appointed to my case in a few days but as to date I have not heard anything from new counsel. At your earliest convenience, please send me a copy of the docket sheet or inform me if new counsel has been appointed to represent me so I can contact new counsel.

I am indigent and without any funds of my own to pay for a copy of the docket sheet. THEREFORE, I am requesting that any fee(s) or Court cost(s) be waived by the Court.

Thank you for your time in this important matter.

Sincerely,
Darryl M. Dowdell