```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,        )  CR.No. 05-10078-NMG
                                 )
                Plaintiff        )
                                 )
   v.                            )
                                 )
                                 )
DARRYL DOWDELL                   )
                                 )
                Defendant.       )
_____)
```

## MOTION TO MODIFY AND OR SUPPLEMENT PRIOR COUNSEL'S MOTION TO DISMISS

COMES NOW DEFENDANT DARRYL DOWDELL by and through his attorney of record and moves this Honorable Court to allow defendant's new counsel to file supplemental memorandum either modifying/supplementing or correcting the motion to dismiss filed by prior counsel.

In support thereof counsel states as follows:

1. Counsel was appointed as successor counsel on or about March 8 2004.

2. The instant action arises out of a state proceeding, a copy of the docket is attached hereto.

3. There have been several prior counsel who have represented Mr. Dowdell and this counsel has attempted to contact all to examine or learn about the full status of the record.

4. It appears that there are discovery documents that have been lost or misplaced between the transfer of counsel.

5. A review of both the state and Federal proceedings raises grave concerns that Mr. Dowdell's Due Process Rights have not been adequately protected. Attached hereto is a time line reflecting the pertinent filings in the state and Federal proceedings.

6. A review of the motion that was previously filed raises concerns that the pertinent issues have not been adequately briefed.

Wherefore, Mr. Dowdell through counsel respectfully requests additional time to modify/correct/supplement the motion to dismiss previously filed.

Date: June 16, 2006          Respectfully, Submitted:

                             BOURBEAU & BONILLA


                             *S/Victoria M. Bonilla*

                             VICTORIA M. BONILLA, BBO # 558750
                             77 Central Street, 2nd Floor
                             Boston, MA 02109
                             (617) 350-6868

                             Attorney for Defendant

**Certificate of Service**
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.          *S/ Victoria M. Bonilla*

# Commonwealth of Massachusetts
# SUFFOLK SUPERIOR COURT
# Case Summary
# Criminal Docket

## Commonwealth v Dowdell, Darryl B

Details for Docket: SUCR2002-10281

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | SUCR2002-10281 | **Caption:** | Commonwealth v Dowde Darryl B |
| **Entry Date:** | 03/25/2002 | **Case Status:** | Criminal 1 Ctrm 704 |
| **Status Date:** | 12/17/2004 | **Session:** | Disposed |
| **Lead Case:** | NA | **Deadline Status:** | Deadline act |
| **Trial Deadline:** | 04/03/2002 | **Jury Trial:** | NO |

## Parties Involved

2 Parties Involved in Docket: SUCR2002-10281

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Dowdell | **First Name:** | Darryl B |
| **Address:** | 293 Washington Street | **Address:** | |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02121 | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff |
| **Last Name:** | Commonwealth | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

## Attorneys Involved

5 Attorneys Involved for Docket: SUCR2002-10281

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | SUFF03 |
| **Last Name:** | Hathaway | **First Name:** | Nancy L |
| **Address:** | 1 Bulfinch Place | **Address:** | 3rd floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02114 | **Zip Ext:** | |
| **Telephone:** | 617-619-4000 | **Tel Ext:** | |
| **Fascimile:** | 617-619-4009 | **Representing:** | Commonwealth, (Plaintiff) |
| | | | |
| **Attorney Involved:** | | **Firm Name:** | |
| **Last Name:** | Carroll | **First Name:** | Bruce W |
| **Address:** | 61-63 Chatham Street | **Address:** | 6th Floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02109 | **Zip Ext:** | |
| **Telephone:** | 617-720-1413 | **Tel Ext:** | |
| **Fascimile:** | 617-227-4767 | **Representing:** | Dowdell, Darryl B (Defendant) |
| | | | |
| **Attorney Involved:** | | **Firm Name:** | MA114 |
| **Last Name:** | Julian | **First Name:** | John M |
| **Address:** | ****JUSTICE**** | **Address:** | |
| **City:** | Edgartown | **State:** | MA |
| **Zip Code:** | 02539 | **Zip Ext:** | |
| **Telephone:** | | **Tel Ext:** | |
| **Fascimile:** | | **Representing:** | Commonwealth, (Plaintiff) |
| | | | |
| **Attorney Involved:** | | **Firm Name:** | |
| **Last Name:** | Iler Jr | **First Name:** | William M |
| **Address:** | PO Box 1005 | **Address:** | Back Bay Annex |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02117 | **Zip Ext:** | 2997 |
| **Telephone:** | 617-835-1626 | **Tel Ext:** | |
| **Fascimile:** | | **Representing:** | Commonwealth, (Plaintiff) |
| | | | |
| **Attorney Involved:** | | **Firm Name:** | |
| **Last Name:** | Kelly | **First Name:** | Arthur L |

| Address: | 580 Washington Street | Address: | Suite 2B |
| City: | Newton | State: | MA |
| Zip Code: | 02458 | Zip Ext: | |
| Telephone: | 617-969-6724 | Tel Ext: | |
| Fascimile: | 617-969-6321 | Representing: | Dowdell, Darryl B (Defendant) |

# Calendar Events

31 Calendar Events for Docket: SUCR2002-10281

| No. | Event Date: | Event Time: | Calendar Event: | SES: | Event Status: |
|---|---|---|---|---|---|
| 1 | 04/03/2002 | 09:30 | Arraignment | CM | Event held as scheduled |
| 2 | 05/01/2002 | 09:30 | Conference: Pre-Trial | CM | Event held as scheduled |
| 3 | 06/05/2002 | 09:30 | Conference: Pre-Trial | CM | Event held as scheduled |
| 4 | 07/10/2002 | 09:30 | Conference: Pre-Trial | CM | Event held as scheduled |
| 5 | 07/22/2002 | 09:30 | Conference: Status Review | CM | Event held as scheduled |
| 6 | 09/09/2002 | 09:30 | Conference: Status Review | CM | Event held as scheduled |
| 7 | 10/15/2002 | 09:30 | Conference: Status Review | CM | Event held as scheduled |
| 8 | 11/05/2002 | 09:30 | Conference: Status Review | CM | Event held as scheduled |
| 9 | 12/04/2002 | 09:30 | Hearing: Appt Counsel | CM | Event held as scheduled |
| 10 | 01/10/2003 | 09:30 | Hearing: Appt Counsel | CM | Event held as scheduled |
| 11 | 02/07/2003 | 09:30 | Hearing: Appt Counsel | CM | Event held as scheduled |
| 12 | 03/12/2003 | 09:30 | Conference: Status Review | CM | Event held as scheduled |
| 13 | 04/17/2003 | 09:30 | Hearing: Evidentiary-suppression | CM | Event held as scheduled |
| 14 | 05/27/2003 | 09:30 | Hearing: Evidentiary-suppression | CM | Event held as scheduled |
| 15 | 06/20/2003 | 09:30 | Conference: Status Review | CM | Event held as scheduled |
| 16 | 07/25/2003 | 09:30 | Conference: Status Review | CM | Event held as scheduled |
| 17 | 09/02/2003 | 09:30 | Conference: Status Review | CM | Event held as scheduled |
| 18 | 10/14/2003 | 09:30 | Status: Motion review/assignment | CM | Event canceled not re-scheduled |
| 19 | 10/15/2003 | 09:30 | Status: Motion review/assignment | CM | Event held as scheduled |
| 20 | 11/19/2003 | 09:30 | Status: Motion review/assignment | CM | Event held as scheduled |
| 21 | 12/05/2003 | 09:30 | Hearing: Misc Matters | CM | Event held as scheduled |
| 22 | 01/26/2004 | 09:30 | Conference: Status Review | 1 | Event not held--joint reques |
| 23 | 02/12/2004 | 09:30 | Conference: Status Review | 1 | Event held as scheduled |
| 24 | 03/31/2004 | 09:30 | Conference: Status Review | 1 | Event not held--joint reques |
| 25 | 04/12/2004 | 09:30 | Hearing: Appt Counsel | 1 | Event held as scheduled |
| 26 | 08/02/2004 | 09:30 | Hearing: Appt Counsel | 1 | Event held as scheduled |

| 27 | 08/23/2004 | 09:30 | Conference: Status Review | CM | Event not held--req of Defendant |
| 28 | 09/28/2004 | 09:30 | Conference: Status Review | CM | Event held as scheduled |
| 29 | 11/18/2004 | 09:30 | Hearing: Non-eviden-Discovery | CM | Event held as scheduled |
| 30 | 12/03/2004 | 09:30 | Status: Motion review/assignment | CM | Event not held--joint reques |
| 31 | 12/17/2004 | 09:30 | Conference: Status Review | CM | Event held as scheduled |

## Full Docket Entries

87 Docket Entries for Docket: SUCR2002-10281

| Entry Date: | Paper No: | Docket Entry: |
|---|---|---|
| 03/25/2002 | 1 | Indictment returned |
| 03/25/2002 | 2 | Motion by Commonwealth for arrest warrant to issue; filed & allowed |
| 03/25/2002 | 2 | (Merrick, J.) |
| 03/25/2002 | | Warrant on indictment issued |
| 03/25/2002 | | Warrant was entered onto the Warrant Management System May 25, 2002 |
| 04/03/2002 | | Defendant brought into court. Warrant recalled. |
| 04/03/2002 | | Committee for Public Counsel Services appointed (G. Gonzalez - |
| 04/03/2002 | | arraignment only). |
| 04/03/2002 | | Appointment of Counsel Bruce W Carroll - case-in-chief. |
| 04/03/2002 | | Deft arraigned before Court |
| 04/03/2002 | | Deft waives reading of indictment |
| 04/03/2002 | | RE Offense 1:Plea of not guilty |
| 04/03/2002 | | RE Offense 2:Plea of not guilty |
| 04/03/2002 | | RE Offense 3:Plea of not guilty |
| 04/03/2002 | | RE Offense 4:Plea of not guilty |
| 04/03/2002 | | Deft notified of right to request drug exam |
| 04/03/2002 | | Deft released on personal recognizance in the sum of $100.00 without |
| 04/03/2002 | | prejudice. Bail warning read. Wilson, AC/M - W. Iler, ADA - ERD - |
| 04/03/2002 | | G. Gonzalez, Attorney |
| 04/03/2002 | | Warrant canceled on the Warrant Management System April 03, 2002 |
| 05/01/2002 | 3 | Defendant not in Court. Commonwealth files letter of discovery. |
| 05/01/2002 | 3 | Wilson, AC/M - M. Iler, ADA - ERD - B. Carroll, Attorney |
| 12/04/2002 | | Defendant not in court. Wilson, AC/M - C. Bartoloni, ADA - ERD - B. |
| 12/04/2002 | | Carroll, Attorney. |
| 01/10/2003 | | Defendant not present. Wilson, AC/M - C. Bartoloni, ADA - J. |
| 01/10/2003 | | Lentini, Court Reporter - B. Carroll, Attorney |
| 02/07/2003 | | Defendant not present. Wilson, AC/M - N. Hathaway, ADA - ERD - B. |
| 02/07/2003 | | Carrol, Attorney. |

| Date | # | Entry |
|---|---|---|
| 03/12/2003 | | Defendant came into court Wilson, AC/M - N. Hathaway, ADA- ERD - B. |
| 03/12/2003 | | Carroll, Attorney |
| 04/17/2003 | | Defendant came into court. Wilson, AC/M - ERD - B. Carroll, Attorney |
| 05/27/2003 | | Defendant came into court. Wilson, Mag - G. Brooks for N. Hathaway, |
| 05/27/2003 | | ADA - ERD - B. Carroll, Attorney |
| 06/20/2003 | | Defendant came into court. Wilson, Mag - G. Brooks for J. Woodbury, |
| 06/20/2003 | | ADA - ERD - B. Carroll, Attorney |
| 07/25/2003 | | Defendant not present. Ford, Mag -ERD |
| 09/02/2003 | | Defendant came into court |
| 09/02/2003 | 4 | Commonwealth files notice of discovery. Wilson, Mag - ERD - B. |
| 09/02/2003 | 4 | Carroll, Attorney |
| 10/15/2003 | | Defendant not present |
| 10/15/2003 | 5 | Deft files motion to suppress identification testimony with affidavit |
| 10/15/2003 | 5 | of counsel in support thereof. Wilson, Mag - C. Bartoloni for N. |
| 10/15/2003 | 5 | Hathaway, ADA - ERD - B. Carroll, Attorney |
| 11/19/2003 | | Defendant not present. Wilson, Mag - C. Bartoloni, ADA for N. |
| 11/19/2003 | | Hathaway - ERD - B. Carroll, Attorney. |
| 12/05/2003 | | Defendant not present. Wilson, Mag - N. Hathaway, ADA - ERD - B. |
| 12/05/2003 | | Carroll, Attorney. |
| 01/26/2004 | | Defendant not present. Lauriat, J. - C. Smith, Court Reporter - B. |
| 01/26/2004 | | Carroll, Attorney. |
| 02/12/2004 | | Defendant not present. Lauriat, J. - M. McDonald, Court Reporter. |
| 02/19/2004 | 6 | Attorney Bruce Carroll files motion to withdraw appearance. |
| 03/31/2004 | | Defendant not present. Fishman, J. - F. Leroux, Court Reporter - B. |
| 03/31/2004 | | Carroll, Attorney. |
| 04/12/2004 | | Defendant brought into court for hearing re: counsel |
| 04/12/2004 | | Motion (P#6) allowed. |
| 04/12/2004 | | Committee for Public Counsel Services appointed, pursuant to Rule 53 |
| 04/12/2004 | | Continued until May 10, 2004 by agreement for status. Walker, J. - |
| 04/12/2004 | | M. McDonald, Court Reporter - D. Regan, Attorney |
| 07/13/2004 | | Defendant not present. Continued to 8/2/04 re: Counsel. Wilson, Mag |
| 07/13/2004 | | - N. Hathaway, ADA - ERD - N. Caplan for K. Annesi, Attorney |
| 08/02/2004 | | Defendant brought into court for hearing re: counsel. CPCS allowed |
| 08/02/2004 | | to withdraw |
| 08/02/2004 | | Appointment of Counsel Arthur L Kelly, pursuant to Rule 53 |
| 08/02/2004 | | Continued until August 23, 2004 by agreement for status. Connor, J. |
| 08/02/2004 | | - A. McDonald, Court Reporter - A. Kelley, Attorney |
| 08/23/2004 | | Defendant not present in court, continued until September 28, 2004 at |
| 08/23/2004 | | request of defendant for status. Wilson, Mag - N. Hathaway, ADA - |
| 08/23/2004 | | E.R.D. - A. Kelly, Attorney |
| 09/28/2004 | | Defendant not present in court, continued until November 18, 2004 for |

| | | |
|---|---|---|
| 09/28/2004 | | Non-Evidentiary Motions by agreement. Motions to be filed by |
| 09/28/2004 | | 11/10/04.Wilson, MAG - N. Hathaway, ADA - ERD - A. Kelly, Attorney. |
| 11/18/2004 | | Defendant not present in court, continued until December 03, 2004 for |
| 11/18/2004 | | Filing of Motion to Suppress by agreement. Wilson, MAG - G. Brooks |
| 11/18/2004 | | for N. Hathaway, ADA - ERD - A. Kelly, Attorney |
| 12/03/2004 | | Defendant not present in court, continued until December 17, 2004 for |
| 12/03/2004 | | Status re: Federal Prosecution by agreement. Wilson, MAG - C. |
| 12/03/2004 | | Bartoloni for N. Hathaway, ADA - ERD - A. Kelly, Attorney |
| 12/17/2004 | | Defendant brought into court. |
| 12/17/2004 | 7 | Commonwealth files Nolle prosequi as to each offense. Statement of |
| 12/17/2004 | 7 | ADA Nancy Hathaway filed. Order of Discharge Issued. |
| 12/17/2004 | | RE Offense 1:Nolle prosequi |
| 12/17/2004 | | RE Offense 2:Nolle prosequi |
| 12/17/2004 | | RE Offense 3:Nolle prosequi |
| 12/17/2004 | | RE Offense 4:Nolle prosequi Wilson, MAG - W. Freeman for N. Hathaway, |
| 12/17/2004 | | ADA - ERD - A. Kelley, Attorney |
| 12/20/2004 | 8 | Deft files Pro Se: Motion for emergency protectiveorder from |
| 12/20/2004 | 8 | scandalous abuse of jpower in nature of intended NOlle Porsequi. |

## Charges

4 Charges for Docket: SUCR2002-10281

| No. | Charge Description: | Indictment: | Status: |
|---|---|---|---|
| 1 | Class B substnc, distrib/manufac, 2nd/subsqnt offense | | Nolle prosequ |
| 2 | Controlled substnc, school property | | Nolle prosequ |
| 3 | Controlled substnc, school property | | Nolle prosequ |
| 4 | Class B substnc, distrib/manufac, 2nd/subsqnt offense | | Nolle prosequ |

© Copyright, Massachusetts Administrative Office of the Trial Court, 2000 - 2001.

## DARRYL DOWDELL TIME LINE

| | |
|---|---|
| DATE OF OFFENSE: | 7/16/01 |
| STATE INDICTMENT: | 3/25/02 |
| STATE ARRAIGNMENT: | 4/3/02 |
| FEDERAL COMPLAINT: | 11/17/04 |
| STATE NOLLE PROSEQUI: | 12/17/04 |
| SPEEDY TRIAL MOTION FILED: | 2/9/05 |
| FEDERAL INDICTMENT: | 3/23/05 |