```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
        v.                  )   CRIMINAL NO. 05-10078-NMG
                            )
DARRYL DOWDELL              )
            Defendant       )
```

# GOVERNMENT'S MOTION FOR EXTENSION OF ONE DAY TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby moves for an extension of one day, from July 10 to July 11, 2006, to file its response to the defendant's supplemental motion to dismiss. In support of the motion, the government notes that the defendant has submitted an attorney-affidavit purporting to summarize a recent conversation with a Suffolk County Assistant District Attorney ("ADA") regarding the nature of the state prosecution(s) of the defendant. The undersigned AUSA expects to speak to the ADA later this afternoon and, upon information and belief, expects that the ADA will provide additional, pertinent information which would either refute or at a minimum qualify certain key assertions contained in the affidavit. The extension of one day will permit the AUSA to speak to the ADA and to incorporate the information into the government's response. The undersigned AUSA attempted to contact defense counsel to seek her assent but was unable to reach her.

      Respectfully submitted,

      MICHAEL J. SULLIVAN
      United States Attorney

By:

      <u>/s/Donald L. Cabell</u>
      DONALD L. CABELL
      Assistant U.S. Attorney