UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 05-10078 |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DARRYL DOWDELL ) | |
|     Defendant ) | |
| _____) | |

**DEFENDANT'S POTENTIAL WITNESS LIST**

    COMES NOW DEFENDANT, DARRYL DOWDELL, by and through his attorney of record and hereby submits the following list of potential witnesses. Defendant reserves the right to supplement this list as such witnesses become known as well as call rebuttal witnesses.

1. Defendant repeats and identifies each and every witness specified in the Government's List of Witnesses.

2. TFA JOAO MONTEIRO, Boston, MA

3. TFA PAUL HARTLEY, Boston, MA

4. ROBERT SAMPSON, Boston, MA

Date: July 11, 2006        Respectfully submitted,
                                        Bourbeau & Bonilla LLP

                                        /s/ *Victoria M. Bonilla*

                        By:   Victoria M. Bonilla
                              BBO No. 558750
                              77 Central St., 2nd Floor
                              Boston, MA 02109
                              (617)350-6868
                              Attorney for Defendant

**Certificate of Service**
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.    */S/ Victoria M. Bonilla*