```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
         v.                   )   CRIMINAL NO. 05-10078-NMG
                              )
DARRYL DOWDELL                )
         Defendant            )
```

**GOVERNMENT'S LIST OF WITNESSES**

The following is a list of names of individuals the government may call as witnesses in its case-in-chief. The government reserves the right to supplement this list as appropriate:

    (1) Joao Monteiro, DEA/Boston Housing Authority;
    (2) BPD Officer John Horan;
    (3) BPD Officer Wayne Hester; and
    (4) David Thornell, DEA

                            Respectfully submitted,
                            MICHAEL J. SULLIVAN
                            United States Attorney

                   BY:   /s/Donald L. Cabell
                            DONALD L. CABELL
                            Assistant U.S. Attorney
                            One Courthouse Way, Suite 9200
                            Boston, MA 02210