```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
        v.                  )   CRIMINAL NO. 05-10078-NMG
                            )
DARRYL DOWDELL              )
        Defendant           )
```

**GOVERNMENT'S LIST OF PROPOSED EXHIBITS**

The United States of America, through its attorneys Michael J. Sullivan, United States Attorney, and Assistant United States Attorney Donald L. Cabell, hereby submits the following list of proposed exhibits which it may use during its case-in-chief at trial. The government respectfully reserves the right to amend or supplement this list of its proposed exhibits.

1. A map of the area where the events on July 16, 2001 took place;

2. 6 bags of cocaine allegedly sold by the defendant to Officer Monteiro on July 16, 2001;

3. A videocassette recording of the events on July 16, 2001;

4. The booking photo taken of the defendant following his arrest on July 16, 2001; and

5. Two videocassettes from July 6, 2001 depicting various interactions between Officer Monteiro and others.

>Respectfully submitted,
>
>MICHAEL J. SULLIVAN
>United States Attorney
>
>By: <u>/s/Donald L. Cabell</u>
>    DONALD L. CABELL
>    Assistant U.S. Attorney
>    One Courthouse Way, Suite 9200
>    Boston, MA 02210