```
                  UNITED STATE DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS


                                        Criminal No. 05-10078


UNITED STATES OF AMERICA       )
     Plaintiff                 )
                               )
v.                             )
                               )
DARRYL DOWDELL                 )
     Defendant                 )
```

## MOTION TO PRECLUDE THE GOVERNMENT'S INTRODUCTION OF HIGH CRIME/DRUG AREA

Defendant, Darryl Dowdell, through undersigned counsel, respectfully requests that this Honorable Court preclude the Government from any mention, whether in opening, closing or in witness testimony, of opinion testimony regarding whether the area where the defendant was arrested was a high crime/drug area or that the police were aware of other narcotic investigations/arrests in that area.

The defendant states that the probative value of this evidence would be outweighed by its prejudicial effect. F.R.E.R. 403. The testimony would violate the defendant's constitutional right to association. Mr. Dowdell's police booking records denote that he lived on 650 Columbus Ave., Roxbury at the time of the purported incident, near the vicinity

1

of the Whittier Street projects.  The mere fact that an individual resides, hangs out or is near an area represented to be a high crime/drug area does not have any relevance to the matter at hand.  The area where the alleged transaction took place does not have any "tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence." F. R. E. R. 401.

WHEREFORE, Mr. Dowdell respectfully requests that the government be precluded from eliciting said testimony throughout the case.

Date: July 17, 2006                    Respectfully submitted,

                                       Bourbeau & Bonilla

                                       /s/ Victoria M. Bonilla

                                  By:  Victoria M. Bonilla
                                       BBO # 558750
                                       77 Central St., 2nd Floor
                                       Boston, MA 02109
                                       (617)350-6868

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.          /S/ Victoria M. Bonilla