UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Criminal No. 05-10078 |
| | ) | |
| DARYL DOWDELL | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

Now comes, Victoria M. Bonilla-Argudo and Michael Bourbeau of Bourbeau & Bonilla, LLP, as counsel for DARYL DOWDELL, Defendant, who has previously been granted in forma pauperis status, and respectfully move this Honorable Court to relieve them from further representation as to Mr. Dowdell.

As reasons therefore, counsel declares that:

1. Mr. Dowdell requests that we withdraw as counsel and that we proceed no further on his behalf. Counsel has met with Mr. Dowdell and Mr. Dowdell insists on counsel's withdrawal on the basis that the attorney-client relationship is irretrievably broken. Counsel will provide the reasons for such a breakdown during an ex-parte hearing if the Court so requests.

///

Wherefore, counsel moves to withdraw and requests that this Honorable Court either appoint new counsel or allow Mr. Dowdell to proceed pro se.

Date: August 8, 2006               Respectfully submitted,

                                    Bourbeau & Bonilla LLP

                                    /s/ *Victoria M. Bonilla*

                                    VICTORIA M. BONILLA-ARGUDO
                                    BBO# 558750
                                    77 Central St., 2nd Floor
                                    Boston, MA 02109
                                    (617)350-6868

                                    Attorney for Defendant