UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,**     ) | |
|                                     ) | |
|      v.                             ) | **CRIMINAL NO. 05-10078-NMG** |
|                                     ) | |
| **DARRYL DOWDELL**           ) | |

**NOTICE OF APPEARANCE**

Please enter the undersigned's appearance as counsel for the United States of America in the above-captioned matter.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            UNITED STATES ATTORNEY

Dated: 8/17/06          By:  <u>/s/ John A. Wortmann, Jr.</u>
                                               JOHN A. WORTMANN, JR.
                                             Assistant U.S. Attorney
                                           One Courthouse Way
                                           Boston, MA
                                           (617) 748-3207