UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA** )
)
)
v.           )   CRIM. NO. 05-10078-NMG
)
**DARRYL DOWDELL**       )

## GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE PROPOSED TESTIMONY BY THE CASE AGENT

The government opposes the Motion in Limine of defendant Darryl Dowdell to preclude the undercover agent from testifying that the material purchased on July 16, 2001 was crack cocaine. The defendant claims that such testimony should be excluded because it fails to satisfy Daubert standards for admissibility and because the agent lacks the requisite experience to give this testimony.

Both arguments lack merit. In United States v. Brown, 450 F.3d 76 (1st Cir. 2006), the First Circuit reiterated that the testimony at issue is not expert testimony at all but is lay opinion that is admissible. See Id. at 81 ("Lay opinion as to the appearance of a substance to this effect may be used to prove that a substance is crack"). In addition, TFA Monteiro has been an undercover agent assigned to the DEA for nearly a decade and has made hundreds of crack cocaine purchases. It would be difficult to find many police officers in this district who have

more relevant experience.  The motion should therefore be denied.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    UNITED STATES ATTORNEY

            By: /s/ John A. Wortmann, Jr.
                    JOHN A. WORTMANN, JR.
                    Assistant U.S. Attorney
                    One Courthouse Way
                    Boston, MA
                    (617) 748-3207