```
                     UNITED STATES DISTRICT COURT
                       DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA  )
                          )
                          )
          v.              )     CRIM. NO. 05-10078-NMG
                          )
DARRYL DOWDELL            )
```

**GOVERNMENT'S REQUESTED QUESTIONS FOR THE JURY VENIRE**

The United States of America, by its undersigned attorneys, hereby requests that, in addition to those questions commonly put to the <u>venire</u> in cases commenced in this Court, the Court pose the following questions to the prospective jurors in this case:

   1.  The United States of America is one of the litigants in this trial.  You will hear the United States referred to throughout the trial as "the government."  Have you, or any member of your immediate family, or anyone with whom you are close:

   (a) ever answered charges (other than for an alleged moving traffic violation) in a criminal proceeding?;

   (b) ever filed a lawsuit or claim of any kind against any police or other law enforcement officer?;

   (c) ever engaged in litigation with the federal government, that is, ever filed a claim or lawsuit against the United States or any of its agencies, or answered some claim made against you by the federal government?

    (d) ever engaged in litigation with the state government or the City of Boston or the Boston Housing Authority, that is, ever filed a claim or lawsuit against the Commonwealth of Massachusetts or the City of Boston or any of their agencies, or answered some claim made against you by the state government or the City of Boston?

    (e) ever had any involvement, of any sort other than a routine traffic matter, with the Boston Police Department, the Boston Housing Authority Police Department, the Boston Municipal Police Department, the Drug Enforcement Administration or the Massachusetts State Police?

    (f) ever been treated unfairly by any police officer or other law enforcement personnel?

    2.   Aside from these particular circumstances, are you aware of any prejudice which you may have against the federal government, the Commonwealth of Massachusetts, the City of Boston, the Boston Housing Authority, the Boston Police Department, the Boston Housing Authority Police Department, the Boston Municipal Police Department, the Drug Enforcement Administration or the Massachusetts State Police the Boston Police Department which would in any way impair your ability to evaluate and judge fairly and impartially the facts of this case?

    3.   Some of the witnesses expected to be called by the United States at trial are officers or forensic chemists with the Boston Police Department, the Boston Housing Authority Police Department, the Boston Municipal Police Department, the Drug Enforcement Administration or the Massachusetts State Police. One or more of these officers may be called to testify as both "fact" witnesses and as "expert" witnesses. As experts, they may

be called to give their expert opinion as to certain matters in this case calling for specialized knowledge and skill involving drug enforcement drug analysis and identification and possibly other investigative practices.

Are you aware of any prejudice that you might have against a witness or other individual in this case where that witness or individual is shown to be a law enforcement officer working for one of the law enforcement agencies I have mentioned?

5.  If you are a regular viewer of forensic detective television shows such as CSI, will this affect the burden that you impose on the government in its proof?

6.   Do you have any strong feelings regarding drugs or government regulation of drugs such as cocaine or crack cocaine that would effect your ability to sit as a fair and impartial juror in this case?  Are you or any member of your family a member of an organization that advocates either legalization of drugs or advocates restrictions on the use and ownership of drugs?

7.  Do you have any religious or philosophical beliefs that would make it difficult for you to sit in judgment of a person?

8.  The defendant and one or more of the police officers expected to be involved in this case is either black or Hispanic. Do you have any strong feelings regarding Hispanics of African-Americans that would make it difficult for you to sit as an

impartial juror?

9. Are you willing and able to completely and honestly apply the law, as I give it to you at the end of the case, to the facts as you find them?  Do you know of any reason why you cannot sit as a fair and impartial juror in the trial of this case?

 

                                                            _____
                                                            Respectfully submitted,

                                                            MICHAEL J. SULLIVAN
                                                           UNITED STATES ATTORNEY

Dated: 9/3/06          By:   /s/ John A. Wortmann, Jr.
                                                           JOHN A. WORTMANN, JR.
                                                           Assistant U.S. Attorney
                                                           One Courthouse Way
                                                           Boston, MA
                                                           (617) 748-3207