UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 05-CR-10078-NMG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DARRYL DOWDELL , | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

**DEFENDANT DARRYL DOWDELL'S PROPOSED
VOIR DIRE
QUESTIONS TO PROSPECTIVE TRIAL JURORS**

Mr. Dowdell, through undersigned counsel, respectfully requests that, in addition to the voir dire normally given by the Court, that the following proposed voir dire questions be asked of the jury panel:

1. A fundamental principle of our legal system is that when a person is charged with a criminal offense, he is presumed to be innocent unless the government proves guilt beyond a reasonable doubt. Mr. Dowdell does not need to produce any evidence whatsoever to prove his innocence. If you are selected as a juror in this case, how many of you will have difficulty in applying this rule of law?

2. How many of you now have any opinion as to Mr. Dowdell's guilt or innocence?

3.    How many of you believe that because Mr. Dowdell was charged with a crime he is probably guilty of something?

4.    This case will involve testimony regarding the area of Ruggles, Whittier, and Cabot Streets which are located near a Housing Development.   Do any of you (or your family or close friends) live in this neighborhood, or have lived there in the past?   Or, is there any other reason why you have a particular familiarity with this neighborhood?

5.    Do you have such strong  personal or philosophical feelings about the general subject matter of the narcotics or drug laws so as to impair your ability to render a fair and impartial verdict in this case?

6.    Are you, or have you ever been, associated in any manner with a group, society or organization which advocates or supports the revision of the laws of the United States or of any state concerning the possession, use or sale of alcohol, narcotics or drugs of any type.   If "yes," what?

7.    Are you or any member of your family a member of Alcoholics Anonymous, Cocaine Anonymous, Alanon or any other similar group?

8.    Have you or any member of your family or any close acquaintance ever sought employment or been employed by any law enforcement agency?  By law enforcement agency I mean organizations

such as the Boston Police Department, F.B.I., D.E.A, States's Attorney General or District Attorney's Office, the United States Attorney's Office, Secret Service, Military Police, U.S. Custom's and the like?

9.    Have you or has any member of your family or any close friend been employed by any prison, jail, department of corrections, probation office or parole agency?

10.    Have you or any member of your family or close friend ever worked for either a Federal or local court system in any capacity?

11.    Have you ever served on a grand jury (civil or criminal) in either the Federal or local court system?

12.    Have you ever served as a juror before?  If so, is there anything about that experience – whether it involved the lawyers, the judge, the accused, the evidence, or your deliberations – that make you feel that you would have trouble being fair and impartial, or that you believe would make it difficult for you to serve as a juror in this case?

13.    Have you formed any opinions about either prosecutors or defense attorneys which would affect you in deciding this case?

14.    Do you feel that police testimony is more likely to be believable or reliable than testimony by another witness?

15.   If you had to choose who to believe, a police officer or a witness called by a defendant, would you be more likely to believe the police officer because he is a police officer?

16.   Do you believe that in general police don't make mistakes?

Defendant further requests this Honorable Court to ask each juror individually, out of the presence of the other jurors the following question:

17.   Mr. Darryl Dowdell is an African American.  As you sit there and consider the importance of achieving a fair and impartial jury for all the parties, is there anything about the fact that Mr. Dowdell is an African American that in any way could affect your ability to render an impartial verdict in this case?

Date: September 4, 2006          Respectfully submitted,

                                 s/ *Victoria M. Bonilla*

                                 VICTORIA BONILLA, BBO #558750
                                 MICHAEL C. BOURBEAU   #545908
                                 77 Central Street
                                 Boston, MA 02109
                                 (617) 350 6868
                                 Attorneys for Defendant
                                 DARRYL DOWDELL

**Certificate of Service**
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.    */S/ Victoria M. Bonilla*