```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,         )
                                  ) CR.No. 05-10078-NMG
                Plaintiff         )
    v.                            )
                                  )
DARRYL DOWDELL,                   )
                Defendant.        )
_____)
```

**DEFENDANT'S PROPOSED JURY INSTRUCTIONS**

COMES NOW defendant DARRYL DOWDELL, by and through his attorneys of record, who hereby requests this Honorable Court to present to present the following instructions to the jury, that may be in additional to others that the Court would give in the normal course on the within charge. Defendant reserves the right to submit supplemental instructions at the close of the evidence if the need should arise.

**Instruction, No. 1... Law Enforcement Witness**

You have heard the testimony of a law enforcement official. The fact that a witness may be employed by the federal government as a law enforcement official does not mean that his testimony is necessarily deserving of more or less consideration or greater or lesser weight than that of an ordinary witness.

At the same time, it is quite legitimate for defense counsel to try to attack the credibility of a law enforcement witness on the grounds that his testimony may be colored by a personal or professional interest in the outcome of the case.

It is your decision, after reviewing all the evidence, whether to accept the testimony of the law enforcement witness and to give to that testimony whatever weight, if any, you find it deserves. Bush v. United States, 375 F.2d 602 (D.C. Cir. 1967).

### Instruction No. 3 Defendant's Right Not To Testify

The defendant did not testify in this case. Under our constitution, he has no obligation to testify or to present any other evidence because it is the prosecution's burden to prove the defendant guilty beyond a reasonable doubt. That burden remains with the prosecution throughout the entire trial and never shifts to the defendant. The defendant is never required to prove that he is innocent.

You may not attach any significance to the fact that the defendant did not testify. No adverse inference against him may be drawn by you because he did not take the witness stand. You may not consider this against the defendant in any way in your deliberations in the jury room. Griffin v. California, 380 U.S. 609, 85 S.Ct. 1229, 14 L.Ed.2d 106 (1965).

### Instruction No 4. Distribution of a Controlled Substance, 21 U.S.C. § 841(a)(1)

DARRYL DOWDELL is accused of distributing cocaine on or about July 16, 2001. It is against federal law to distribute, that is, to transfer cocaine to another person. For you to find Mr. DOWDELL guilty of this crime, you must be convinced that the government has proven each of the following things beyond a reasonable doubt:

First, that Mr. DOWDELL on the date alleged transferred cocaine to another person;

Second, that he knew that the substance was cocaine; and

Third, that Mr. DOWDELL acted intentionally, that is, that it was his conscious object to transfer the controlled substance to another person.

It is not necessary that Mr. DOWDELL have benefitted in any way from the transfer.

### Instruction No 5. Use of Tapes and Transcripts

You have heard conversations that were tape recorded. This is proper evidence for you to consider. In order to help you, I am going to allow you to have a transcript to read along as the tape is played. The transcript is merely to help you understand what is said on the tape. If you believe at any point that the

transcript says something different from what you hear on the tape, remember it is the tape that is the evidence, not the transcript. Any time there is a variation between the tape and the transcript, you must be guided solely by what you hear on the tape and not by what you see in the transcript.

### Instruction No. 6 Weighing the Testimony of an Expert Witness

You have heard testimony from persons described as experts. An expert witness has special knowledge or experience that allows the witness to give an opinion.

You may accept or reject such testimony. In weighing the testimony, you should consider the factors that generally bear upon the credibility of a witness as well as the expert witness's education and experience, the soundness of the reasons given for the opinion and all other evidence in the case.

Remember that you alone decide how much of a witness's testimony to believe, and how much weight it should be given.

### Instruction No. 7 Eyewitness Identification

The evidence in this case raises the question of whether Mr. DOWDELL was in fact the criminal actor and necessitates your resolving any uncertainty in testimony on the issue.  The

government, as you know, has the burden of proving every issue, including identity, beyond a reasonable doubt.

If you are not convinced beyond a reasonable doubt that Mr. DOWDELL was the person who committed the crime charged the indictment, you must find Mr. DOWDELL not guilty.

Identification testimony is an expression of an opinion or a belief by the witness. The value of the identification depends upon the opportunity that the witness had to observe the person who committed the crime at the time of the offense and the opportunity to make a reliable identification at a later time.

In judging the identification testimony of any witness you should consider at least the following questions:

1. Are you convinced that the witness had the ability and an adequate opportunity to observe the person who committed the crime charged?  Whether the witness had an adequate opportunity to observe the person committing the offense at the time of the offense will be affected by many things, including the length of the observation, the distance between the witness and the person observed, the lighting conditions, and whether the witness knew the person from some prior experience.

2. Are you convinced that the identification by the witness after the offense was committed was the product of his own recollection?

In making this determination you may take into account both the strength of the later identification and the circumstances under which the later identification was made. If the identification by the witness may have been influenced by the circumstances under which the defendant was presented to him for identification, you should scrutinize the identification with great care.  You may also consider the length of time that lapsed between the occurrence of the alleged crime and the next opportunity of the witness to see defendant, as a factor bearing on the reliability of the identification.

Finally, you must consider the credibility of each

identification witness in the same way as any other witness, consider whether he is truthful, whether he has a motive or interest in the outcome of the case, and consider whether he had the capacity; and opportunity to make the identification. I again emphasize that the burden of proof is on the government and extends to every element of the crime charged, and this specifically includes the burden of proving beyond a reasonable doubt the identity of Mr. DOWDELL as the perpetrator of the crime with which he stands charged. If after examining the testimony, you have a reasonable doubt as to the accuracy of the identification, you must find Mr. DOWDELL not guilty.

Date: September 4, 2006                    Respectfully submitted,

                                           S/ *Victoria M. Bonilla*

                                           VICTORIA BONILLA, BBO #558750
                                           MICHAEL C. BOURBEAU   #545908
                                           77 Central Street
                                           Boston, MA 02109
                                           (617) 350 6868
                                           Attorneys for Defendant
                                           DARRYL DOWDELL

**Certificate of Service**
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.        /S/ *Victoria M. Bonilla*