UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 05-CR-10078-NMG |
| Plaintiff, | ) |
| v. | ) |
| DARRYL DOWDELL, | ) |
| Defendant | ) |

**DEFENDANT DARRYL DOWDELL'S PROPOSED VERDICT FORM**

Mr. Dowdell, through undersigned counsel, respectfully submits the attached proposed verdict form:

Date: September 4, 2006        Respectfully submitted,

S/ *Victoria M. Bonilla*

VICTORIA BONILLA, BBO #558750
MICHAEL C. BOURBEAU  #545908
77 Central Street
Boston, MA 02109
(617) 350 6868
Attorneys for Defendant
DARRYL DOWDELL

**Certificate of Service**
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.    /S/ *Victoria M. Bonilla*

1

```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,        ) No. 05-CR-10078-NMG
                                 )
                  Plaintiff,     )
                                 )
          v.                     )
                                 )
DARRYL DOWDELL   ,               )
                                 )
                  Defendant      )
_____)
```

**<u>VERDICT</u>**

As to Count 1 of the Indictment charging distribution of cocaine in violation of 21 U.S.C. § 841(a)(1) we unanimously find Defendant Darryl Dowdell:

_____ Not Guilty

_____ Guilty

Date: _____        _____
                        FOREPERSON