```
          UNITED STATES DISTRICT COURT
           DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA     )
                             )
         v.                  )    CRIMINAL NO. 05-10078-NMG
                             )
DARRYL DOWDELL               )
         Defendant           )

## EXHIBIT LIST OF THE UNITED STATES OF AMERICA

The United States of America hereby files the following list of Proposed Exhibits for the trial in the above-captioned matter. The government reserves its right to further supplement, modify and number the list in light of the evidence that is admitted at trial and with reasonable notice to the defendant.

| Exhibit Number | Exhibit |
|---|---|
| A. | Map of the area of the Whittier Street Housing Project |
| 1A-B | Photographs Whittier Street Housing Project |
| 2. | Photograph of TFA Monteiro in undercover vehicle |
| 3. | Excerpted version of video, DEA Ex N-6 |
| B | Transcript of Exhibit 3 |
| 4. | Excerpted version of video, DEA Exhibit N-7 |
| 5. | Transcript of Exhibit 4 |
| 6. | Video, DEA Exhibit N-9 |
| 7. | Photograph 190 Ruggles Street |
| 8. | Excerpted version of audiotape, DEA Exhibit N-8 |

| | |
|---|---|
| D. | Transcript of Exhibit 8 |
| 9. | Still Photograph of undercover vehicle |
| 10. | 7/16/06 booking photograph for Darryl Dowdell |
| 11. | 7/3/01 Field Interrogation Observation Report |
| 12 | DEA Exhibit 5- clear plastic bags containing a white rock like substance |
| 13 | DEA Exhibit 6- clear plastic bags containing a white rock like substance |

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      UNITED STATES ATTORNEY

Dated: 9/5/06           By:  /s/ John A. Wortmann, Jr.
                                      JOHN A. WORTMANN, JR.
                                      Assistant U.S. Attorney
                                      One Courthouse Way
                                      Boston, MA
                                      (617) 748-3207