```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
        v.                  )   CRIMINAL NO. 05-10078-NMG
                            )
DARRYL DOWDELL              )
           Defendant        )
```

**GOVERNMENT'S LIST OF WITNESSES**

The following is a list of names of individuals the government may call as witnesses in its case-in-chief. The government reserves the right to supplement this list as appropriate:

(1) Joao Monteiro, DEA/Boston Housing Authority;
(2) BPD Officer John Horan;
(3) BPD Officer Wayne Hester;
(4) BHA Officer Richard Harkins;  and
(4) David Thornell, DEA Chemist

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    UNITED STATES ATTORNEY

By: /s/ John A. Wortmann, Jr.
    JOHN A. WORTMANN, JR.
    Assistant U.S. Attorney
    One Courthouse Way
    Boston, MA
    (617) 748-3207