UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA,           )
                                    ) CR.No. 05-10078-NMG
                Plaintiff           )
    v.                              )
                                    )
DARRYL DOWDELL,                     )
                Defendant.          )
_____)
```

**DEFENDANT'S NOTICE OF OBJECTIONS TO PROPOSED EXHIBITS**

Defendant DARRYL DOWDELL, by and through counsel, respectfully objects to the following exhibits proposed to be introduced by the Government:

1. <u>Exhibit 3 and B</u> .. In accordance with defendant's Motion in Limine regarding un-alleged bad acts.. If said tape and transcript is allowed, Mr. DOWDELL would request the complete tape (including all conversations) be included and the transcript redacted to exclude the names (indicating only "agent" and "male."

2. <u>Exhibits 4 and 5</u>.. See objection above.

3. <u>Exhibit 11</u>.. The reasons for interrogation should be redacted.

Date: September 8, 2006        Respectfully submitted,
                               S/ *Victoria M. Bonilla*

                               VICTORIA BONILLA, BBO #558750
                               MICHAEL C. BOURBEAU   #545908
                               77 Central Street
                               Boston, MA 02109
                               (617) 350 6868
                               Attorneys for Defendant
                               DARRYL DOWDELL

**Certificate of Service**
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.        */S/ Victoria M. Bonilla*

1