```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA  )
                          )
                          )
         v.               )    CRIM. NO. 05-10078-NMG
                          )
DARRYL DOWDELL            )
```

**GOVERNMENT'S SUBMISSION OF DRAFT TRANSCRIPTS**

The government is submitting the draft transcripts identified in its exhibit list. The government is submitting these transcripts in the hope that it will assist the Court by providing context for some of the motions in limine filed by the defendant.

```
                           Respectfully submitted,

                           MICHAEL J. SULLIVAN
                           UNITED STATES ATTORNEY

                     By:  /s/ John A. Wortmann, Jr.
                           JOHN A. WORTMANN, JR.
                           Assistant U.S. Attorney
                           One Courthouse Way
                           Boston, MA
                           (617) 748-3207
```

# DRAFT 9-11-06

Case:              U.S. v. Dowdell
Exhibit #:         N-6 Composite
Date:              07/6/01
Type:              Meeting
Participants:      TFA Joao Monteiro (TFA)
                   Robert White

BEGINNING OF EXCERPT 12:09:26

TFA: Yo Yo, what's up player player.  What's up man?

WHITE: What's up?

TFA: What you?

WHITE: Same thing

TFA: Same thing

WHITE: Yeah

TFA: Give me like two hundred dollars worth.

WHITE: (Inaudible)

12:10:36

WHITE: Give me a cigarette, alright?

**TFA:** Yo

**WHITE:** *Yo, where you been?*

**TFA:** I been through here twice already, I didn't see you.  Somebody else hooked me up, man.

**WHITE:** Who?

**TFA:** I don't know.

**WHITE:** You got to be careful out here.  Niggas out here *beating* motherfuckers.

**TFA:** Oh yeah?

**WHITE:** Yeah, man.  I don't want you to get caught up like that.

**TFA:** Nah, nah, man.

**WHITE:** *Don't let nobody use my name. That's...See me, the dark skinned brother...*

**TFA:** *You mean the dark-skinned...with the dark shirt?*

**WHITE:** Yeah...pull right there.

**TFA:** Let me pull right over there.

**WHITE:** I need two...two hundred dollars.

**TFA:** Let me pull over here on that Toyota.

WHITE: Let me get out.

(Inaudible)

(12:11:25 - both leave car)
(12:11:32 - TFA returns to car)

TFA: Alright it's, uh, it's Robert White again. He just happened to be ducked in between two cars *I was trying to get these guys up.* So he's going to get it. We're on Whittier Street. He went with another kid that was on a bike with a gray t-shirt. He's out of my view right now. I'm right at the corner of Downing and Whittier. Uh, Robert, uh, White's got on a yellow t-shirt.

(WHITE returns at 12:12:40)

WHITE: Yo, you know what I'll take? give me, ah 220 and I'll give you three of them.

TFA: 220?

WHITE: Yeah

TFA: You gonna be around? cause I'm gonna go get rid of this right now

WHITE: alright, yeah...Is this 220?

TFA: Yeah, count that, count that

WHITE: let me be sure, that's pure, nothin on that..that's straight up. It ain't that base shit I was giving you....

**TFA:** yeah, cause somebody said they didn't lIke that shit

**WHITE:** nah, it's the base..it's the white shit

**TFA:** yeah.

**WHITE:** yo, what can I say?  Yo, can you let me borrow $10 so that I can get some flave and so I can get you something else?  Yo, let me borrow 10 dollars from you I'm trying to get some more shit, that's the last thing I have.

**TFA:** You gonna be around? I'll come back... if you're not around can I see the dude in the black?

**WHITE:** Which one? Yeah

**TFA:** here, what's his name?

**WHITE:** Smoke, that's my cousin

**TFA:** Oh, that's Smoke?

**WHITE:** That's my cousin

**TFA:**  Somebody mentioned his name the last time I was here.

**WHITE:** Alright

**TFA:** Alright, man

**WHITE:** Alright...[inaudible]

**TFA: I'll be back, I'll be back**

**WHITE: How long you gonna be, so I'll, you know, I'll be out here waiting for you**

**TFA: I just have to shoot down to the Big Dig and come back.**

**WHITE: Alright.**

**TFA: Alright, he's out of the car.  He's got on blue jeans, yellow t-shirt, black boots.  I'm gonna sit here for about 10 seconds and see where he goes.  He got it, I think he got it from that kid in the gray sweatshirt, but I'm not sure.... The kid's got a gray sweatshirt he's talking to him right now..it's got a New York  Yankees logo on the front of the sweatshirt, about 6'2", 220...I'm going back to Amory Street.....  The other kid Smoke, ah that he talked about? I think I know who he is, got no need to do an FIO right now.**

**END OF EXCERPT 12:14:56**

# DRAFT 9-11-06

```
Case:              U.S. v. Dowdell
Exhibit #:         N-7 Composite
Date:              07/6/01
Type:              Meeting
Participants:      TFA Joao Monteiro (TFA)
                   Darryl Dowdell
                   Unidentified Male (MALE)
                   Robert White
```

**BEGINNING OF EXCERPT 12:57:20**

TFA: You see T or Smoke?

MALE: Who?

TFA: Smoke

Male: (Inaudible)

TFA: Alright, Alright

12:58:26

TFA: What's up

DOWDELL: (Inaudible)

TFA: What's up man, you seen T?

DOWDELL: (Inaudible)

**TFA:** Yeah man...Alright

**TFA:** Alright, I just hooked up with Smoke. He's on the red bike. All black. He's got on headphones. He's riding over towards White, he's talking to White...Alright, White's coming over.

**12:59:45**

**WHITE:** Give me a writing pen.

**TFA:** Huh?

**WHITE:** Give me a writing pen.

**TFA:** I don't have...

**WHITE:** You like that, I *told you that shit's off the rock*...

**TFA:** I have to break that shit up real quick...You don't have any small baggies, do you?

**WHITE:** Small baggies?

**TFA:** Yeah.

**WHITE:** Come on, let's go around the corner...How many you need?

**TFA:** You going to hook me up, right?

**WHITE:** Yeah, how many do you need?

**TFA:** Give me the same thing.

**WHITE:** Ok...How many do you need?

**TFA:** Give me three of those baggies.

**WHITE:** Come on, come on, let's go around the corner because I don't want...my mother's in the window.

**WHITE:** *I'll be right back, don't nowhere.*

**WHITE:** Yo, (inaudible), I don't want no one know my business.

**WHITE:** What's up, you alright?

**WHITE:** All the way around.

**WHITE:** I just bought another bike, too.

**TFA:** Yeah?

**WHITE:** Pull right.  In the parking lot.

**TFA:** This one?

**WHITE:** (Inaudible), grey car, (inaudible).

**TFA:** Right next to that grey car?

**WHITE:** Right here...(inaudible)...Give me some money...

**WHITE:** Hold on.

**TFA: Alright.**

**TFA: He's out on foot.  He's going to a white car...939559...That's the licence that I can see right now...*White Honda*...Passenger or driver of that.  I will be able to get a full plate in a minute.  Parked right on Whittier.  Opposite the first driveway.  Right behind the blue van.**

**1:02:28**

**WHITE: (Inaudible) this shit up.  Yo, keep the (inaudible) right there.  Make sure you know...give me a thousand dollars...Yo, look look, you know how to do it?  See this piece right here?**

**TFA: I'm straight, I'm straight.**

**WHITE: No, no, I'm saying this one is huge. Boom.  Here and here.  Drop it in here...**

**TFA: Yep.**

**WHITE: See what I'm saying?**

**TFA: I hear.**

**WHITE: Yo.  Damn.  Ok...**

**TFA: Don't be fucking up the bag, man...**

**WHITE: I'm showing you...Put it in here, here and here.**

TFA: You giving it to me for two. Remember the ten dollars I gave you?

WHITE: Give me 210 then...'cause yo, you're right.

TFA: Yeah, put that in.

WHITE: What you want me to break it up?

TFA: No. I'll break it . I got to break that shit up in small pieces.

WHITE: Yo, you got herb?

TFA: Nah man.

WHITE: *Ah, there you go...I* know you got a connect on the herb. (Inaudible).

TFA: Two

WHITE: How long you going to be before you come back? I can...

TFA: I don't know.

WHITE: Listen, listen, when you come...listen...what I'm going to do for you if you come back one more time I'm going to throw you one of these...

TFA: Alright

WHITE: Alright

**TFA: That's straight.**

**WHITE: So how long you think you're going to be?**

**TFA: I don't know, man.  I got to do some work now, man.  I gotta work.**

**WHITE: Alright.  OK.  6?**

**TFA: No, I get off about 7 o'clock.**

**WHITE: 7?**

**TFA: Yeah.**

**WHITE: 7 o'clock.  You got that.  You get an extra one from me.  Just to show you that I'm loyal.**

**TFA: Alright, I got you.**

**WHITE: Give me that paper, *that today's*?**

**TFA: No, that should have been (inaudible).**

**WHITE: Alright**

**1:04:02**

# DRAFT 8-30-06

| | |
|---|---|
| Case: | U.S. v. Dowdell |
| Exhibit #: | N-8 Composite |
| Date: | 07/16/01 |
| Type: | Meeting |
| Participants: | TFA Joao Monteiro (TFA) |
| | Darryl Dowdell |
| | Robert Sampson |

TFA: Up there?  Up Dudley?

DOWDELL: Yup

TFA: Huh?

DOWDELL: [inaudible]

TFA: right up here, right on the right?

DOWDELL: yeah

TFA: alright

      ******DRIVING******

TFA: I'm gonna go around the block, theres are a couple of guys up there.  I asked for a TD..White..They said he's up at Dudley but..I'm gonna go around and come back and tell them I couldn't find them.

######## \*\*\*\*\*\*DRIVING\*\*\*\*\*\*

TFA: Neil, I'm just going to go around the block up here then loop around, alright? just to give th-- me enough time.

######## \*\*\*\*\*\*DRIVING\*\*\*\*\*\*

TFA: Jack, I'm going to go around the block and then come back to this group of guys, and umm cause they think I'm looking for our guy and when I come back, I'm gonna tell them I didn't see em see if they can take care of me, alright?  OK

######## \*\*\*\*\*\*DRIVING\*\*\*\*\*\*

TFA: Paul, I'm a parallel with you now, I'm gonna go around the block and then um come back to those guys.

######## \*\*\*\*\*\*DRIVING\*\*\*\*\*\*

TFA: Okay, I'm back on Ruggles.....Yo, Smoke, let me nail at you for a second, bo

######## \*\*\*\*\*\*\*\*ICE CREAM TRUCK IN BACKGROUND\*\*\*\*\*\*\*

TFA: Yeah, I didn't see your man.  Is it, can you do anything for me?

DOWDELL: What you need, flave?

TFA: Yeah

DOWDELL: Yeah....What you need?

**TFA: I got a couple of hundred dollars**

**DOWDELL: Alright.**

**TFA: Alright, man....**

**DOWDELL: How many you want, dog?**

**TFA: Huh? What can I do for $200?**

**DOWDELL: You got an extra cigarette in there, dog?**

**TFA: Yeah,**

**DOWDELL: Oh, fuck, no way**

**TFA: No, you don't smoke that?**

**[Inaudible voices and ice cream truck in background]**

**DOWDELL: Hold on dog**

**TFA: Alright, man. [music and static]**

**DOWDELL: This is six for a hundred.. I'm gonna get the other ones.  You gonna get 7 more.**

**TFA: Alright...there's a hundred for a hundred right here?**

**DOWDELL: Yup**

**TFA: Count that, I don't even think I counted that shit.**

DOWDELL: Alright, hold on...hold on, alright

TFA: Hey

SAMPSON: Hey.  Six right there

TFA: Alright.  Lookin' up bro

SAMPSON: Alright

TFA: Alright, man. [Begins Driving].

TFA: Alright..it's a done deal, two people ...both standing out there umm It was from a kid Smoke and a kid with the glazed shirt... uh shorts.  Smoke's got a checkered shirt....

    [DRIVING]

TFA: Jack, that was a done deal with two kids.  Umm...I would give it a little bit longer ah before you send those guys in there to FIO them.  Maybe somebody can keep an eye out on them.  Umm..the description on that second kid, he's got shorts, he's got a gray T-shirt, ah, he's probably about 6'2", maybe 210 and ummm Smoke is the same kid as the last time..he's got on a checkered shirt blue...blue checkered shirt umm and he was riding a bicycle.  I think. Ithink both guys were riding a bike...Yeah, there's a couple of other guys in there with corn rows...There's a couple of other guys out there with them I think four altogether and

**two of them have long hair long corn row doos. It's the guys with the shorter hair.**