Darryl Dowdell, P152856
E.C.C.F.
P.O. Box 807
Middleton, MA. 01949

FILED
CLERKS OFFICE

October 2, 2006

U.S. DISTRICT COURT
DISTRICT OF MASS

Clerk Of Criminal Court
United States District Court
John J. Moakley Courthouse
One Courthouse Way
Boston, MA. 02210

Re: U.S.A. vs DOWDELL, 2005-10078 NMG

Dear Clerk,

    I am requesting a copy of the Criminal Docket Entry Sheet for my case.

I am currently incarcerated at the Essex County Correctional Facility and I am indigent without any funds of my own to cover said cost(s), if any, THEREFORE, I respectfully request that any applicable cost(s) or fee(s) related be waived.

Please send a copy of the requested document (DOCKET SHEET) to me at the above address.

Your assistance in this matter would be greatly appreciated.

Respectfully submitted,
By the defendant,

Darryl Dowdell