Gary Dowdell, W92856
E.C.C.F.
P.O. Box 807
Middleton, MA 01949

Office Of The Clerk
United States District Court
John J. Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

RE: USA vs DOWDELL, 05-10078 NMG

Dear Clerk,

 I am the Defendant in case 2005-10078 and I am requesting a copy of the Criminal Docket Entry Sheet.

On September 14, 2006, I was brought in to Court and Judge Gordon allowed Attorney Victoria Bonilla to withdraw from my case. I would like to know if the Court has appointed new counsel to my case.

I am indigent and currently incarcerated at the Essex County Correctional Facility. I respectfully request that any applicable fee(s) or cost(s) be waived because I have no means to pay said fee(s) or cost(s) that may be applicable here.

Please forward a copy of the Docket Entry Sheet to me at the Essex County Correctional Facility.

Thank you for your time in this matter.