Darryl Dowdell, P152856
E.C.C.F.
P.O. Box 807
Middleton, MA. 01949

FILED
IN CLERKS OFFICE
2006 NOV 14 A 10: 34
U.S. DISTRICT COURT
DISTRICT OF MASS.

Office Of The Clerk
United States District Court
John J. Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA. 02210

RE: USA v. DOWDELL, 05-10078NMG

Dear Clerk,

I am the defendant in case, 2005-10078 and I am requesting a copy of the docket entry sheet.

On October 3, 2006 I sent a letter to the Clerk's Office requesting a copy of the docket sheet for my case but as to date I have not received the requested document from the Clerk's Office.

On September 14, 2006, I was brought in to Court and the court, Gordon, J. allowed Counsel Victoria Bonilla to withdraw from my case and informed me that new counsel will be appointed to my case but as to date I have not heard anything from new counsel or even know if the court has appointed new counsel to my case. I am requesting a copy of the docket sheet to see what is the status of my case as the court, Gordon, J. has set a trial date for December 11, 2006, and I have not met with new Counsel yet.

I am indigent and currently incarcerated at the Essex County Correctional Facility. I respectfully request that any applicable fee(s) or cost(s) be waived because I have no means to pay said fees or costs that may be applicable here to.

Please forward a copy of the docket sheet to me at the Essex County Correctional Facility.

Your assistance in this matter would be greatly appreciated.

Respectfully submitted
11/13/2006   Darryl M. Dowdell