UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

vs.                                            CASE NO. 05 CR 10078 NMG

DARYL DOWDELL

## MOTION TO WITHDRAW

Now comes Mark W. Shea, Attorney for Daryl Dowdell, the defendant in the above-captioned matter, and moves that he be allowed to withdraw his appearance. As reason therefore, defense counsel has an apparent conflict of interest.

Respectfully submitted,

/s/  MARK W. SHEA
Mark W. Shea
BBO No. 558319
47 Third Street, Suite 201
Cambridge MA  02141-1265
617.577.8722  telephone
617.577.7897  facsimile
markwshea@gmail.com

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 28, 2006.

/s/ Mark W. Shea
MARK W. SHEA