## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

## ORDER OF REFERENCE

**United States of America**  
     **Plaintiff**  
          V.

Check if previously referred  __x__

CR no.  __05-10078- NMG__

**Darryl Dowdell,**  
     **Defendant**

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge __Alexander__ for the following proceedings:

(A)    Determination (Order) on:
- ( ) Rule 16(b) and/or Pretrial proceedings
- ( ) Non dispositive pretrial and discovery motions(s) not listed in Paragraph (B) below
  See Documents Numbered :
- ( ) Trial pursuant to 28 U.S.C. §636(c) or 18 U.S.C. §3401 and applicable rules

Action taken by the Magistrate Judge on matters referred for determination shall constitute the Order of the Court and shall be reconsidered only where shown to be clearly erroneous in fact or contrary to law. 28 U.S.C. §636(b)(1)(A)

(B)    Findings and Recommendations pursuant to 28 U.S.C. §636(b)(1)(B) on:
- ( ) Motion(s) for injunctive relief
- ( ) Motion(s) for judgment on the pleadings
- ( ) Motion(s) for summary judgment
- ( ) Motion(s) to permit maintenance of a class action
- ( ) Motion(s) to suppress evidence
- ( ) Motion(s) to dismiss
  See Documents Numbered:

(C)    Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
- ( ) In accordance with Rule 53, F.R.Civ.P.
- ( ) In accordance with 42 U.S.C. §2000e-5(f)(5)

(D)    Special instructions  __FOR APPOINTMENT OF COUNSEL__

**11/28/06**  
**DATE**

**By :** __/s/ Craig J. Nicewicz__  
**Deputy Clerk**

- ( ) Civil Rule 16(b) Proceedings
- ( ) Civil and MBD Discovery **or** Civil Pretrial
- ( ) Service as Special Master **or** Trial
- ( ) Civil Dispositive Motions
- ( ) Criminal Dispositive Motions
- ( ) Criminal Pretrial **or** Discover
- ( ) Post Conviction Proceedings[1]
- ( ) Miscellaneous

(MJordref.frm - 09/92)          [orefcs., orefm., korefcs., korefm.]