Darryl Dowdell P152856
E.C.C.F.
P.O. Box 807
Middleton, MA. 01949

FILED
IN CLERKS OFFICE

2006 DEC 15  P 12: 42

U.S. DISTRICT COURT
DISTRICT OF MASS.

Clerk of Criminal Court
United States District Court
John J. Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA. 02210

RE: USA v. DOWDELL, 2005-10078 - X MG

Dear Clerk,

I am requesting a copy of the Criminal Docket Entry Sheet for my case.

On November 28, 2006, the court (Gordon, J.) allowed Attorney Shea to withdraw from my case and informed me that new counsel would be appointed to my case soon. I am requesting a copy of docket Sheet to see if new counsel has been appointed to my case.

I am currently incarcerated at the Essex County Correctional Facility and I am indigent. I am requesting that any applicable fee(s) or cost(s) be waived because I have no means to pay said fee(s) or cost(s) that may be applicable

Please forward a copy of the requested document (DOCKET ENTRY SHEET) to me at the address above.

Your assistance in this important matter would be greatly appreciated.

Sincerely,
Darryl M. Donnell

Dated: December 14, 2006