UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

*UNITED STATES OF AMERICA*

    *v.*　　　　　　　　　　　　　　　　Case No. 1:05-cr-10078 NMG

*Darryl DOWDELL,*
    *Defendant.*

## MOTION TO CONTINUE

Now comes defendant, Darryl Dowdell, by his counsel, Kevin Barron, and moves to continue this case from February 12, 2007 trial to April 2007 on the grounds that counsel needs time to prepare the defense.

Predecessor counsel Mark Shea, Esq., visited this counsel promptly to deliver the file and explain the case.  Counsel has reviewed many portions of the file and corresponded with Victoria Bonilla,Esq., counsel before Mr. Shea.  Counsel met defendant on December 15 at ECCF Middleton.  Counsel has a full docket with trials and hearings from now through February 2007 and believes that granting this motion would better assure the effective assistance of counsel and thus serve the ends of justice.

Counsel certifies in accordance with LR 7.1 that he has conferred with AUSA John Wortmann today concerning this request for a continuance.  The government takes no position with respect to this motion but does not oppose.

WHEREFORE, defendant prays for an order in form of the relief requested.

Dated this 18th day of December, 2006 at Boston, Massachusetts.

> Respectfully submitted,
> Daryll Dowdell, by his Attorney,
>
> /s./ *Kevin L. Barron*
> KEVIN L BARRON 550712
> 25 CHANNEL CNTR ST 408
> BOSTON MA 02210-3416
> Tel. No.    617.737.1555
> Facsimile   617.517.7711
> Mobile      617.407.6837
> kevin.barron@mac.com

CERTIFICATE OF SERVICE

Counsel certifies that he has caused AUSA Wortmann to be served with a true copy of this motion today, December 18, 2006, by the CM/ECF of this District and that no party requires service by other means.

/s./ *Kevin L. Barron*
KEVIN L BARRON 550712