UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

*UNITED STATES OF AMERICA*

    *v.*                                                   Case No. 1:05-cr-10078 NMG

*Darryl DOWDELL,*
      *Defendant.*

## MOTION TO CONTINUE

Now comes defendant, Darryl Dowdell, by his counsel, Kevin Barron, and moves to continue this case from the April 9, 2007 trial docket.  Counsel requires more time to prepare the defense, should this action go forward.  Counsel has work for trial that will not be completed in the time remaining.

There are also personal reasons to request this delay.  Counsel's minor son resides in Chicago during the academic year and his Easter vacation is spent as visitation with counsel (as it has been for many years).  This year, said vacation has been scheduled for April 5 - April 16, 2007, the time of the trial.

Counsel requests protection for the time from May 14 - 25, 2007, the time scheduled for trial of *USA v. James R. HART,* Case No. 1:04-cr-10119-MEL.

Counsel certifies in accordance with LR 7.1 that he has conferred with AUSA John Wortmann concerning this request for a continuance. The government does not oppose this motion so long as the continuance is marked on the docket as a final continuance.

WHEREFORE, defendant prays for an order in form of the relief requested.

Dated this 15th day of March, 2007 at Boston, Massachusetts.

> Respectfully submitted,
> Darryl Dowdell, by his Attorney,
>
> /s./ *Kevin L. Barron*
> KEVIN L BARRON 550712
> 25 CHANNEL CNTR ST 408
> BOSTON MA 02210-3416
> Tel. No.     617.737.1555
> Facsimile   617.517.7711
> Mobile       617.407.6837
> kevin.barron@mac.com

CERTIFICATE OF SERVICE
I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s./ *Kevin L. Barron*
KEVIN L BARRON 550712