# KEVIN LAWRENCE BARRON
ATTORNEY AT LAW
25 CHANNEL CENTER STREET 408
BOSTON, MASSACHUSETTS 02210-3416
TELEPHONE: 617-737-1555
TELECOPIER 617-517-7711
kevin.barron@mac.com

ADMITTED MA, NY, ME

March 26, 2007

Hon. Nathaniel M. Gorton
United States District Court Judge
United States Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

DELIVERED BY  CM/ECF

RE:   *USA v. DOWDELL*
      Case No. 1:05-cr-10078-NMG

      *Commonwealth v. Darryl Dowdell;*
      Docket No. SUCR1995-10620

Dear Judge Gorton:

Defendant requests the Court's issuance of a form letter to the United States Marshals Service approving compliance with the attached copy of the Suffolk County writ of *habeas corpus ad prosequendum.*

Sincerely,
***/s./Kevin L. Barron***
Kevin Barron
KB

Attachment
cc:   AUSA John Wortmann by CM/ECF

# Commonwealth of Massachusetts
## County of Suffolk
## The Superior Court

**WRIT OF HABEAS CORPUS FOR FEDERAL DEFENDANT**

CRIMINAL DOCKET# **SUCR1995-10620**

RE: Commonwealth vs. Dowdell, Darryl B.

To: Sheriff
Essex Correctional Facility (Middleton),
20 Manning Road
Middleton MA 01949

or to the Sheriffs of our several counties, or their deputies, the Officers of the Court, hereinafter named,

**GREETING:**

**WE Pray** that you have the body of
**Darryl B. Dowdell , (DOB) 03/25/1978) (PCF#)) (hereinafter, Defendant) a/k/a (if any),**

now confined and imprisoned in Sheriff, by whatsoever name the said defendant shall be called or charged, you have before the Justices of our Superior Court, Department of the Trial Court, holden at Boston, in said County, for the transaction of criminal business, on: **03/28/2007; at: 02:00 PM in: Middlesex Superior Court before the Honorable Issac Borenstein in CourtRoom 12B),** then and there to appear for **Hearing: re: motion** in said Court and from day to day thereafter until final disposition of the above entitled case and to do and receive what our said Justices shall then and there consider concerning him in this behalf; but to be and remain at all times in your custody as an officer of the United States and have you there this writ.

**Witness, Barbara J. Rouse, Esquire**, Chief Justice of the Superior Court at Boston this 23rd day of March in the year of our Lord 2007.

*Assistant Clerk Magistrate*

**RETURN**

Suffolk, ss.      Date:

In obedience to this writ, I have the body of the within-named Darryl B. Dowdell before the Court.

..........................................
Deputy United States Marshall

**PLEASE NOTE:** Our records indicate that the above named defendant is located at your institution. If, however, he/she has been transferred please forward this habe immediately per Order of the Court
Barbara J. Rouse,  Chief Justice of the Superior Court.