UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

*UNITED STATES OF AMERICA*

        *v.*                              Case No. 1:05-cr-10078 NMG

*Darryl DOWDELL,*
        *Defendant.*

MOTION FOR COMPLAINCE WITH SUFFOLK COUNTY WRIT

Now comes defendant, Darryl Dowdell, by his counsel, Kevin Barron, and moves

for an order directing the United States Marshall comply with the March 23, 2007 "Writ

of *Habeas Corpus* for Federal Defendant" issued by the Suffolk County Clerk Magistrate

(Doc. 72-1).  Defendant Darryl Dowdell, born March 25, 1978 may be conveyed for

release to state custody for a 2:00PM March 28 hearing before the Honorable Isaac

Borenstein, Justice of the Massachusetts Superior Court.  Said defendant shall be returned

to the custody of the United States Marshal immediately thereafter.  The government

does not object so long as the Marshal complies with the government's customary letter.

WHEREFORE, defendant prays for an order in form of the relief requested.

Dated this 15th day of March, 2007 at Boston, Massachusetts.

                                Respectfully submitted,
                                Darryl Dowdell, by his Attorney,
                                /s./Kevin L. Barron
                                KEVIN L BARRON 550712
                                25 CHANNEL CNTR ST 408
                                BOSTON MA 02210-3416
                                Tel. No. 617.737.1555; Mobile 617-407-6837
                                Facsimile 617.517.7711; kevin.barron@mac.com
                      CERTIFICATE OF SERVICE
I hereby certify that these documents filed through the ECF system will be sent
electronically to the registered participants as identified on the Notice of Electronic
Filing.
                                /s./Kevin L. Barron
                                KEVIN L BARRON 550712