UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.           ) | CRIM. NO. 05-10078-NMG |
| ) | |
| DARRYL DOWDELL       ) | |

### INFORMATION TO ESTABLISH PRIOR FELONY DRUG CONVICTION UNDER 21 U.S.C. §851

1. On or about April 27, 1998, Darryl Dowdell was convicted in the Suffolk Superior Court, Dkt. No. 97-11307-001 of Distributing a Class B Substance in violation of M.G.L.c. 94C, §32A.

2. Darryl Dowdell has subsequently been named as a defendant in an Indictment in this case numbered CR-05-10078-NMG charging him with possessing with intent to distribute and distributing cocaine on or about June 16, 2001 in violation of 21 U.S.C. §§841(a) and 841(b)(1)(C).

3. By way of this information, the government notifies Darryl Dowdell that he is charged with committing the crime alleged in said Indictment after having been previously convicted of a felony drug offense as set out in paragraph 1, above.

All in keeping with Title 21, United States Code, Section

851(a)(1).

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

                                              BY:/s/ John A. Wortmann, Jr.
                                              JOHN A. WORTMANN, JR.
Dated: April 5, 2007            Assistant U.S. Attorney