UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| v.    ) | CRIM. NO. 05-10078-NMG |
| ) | |
| **DARRYL DOWDELL**    ) | |

## LIST OF OUTSTANDING MOTIONS

The United States of America hereby provides the court with the following list of motions that are outstanding in this matter and that will have to be addressed at the Pretrial conference scheduled for May 22, 2007 at 3:30 p.m.:

1. Motion in Limine Regarding Alleged Statements by Robert White as to Darryl Dowdell  (Docket 30)

2. Motion in Limine Regarding Preclude the Government Introduction of Defendant Un-alleged Bad Acts as to Darryl Dowdell (Docket 31)

3. Motion in Limine Regarding Preclude the Government Introduction of High Crime/drug Area as to Darryl Dowdell. (Docket 32)

4. Motion in Limine Regarding Preclude the Governments Introduction of Defendant's Prior Convictions as    to Darryl Dowdell.(Docket 33)

5. Motion in Limine as to Darryl Dowdell (Daubert Motion) (Docket 37).

Oppositions to each of these motions has been filed by the government.

In addition, there are four sealed motions on the docket. One of these motions (Docket 50) was filed by the government. The remainder (Docket 54, 74, 76) were filed by the defendant.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    UNITED STATES ATTORNEY

By: /s/ John A. Wortmann, Jr.
    JOHN A. WORTMANN, JR.
    Assistant U.S. Attorney
    One Courthouse Way
    Boston, MA
    (617) 748-3207