UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

UNITED STATES OF AMERICA

   v.              Case No. 1:05-cr-10078 NMG

Darryl DOWDELL,
   Defendant.        HEARING REQUESTED

## MOTION TO WITHDRAW

N O W  C O M E S Counsel to Darryl Dowdell and moves, respectfully, for an order permitting counsel to withdraw from all representation of the defendant and continuing the May 29, 2007 trial for the appointment of a successor. In a meeting at Essex County Correctional Center this evening among defendant, counsel's private investigator and counsel, it became apparent that the relationship between defendant and counsel had broken down irrevocably and that there was no hope of the professional relationship continuing in any fashion.

Dated this 13th day of May, 2007 at Boston, Massachusetts.

              Respectfully submitted,
              DARRYL DOWDELL,
              By his Attorney,
              / s. /   Kevin L. Barron
              KEVIN L BARRON 550712
              25 CHANNEL CNTR ST 408
              BOSTON MA 02210-3416
              Tel. No. 617.737.1555
              Fax No. 617.517.7711
              kevin.barron@mac.com

CERTIFICATE

Counsel certifies he has cause this motion to be served on the parties through the CM/ECF of this District and that he has mailed a copy of this motion to defendant on May 13, 2007 in a correctly addressed envelope to Darryl Dowdell P152856, Essex CCF, PO Box 807, Middleton MA 01949. Dated this 13th day of May, 2007.

              /s./ Kevin L. Barron