UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

*UNITED STATES OF AMERICA*

    *v.*          Case No. 1:05-cr-10078 NMG

*Darryl DOWDELL,*
    *Defendant.*

**DEFENDANT'S EXHIBIT LIST**

Defendant lists and reserves the right to use the following exhibits at trial:

1. Any of the exhibits on the Government's List of Exhibits.

2. Booking photos July 16, 2001.

3. DEA 1998 <u>Agents Manual</u> (Freedom of Information Act Version).

4. BPD Manual, Orders, Rule 309, 310

5. BPD Manual, Special Order 90-4

6. BPD Manual, Special Order 03-22

7. BPD Manual, Rule 323

8. Boston Housing Authority Public Safety Department Police Manual.

9. Transcript of DEA Recording N-6

10. Transcript of DEA Recording N-7

11. Transcript of DEA Recording N-8

12. DEA-6 dated January 22, 2001 re Arrest of Tyrie Williams

13. DEA-6 dated January 26, 2001 re Arrest of Tyrie Williams

14. Booking photos Tyrie Williams.

15. All or portions of the concealed video recordings from TFA Monteiro's car for July 6, 2001.

1

16. All or portions of the concealed video recordings from TFA Monteiro's car for July 16, 2001.

17. Receipts and Pawn Transaction Records of Empire Loan dated July 16, 2001 for Sale of Gold Necklace.

Dated this 14th day of May, 2007 at Boston, Massachusetts.

>Respectfully submitted,
>DARRYL DOWDELL,
>By his Attorney,
>
> / s. /   Kevin L. Barron
>KEVIN L BARRON 550712
>25 CHANNEL CNTR ST 408
>BOSTON MA 02210-3416
>Tel. No. 617.737.1555
>Fax No. 617.517.7711
>Cellular 617.407.6837
>kevin.barron@mac.com