UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

*UNITED STATES OF AMERICA*

    *v.*                                                                         Case No. 1:05-cr-10078 NMG

*Darryl DOWDELL,*
       *Defendant.*

## MOTION TO ENLARGE

N O W   C O M E S  Counsel to Darryl Dowdell and moves, respectfully, for an order enlarging time to file the defendant's witness list.  As predicated in counsel's May 13, 2007 motion to withdraw (Doc. 79), the attorney-client relationship was terminated by defendant before strategic choices could be made in selecting witnesses.  Counsel cannot, therefore, faithfully represent that the witnesses listed would be ones that defendant may call in his defense, nor can counsel protect defendant's interests by filing an over-inclusive list of all potential witnesses.  In accordance with LR 7.1, Counsel has consulted with AUSA Wortmann about this motion.

Dated this 14th day of May, 2007 at Boston, Massachusetts.

        Respectfully submitted,
        DARRYL DOWDELL,
        By his Attorney,
        / s. /   Kevin L. Barron
        KEVIN L BARRON 550712
        25 CHANNEL CNTR ST 408
        BOSTON MA 02210-3416
        Tel. No. 617.737.1555
        Fax No. 617.517.7711
        kevin.barron@mac.com

CERTIFICATE

Counsel certifies he has caused this motion to be served on the parties through the CM/ECF of this District.  Dated this 14th day of May, 2007.

/s./ Kevin L. Barron