```
+              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
        v.                  )   CRIMINAL NO. 05-10078-NMG
                            )
DARRYL DOWDELL              )
        Defendant           )
```

## GOVERNMENT'S SUPPLEMENTAL LIST OF WITNESSES

The following is a supplemental list of names of individuals the government may call as witnesses in its case-in-chief. The government reserves the right to supplement this list as appropriate:

    (6) Deputy James Morecroft
        Essex County Sheriff's Department

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              UNITED STATES ATTORNEY

                      By: /s/ John A. Wortmann, Jr.
                            JOHN A. WORTMANN, JR.
                            Assistant U.S. Attorney
                            One Courthouse Way
                            Boston, MA
                            (617) 748-3207