UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

*UNITED STATES OF AMERICA*

    *v.*     Case No. 1:05-cr-10078 NMG

*Darryl DOWDELL,*
    *Defendant.*

## NOTICE OF ALIBI

Defendant serves notice of alibi in accordance with FRE Rule 12.1. Counsel says as follows upon information and belief:

1.  In and around the times of the alleged offense on July 16, 2001, defendant was with Shirley Green in Franklin Park preparing for a picnic or cookout. FRE Rule 12(a)(2)(A) "each specific place where the defendant claims to have been at the time of the alleged offense";

2.  The name of the witness is Shirley Green. Her last known address is 35 Wildwood Street, Roxbury, Massachusetts. Counsel does not know the witness' telephone number. FRE Rule 12(a)(2)(B) "the name, address, and telephone number of each alibi witness on whom the defendant intends to rely".

Dated this 15th day of May, 2007 at Boston, Massachusetts.

                        Respectfully submitted,
                        DARRYL DOWDELL,
                        By his Attorney,
                        / s. /   Kevin L. Barron
                        KEVIN L BARRON 550712
                        25 CHANNEL CNTR ST 408
                        BOSTON MA 02210-3416
                        Tel. No. 617.737.1555
                        Fax No. 617.517.7711
                        kevin.barron@mac.com

2

CERTIFICATE OF SERVICE

    I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

    /s/    Kevin L. Barron