UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-10078-NMG |
| ) | |
| DARRYL DOWDELL ) | |
|     Defendant ) | |

**GOVERNMENT'S SECOND SUPPLEMENTAL LIST OF WITNESSES**

The following is a supplemental list of names of individuals the government may call as witnesses in its case-in-chief. The government reserves the right to supplement this list as appropriate:

(7) Jennifer Farrell
    Manager-Forensic/Criminal Records
    Keeper of the Records
    Boston Police Department

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              UNITED STATES ATTORNEY

                     By: /s/ John A. Wortmann, Jr.
                              JOHN A. WORTMANN, JR.
                              Assistant U.S. Attorney
                              One Courthouse Way
                              Boston, MA
                              (617) 748-3207