UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

*UNITED STATES OF AMERICA*

    *v.*           Case No. 1:05-cr-10078 NMG

*Darryl DOWDELL,*
    *Defendant.*

**DEFENDANT'S WITNESS LIST**

Defendant reserves the right to offer the following witnesses at trial:

1. Custodian Records, Suffolk Co. Sheriff's Department

2. Custodian Records, Essex Co. Sheriff's Department

3. TFA Lt. Paul Hartley, Massachusetts State Police

4. Alicia Gray, 48 DeWitt St, Roxbury, Massachusetts

5. Robert Cohen, Empire Loan, Boston, Massachusetts

6. Robert Cox, Lynnfield, Massachusetts

7. Robert Sampson, Norwood, MA or 180 Ruggles St, Roxbury

Dated this 23rd day of May, 2007 at Boston, Massachusetts.

    Respectfully submitted,
    DARRYL DOWDELL,
    By his Attorney,

    / s. /   Kevin L. Barron
    KEVIN L BARRON 550712
    25 CHANNEL CNTR ST 408
    BOSTON MA 02210-3416
    Tel. No. 617.737.1555
    Fax No. 617.517.7711
    Cellular 617.407.6837
    kevin.barron@mac.com