UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

*UNITED STATES OF AMERICA*

    *v.*                                                             Case No. 1:05-cr-10078 NMG

*Darryl DOWDELL,*
       *Defendant.*

## DEFENDANT'S REVISED EXHIBIT LIST

Defendant lists and reserves the right to use the following exhibits at trial:

1. Any of the exhibits on the Government's List of Exhibits

2. Booking photos (not written materials) of July 16, 2001

3. DEA 1998 <u>Agents Manual</u> (Freedom of Information Act Version)

4. BPD Manual, Orders, Rule 309, 310

5. BPD Manual, Special Order 90-4

6. BPD Manual, Special Order 03-22

7. BPD Manual, Rule 323

8. Boston Housing Authority Public Safety Department Police Manual

9. Transcript of DEA Recording N-6

10. Transcript of DEA Recording N-7

11. Transcript of DEA Recording N-8

12. DEA-6 dated January 22, 2001 re Arrest of Tyrie Williams

13. DEA-6 dated January 26, 2001 re Arrest of Tyrie Williams

14. Booking sheets and photos re Tyrie Williams

15. All or portions of the first concealed video recordings from TFA Monteiro's car for July 6, 2001

16. All or portions of the second concealed video recordings from TFA Monteiro's car for July 6, 2001 (including digital copies)

17. All or portions of the concealed video recordings from TFA Monteiro's car for July 16, 2001 (including digital copies)

18. Receipts and Pawn Transaction Records of Empire Loan dated July 16, 2001 for Sale of Gold Necklace

19. Incident Report of P.O. Richard Harkins dated July 3, 2001

20. Inmate Property Sheet from Suffolk County Sheriff's Office, dated July 16, 2007

21. OAF Report dated July 16, 2001, prepared by S/A Hartley

22. Transcripts Grand Jury Testimony of TFA Monteiro, March 23, 2005

23. Transcripts Grand Jury Testimony of TFA Monteiro, March 19, 2002 in re August 16, 2001 investigation Duwan Jackson, Robert Sampson

24. Transcripts Grand Jury Testimony of TFA Monteiro, March 19, 2002 In re August 8, 2001 investigation Robert Sampson

25. Transcripts Grand Jury Testimony of TFA Monteiro, March 19, 2002 in re July 16, 2001 investigation Darryl Dowdell, Robert Sampson

26. Boston Police Department FIO of Officer Hawkins re Mark Green and Darryl Dowdell

Dated this 23rd day of May, 2007 at Boston, Massachusetts.

Respectfully submitted,
DARRYL DOWDELL,
By his Attorney,
 / s. /   Kevin L. Barron
KEVIN L BARRON 550712
25 CHANNEL CNTR ST 408
BOSTON MA 02210-3416
Tel. No. 617.737.1555
Fax No. 617.517.7711
Cellular 617.407.6837
kevin.barron@mac.com