UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

UNITED STATES OF AMERICA

     v.                                       Case No. 1:05-cr-10078 NMG

Darryl DOWDELL,
        Defendant.

### MOTION TO EXCEPT INVESTIGATOR FROM SEQUESTRATION

N O W  C O M E S defendant, Darryl Dowdell, by counsel, and moves, respectfully, for an order excepting private investigator Robert Cox from sequestration. Mr. Cox is not expected to be a fact witness in this case. Because Mr. Cox has many years of experience as an undercover officer with the Massachusetts State Police in the investigation of homicide and narcotics, counsel has notified the government that it may wish to call Mr. Cox as an expert concerning undercover police procedures. Thus it would be helpful to have him present for the testimony of undercover officers. Furthermore, Mr. Cox has been the defense equivalent of a case agent and counsel may need his assistance in the conduct of the trial.

    Dated this 24th day of May, 2007 at Boston, Massachusetts.

                                    Respectfully submitted,
                                    DARRYL DOWDELL,
                                    By his Attorney,
                                    <u>/ s. /   Kevin L. Barron</u>
                                    KEVIN L BARRON 550712
                                    25 CHANNEL CNTR ST 408
                                    BOSTON MA 02210-3416
                                    Tel. No. 617.737.1555

                                    CERTIFICATE

Counsel certifies he has caused this motion to be served on the parties through the CM/ECF of this District. Dated this 22nd day of May, 2007.

                                    <u>/s./ Kevin L. Barron</u>