United States District Court
District of Massachusetts

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
     v.                        )    Criminal Action No.
                               )    05-10078-NMG
                               )
DARRYL DOWDELL,                )
                               )
         Defendant.            )
_____)
```

**ORDER**

**GORTON, J.**

On May 24, 2007, the Court held a final pre-trial conference at which it announced its decisions with respect to several motions in limine and evidentiary objections. The Court took two matters under advisement: 1) the designation of "Dowdell" on the transcripts provided by the government and 2) the admissibility of the police arrest booking form and photograph.

With respect to the transcript evidence, the Court directs the government to substitute all references to "Dowdell" in the transcript with "Smoke". At the time that the transactions at issue were conducted, the person in the video was known to the government as "Smoke".

The defendant's motion in limine to exclude the police reports (Docket No. 93) is denied and the Boston Police Department arrest booking form, if properly authenticated, will

-1-

be admitted into evidence pursuant to Fed. R. Evid. 801(d)(1) (because the document formed the basis of a witness's identification) and Fed. R. Evid. 803(8)(because the document reflects routine procedures based upon information from the defendant himself and <u>not</u> observations, conclusions or opinions of police officers which are normally contained in police reports). In sum, the document possesses the requisite indicia of trustworthiness to be admissible under more than one of the Federal Rules of Evidence.

**So ordered.**

                                          /s/ Nathaniel M. Gorton  
                                          Nathaniel M. Gorton  
                                          United States District Judge

Dated: May 25, 2007