UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

*UNITED STATES OF AMERICA*

    *v.*              Case No. 1:05-cr-10078 NMG

*Darryl DOWDELL,*
    *Defendant.*

**DEFENDANT'S AMENDED WITNESS LIST**

Defendant reserves the right to offer the following witnesses at trial:

1. Custodian Records, Suffolk Co. Sheriff's Department
2. Custodian Records, Essex Co. Sheriff's Department
3. TFA Lt. Paul Hartley, Massachusetts State Police
4. Robert Cohen, Empire Loan, Boston, MA
5. Robert Cox, Lynnfield, MA
6. Robert Sampson, Norwood, MA or 180 Ruggles St, Roxbury
7. Jennifer A. Farrell, Schroeder Plz., Roxbury Crossing, MA
8. Douglas Anderson, Middleton, MA

Dated this 28th day of May, 2007 at Boston, Massachusetts.

            Respectfully submitted,
            DARRYL DOWDELL,
            By his Attorney,

            /s/ Kevin L. Barron
            KEVIN L BARRON 550712
            25 CHANNEL CNTR ST 408
            BOSTON MA 02210-3416
            Tel. No. 617.737.1555
            Fax No. 617.517.7711
            Cellular 617.407.6837
            kevin.barron@mac.com

2

CERTIFICATE OF SERVICE

I hereby certify that defendant's amended witness list, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                    /s./    Kevin L. Barron
                    KEVIN L BARRON 550712