UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

*UNITED STATES OF AMERICA*

    *v.*           Case No. 1:05-cr-10078 NMG

*Darryl DOWDELL,*
    *Defendant.*

MOTION FOR ISSUANCE OF A WRIT OF
*HABEAS CORPUS AD TESTIFICANDUM*

Defendant, DARRYL DOWDELL, by his counsel, moves, respectfully, for issuance of a writ of *habeas corpus ad testificandum* to secure the appearance of Douglas Anderson, now in the custody of the United States Marshals Service in the Essex County Correctional Facility at Middleton, Massachusetts. The defense requests Mr. Anderson's appearance for testimony likely beginning on the afternoon of May 30, 2007.

Dated this 28th day of May, 2007 at Boston, Massachusetts.

        Respectfully submitted,
        DARRYL DOWDELL,
        By his Attorney,
        / s. /   Kevin L. Barron
        KEVIN L BARRON 550712
        25 CHANNEL CNTR ST 408
        BOSTON MA 02210-3416
        Tel. No. 617.737.1555
        Fax No. 617.517.7711
        Cellular 617.407.6837
        kevin.barron@mac.com

CERTIFICATE OF SERVICE

I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

        /s./   Kevin L. Barron
        KEVIN L BARRON 550712