UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

*UNITED STATES OF AMERICA*

     *v.*                              Case No. 1:05-cr-10078 NMG

*Darryl DOWDELL,*
        *Defendant.*

**MOTION TO SEAL**

N OW  C O M E S  Kevin L. Barron, counsel to defendant, and moves, respectfully, for an order sealing certain motion papers related to a defense request for a missing witness charge.  Counsel moves on the grounds that said motion may contain information about informants or personal or identifying data of witnesses. As L.R. 7.2(d) requires, counsel files this motion before filing any sealed motions.  Counsel believes there is good cause that the impoundment order should not be lifted.  L.R. 7.2(a).  In accordance with L.R. 7.2 (c), there should be no cut-off date for the order sought in this motion; once the judgment of this action becomes final, material not specifically released from impoundment should be returned to counsel for storage and destruction.  This request applies only to the anticipated motion concerning the jury instruction 2.12 and should not be construed as a blanket order of impoundment.  L.R. 7.2(e).

    Dated this 28th day of May, 2007 at Boston, Massachusetts.

                    Respectfully submitted,
                    DARRYL DOWDELL,
                    By his Attorney,
                     / s. /    Kevin L. Barron
                    KEVIN L BARRON 550712
                    25 CHANNEL CNTR ST 408
                    BOSTON MA 02210-3416
                    Tel. No. 617.737.1555
                    Fax No. 617.517.7711
                    kevin.barron@mac.com

CERTIFICATE OF SERVICE

I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/    Kevin L. Barron
KEVIN L BARRON 550712