UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

*UNITED STATES OF AMERICA*

     *v.*                                  Case No. 1:05-cr-10078 NMG

*Darryl DOWDELL,*
       *Defendant.*

MOTION FOR RULE 104 HEARING

Now comes defendant, Darryl Dowdell, by his counsel, Kevin Barron, and moves, respectfully, for an examination of Task Force Agent Monteiro outside hearing of the jury to determine whether there is a reliable evidentiary foundation to make an in-court identification of the defendant. There are considerable risks of misidentification. At the time charged in the indictment, the agent had conducted more than 500 undercover investigations for cocaine. (Grand Jury Testimony, Suffolk County Superior Court, March 19, 2002.) Counsel believes that Agent Monteiro identified Mr. Dowdell from a single booking photograph after making an undercover purchase from the agent's car on the street on July 16, 2001, some six years ago. (Agent DEA-6 reports.) As video tapes show, Agent

Monteiro's prior observations of the person alleged to be defendant

both on July 6 and July 16, 2001 were hurried. (Trial exhibits.)

Counsel requests that defendant not be present for this portion

of the examination.

WHEREFORE, defendant prays for an order in form of the

relief requested.

Dated this 29th day of May, 2007 at Boston, Massachusetts.

Respectfully submitted,
Darryl Dowdell, by his Attorney,

/s./ *Kevin L. Barron*

KEVIN L BARRON 550712
25 CHANNEL CNTR ST 408
BOSTON MA 02210-3416
Tel. No.    617.737.1555
Facsimile   617.517.7711
Mobile      617.407.6837
kevin.barron@mac.com

CERTIFICATE OF SERVICE
Counsel certifies that he has caused AUSA Wortmann to be served
with a true copy of this motion today, May 29, 2007 by the CM/ECF
of this District and that no party requires service by other means.

/s./ *Kevin L. Barron*

KEVIN L BARRON 550712

2