UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**WRIT OF HABEAS CORPUS**

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies,

and to: Essex County Corr., Middleton, MA.

YOU ARE COMMANDED to have the body of Douglas Anderson now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. 4, on the 3rd floor, Boston, Massachusetts on May 31, 2007, at 9:00 A.M.

for the purpose of testifying

in the case of UNITED STATES OF AMERICA V. Darryl Dowdell

CR Number 05-cr-10078

And you are to retain the body of said Douglas Anderson while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said Douglas Anderson to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 30th day of May, 2007.

_____
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

SARAH A. THORNTON
CLERK OF COURT

By: _____
Deputy Clerk

(Habeas Writ.wpd -