UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

*UNITED STATES OF AMERICA*

    *v.*                                                                      Case No. 1:05-cr-10078 NMG

*Darryl DOWDELL,*
      *Defendant.*

MOTION FOR JUDGMENT OF
ACQUITTAL AT THE CONCLUSION
OF THE GOVERNMENT'S CASE

NOW COMES, Darryl Dowdell, the defendant, and moves, respectfully, pursuant to F.R.Crim.P. Rule 29 for a judgment of acquittal on the grounds that the evidence presented is insufficient as a matter of law to support the indictments at the conclusion of the government's case.

    More specifically, the defendant submits as to each count of the indictment: The evidence taken in the light most favorable to the government is insufficient for a reasonable juror to conclude that the government has identified Darryl Dowdell as the person who distributed cocaine base (also know as crack cocaine) on July 16, 2001 in violation of 21 USC §841(a)(1).

WHEREFORE, defendant prays for an order in form of the relief requested.

Dated this 30th day of May, 2007 at Boston, Massachusetts.

>Respectfully submitted,
>Darryl Dowdell, by his Attorney,
>
>/s./ *Kevin L. Barron*
>KEVIN L BARRON 550712
>25 CHANNEL CNTR ST 408
>BOSTON MA 02210-3416
>Tel. No.    617.737.1555
>Facsimile   617.517.7711
>Mobile      617.407.6837
>kevin.barron@mac.com

CERTIFICATE OF SERVICE

Counsel certifies that he has caused AUSA Wortmann to be served with a true copy of this motion today, May 30, 2007 by the CM/ECF of this District and that no party requires service by other means.

/s./ *Kevin L. Barron*
KEVIN L BARRON 550712

2