UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

*UNITED STATES OF AMERICA*

    *v.*                                      Case No. 1:05-cr-10078 NMG

*Darryl DOWDELL,*
    *Defendant.*

ANSWER TO §851 INFORMATION

NOW COMES defendant, by his counsel, and answers the government's April 5, 2007 information (Doc. 75). The predicate convictions set forth in the said information are not valid as a matter of law and are subject to collateral attack and vacature under the laws of the Commonwealth of Massachusetts.

    Though said convictions were entered in 1995 and 1998, beyond the period 21 USC §851(e), the vacature of said convictions in the Courts of the Commonwealth would prevent their use in these proceedings.

Dated this 31st day of May, 2007 at Boston, Massachusetts.

        Respectfully submitted,
        Darryl Dowdell, by his Attorney,

/s./ *Kevin L. Barron*

KEVIN L BARRON 550712
25 CHANNEL CNTR ST 408
BOSTON MA 02210-3416
Tel. No.    617.737.1555
Facsimile   617.517.7711
Mobile     617.407.6837
kevin.barron@mac.com

CERTIFICATE OF SERVICE

Counsel certifies that he has caused AUSA Wortmann to be served with a true copy of this motion today, May 31, 2007 by the CM/ECF of this District and that no party requires service by other means.

/s./ *Kevin L. Barron*

KEVIN L BARRON 550712