CIVIL/CRIMINAL CASE NO: _05 cr 10078_

TITLE: _United States_ VS. _Darryl Dowdell_

## JURY PANEL

01. Patrick Donahy
02. Marilyn Kujala
03. Benjamin Lavine
04. Edward Shivzas
05. Nancy Nick
06. Beth Meyer
07. Michael Wick
08. James Lee
09. Judith Murphy
10. Paul Mickey
11. Danielle Karons
12. Rebecca Henry

ALT. #1 _____
ALT. #2 Mary McCarthy
ALT. #3 _____
ALT. #4 Derrick Calvano

## WITNESSES

**PLAINTIFF/GOVT.**

01. Joao Monteiro    27/30
02. David Thornell    30
03. Richard Harkins
04. James Microft
05. 
06. 
07. 
08. 
09. 
10. 
11. 
12. 
13. 
14. 

**DEFENDANT**

01. Robert Cox
02. Robert Cohen
03. ~~____~~
04. 
05. 
06. 
07. 
08. 
09. 
10. 
11. 
12. 
13. 
14. 

(jury&wit.lst - 09/92)