# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

United States v. Darryl Dowdell

**EXHIBIT AND WITNESS LIST**

Case Number: 05cr10078

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Nathaniel M. Gorton | Wortmann | Barron |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 5/29/07 | Pahlstrom | Nicewicz |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1A | | 5/29/07 | X | X | Blow up Ruggles/Whittier |
| 1B | | | X | X | Blow up Whittier/BPD HQ |
| 2 | | | X | X | " "  Monkira in car |
| 3 | | | X | X | Video of undercover surv. 1st buy |
| 4 | | 5/30/07 | X | X | "  "  "  "  2nd buy |
| 7 | | | X | X | Blow up 190 Ruggles St. |
| 12 | | | X | X | Res evd. env; crack cocaine |
| 13 | | | X | X | "  "  "  "  " |
| 6 | | | X | X | Video of undercover surv. 3rd buy |
| 8 | | | X | X | Audiotape of video of 3rd buy |
| 10-1 | | | X | X | Booking form blowup |
| 10-2 | | | X | X | photo from book. form blowup |
| 14 | | | X | X | Grp of photos - stillframes 13 |
| | 15 | | X | X | Empire Collateral Loan printout |
| — | 16 | | X | X | Stipulated Supp. CSD 7/17/01 D. Dowdell prop. |
| — | 17 | 5/31/07 | X | X | ~~Keep of Reg~~ off auth funds DEA |
| — | 18 | | X | X | map of Ruggle St area |
| — | 19 | | X | X | transcript 1st transach "B" |
| — | 20 | | X | X | "  2nd  "  "C" |
| — | 21 | | X | X | "  3rd  "  "D" |
| | | | X | X | |
| | | | X | X | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages