United States District Court
District of Massachusetts

```
_____
                                 )
UNITED STATES OF AMERICA         )
                                 )
                                 )
          v.                     )    Criminal Action No.
                                 )    05-10078-NMG
                                 )
DARRYL DOWDELL,                  )
                                 )
          Defendant.             )
_____)
```

### Verdict Form

**WE, THE JURY, UNANIMOUSLY FIND:**

On the Charge of Distribution of Cocaine Base, a/k/a "crack cocaine" (Count <u>One</u>), Defendant **Darryl Dowdell**

\_\_\_\_\_ Not Guilty       _X_ Guilty

YOUR DELIBERATIONS ARE COMPLETE.  THE FOREMAN WILL SIGN THE VERDICT FORM AND NOTIFY THE MARSHAL IN WRITING THAT THE JURY HAS COME TO A DECISION.  THE JURY WILL THEN BE INVITED TO THE COURTROOM TO RETURN ITS VERDICT.

Dated: _31 May 2007_   Jury Foreman: _Patrick Donneh_

-1-

We have reached
a verdict

Patrick Donnelly
Foreman

31 May 2007