AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF    MASSACHUSETTS (BOSTON)

| UNITED STATES of AMERICA | SUBPOENA IN A |
|---|---|
| V. | CRIMINAL CASE |
| DARRYL DOWDELL | Case Number: 1:05-CR-10078 NMG |

FILED IN CLERK'S OFFICE
2007 JUN 1 A 11:10
U.S. DISTRICT COURT
DISTRICT OF MASS.

TO: Robert Sampson, 59 Cabot Street Apt 154 Roxbury, MA 02119, 180 Ruggles (Mother Gracie Reid), Roxbury, MA 02119

☑ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| THIRD FLOOR, UNITED STATES DISTRICT COURT, 1 COURTHOUSE WAY, BOSTON, MA 02210 (NEW US COURTHOUSE ON BOSTON WATERFRONT) | FOUR (3rd FL) |
| | DATE AND TIME |
| | 5/29/2007 9:00 am |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

U.S. MAGISTRATE JUDGE OR CLERK OF COURT
SARAH A. THORNTON

(By) Deputy Clerk

5/23/07

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
KEVIN BARRON, 25 CHANNEL CNTR ST, BOSTON MA 02210
TEL NOs 617 407 6837 OR 617 407 6837
PLEASE CONTACT COUNSEL CONCERNING YOUR ATTENDANCE

# UNITED STATES DISTRICT COURT

DISTRICT OF    MASSACHUSETTS (BOSTON)

UNITED STATES of AMERICA

v.

DARRYL DOWDELL

SUBPOENA IN A CRIMINAL CASE

Case Number: 1:05-CR-10078 NMG

TO: ROBERT COHEN
EMPIRE LOAN
1130 WASHINGTON ST
BOSTON MA 02118
TEL NO: 617 423 9366

☑ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| THIRD FLOOR, UNITED STATES DISTRICT COURT, 1 COURTHOUSE WAY, BOSTON, MA 02210 (NEW US COURTHOUSE ON BOSTON WATERFRONT) | FOUR (3rd FL) |
| | DATE AND TIME |
| | 5/29/2007 9:00 am |

☑ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

Pawn or sales records for sale of gold chain by Darryl Dowdell at Mepire Loan on July 16, 2001

SARAH A. THORNTON
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

(By) Deputy Clerk

5/23/07

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

KEVIN BARRON, 25 CHANNEL CNTR ST, BOSTON MA 02210
TEL NOs 617 407 6837 OR 617 407 6837
PLEASE CONTACT COUNSEL CONCERNING YOUR ATTENDANCE

| PROOF OF SERVICE | | | |
|---|---|---|---|
| RECEIVED BY SERVER | DATE 5-24-07 | PLACE Boston MA | |
| SERVED | DATE 5-24-07 | PLACE Empire Loan 1130 Washington St. Boston MA | |
| SERVED ON (PRINT NAME) Robert Cohen | | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES ☐ NO AMOUNT $ | |
| SERVED BY (PRINT NAME) Kevin Donald | | TITLE DUSM | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   5-24-07
                    DATE

SIGNATURE OF SERVER

USMS Boston
ADDRESS OF SERVER

ADDITIONAL INFORMATION

# UNITED STATES DISTRICT COURT

DISTRICT OF **MASSACHUSETTS (BOSTON)**

UNITED STATES of AMERICA

v.

DARRYL DOWDELL

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 05-CR-10078 NMG

TO: NASHUA STREET JAIL, CUSTODIAN OF RECORDS
200 NASHUA ST, BOSTON MA 02114  617 635 1100 x 6385

ATTN JAMES DAVIN, ESQ., GENRAL COUNSEL SCSO
TEL NO 617 963 6665

☑ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| THIRD FLOOR, UNITED STATES DISTRICT COURT, 1 COURTHOUSE WAY, BOSTON, MA 02210 (NEW US COURTHOUSE ON BOSTON WATERFRONT) | FOUR (3rd FL) |
| | DATE AND TIME |
| | 5/29/2007 9:00 am |

☑ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

July 16 - 17, 2001 Inmate Property and Booking records for DARRYL DOWDELL (born 03-25-1978).

U.S. MAGISTRATE JUDGE OR CLERK OF COURT
SARAH A. THORNTON
(By) Deputy Clerk

DATE  5/23/07

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
KEVIN BARRON, 25 CHANNEL CNTR ST, BOSTON MA 02210
TEL NOs 617 407 6837 OR 617 407 6837
PLEASE CONTACT COUNSEL CONCERNING YOUR ATTENDANCE

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| | DATE | PLACE |
| RECEIVED BY SERVER | 5-24-07 | Boston MA |
| SERVED | DATE 5-24-07 | PLACE Suffolk County Sheriff's Office Boston MA |
| SERVED ON (PRINT NAME) Russell T. Homsy, Legal Div. | | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES ☐ NO AMOUNT $ |
| SERVED BY (PRINT NAME) Kevin Donahue | | TITLE OUSM |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   5-24-07
                 DATE

_____
SIGNATURE OF SERVER

USMS - Boston
ADDRESS OF SERVER

ADDITIONAL INFORMATION

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS (BOSTON)

UNITED STATES of AMERICA

V.

DARRYL DOWDELL

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 1:05-CR-10078 NMG

TO: ALICIA GRAY
48 DeWitt St
ROXBURY, MA

617-445-3197

☑ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| THIRD FLOOR, UNITED STATES DISTRICT COURT, 1 COURTHOUSE WAY, BOSTON, MA 02210 (NEW US COURTHOUSE ON BOSTON WATERFRONT) | FOUR (3rd FL) |
| | DATE AND TIME |
| | 5/29/2007 9:00 am |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| SARAH A. THORNTON | 5/23/07 |
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
KEVIN BARRON, 25 CHANNEL CNTR ST, BOSTON MA 02210
TEL NOs 617 407 6837 OR 617 407 6837
PLEASE CONTACT COUNSEL CONCERNING YOUR ATTENDANCE

| PROOF OF SERVICE | | | |
|---|---|---|---|
| RECEIVED BY SERVER | DATE 5-24-07 | PLACE 48 Dewitt St | |
| SERVED | DATE 5-24-07 | PLACE Roxbury, MA | |
| SERVED ON (PRINT NAME) Inell Grey (mother) | | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES  ☐ NO  AMOUNT $ _____ | |
| SERVED BY (PRINT NAME) Kevin Donahue | | TITLE D.U.S.M. | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   5-24-07
              DATE

SIGNATURE OF SERVER

USMS Boston
ADDRESS OF SERVER

ADDITIONAL INFORMATION

## ✳✳ TRANSMISSION REPORT ✳✳

SID : USMS Massachusetts          Number : 6177482579          FILED 05-23-07 16:32

| Date/Time | 5-23  16:32 |
| --- | --- |
| Dialled number | 819787501999 |
| Durat. | 0'17" |
| Mode | NORMAL |
| Pages | 2 |
| Status | Correct |

CLERKS OFFICE
2007 JUN -1  A 11:09
U.S. DISTRICT COURT
DISTRICT OF MASS.

---

AO89 (Rev 7/05) Subpoena in a Criminal Case

## UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS (BOSTON)

UNITED STATES of AMERICA

v.

DARRYL DOWDELL

SUBPOENA IN A
CRIMINAL CASE

Case Number: 1:05-CR-10078 NMG

TO:  KEEPER OF RECORDS
ESSEX COUNTY SHERIFF'S DEPARTMENT
20 MANNING BLVD
MIDDLETON MA 01949

ATTN. RICK JEFFERY, COUNSEL 978-750-1900 X3370

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
| --- | --- |
| THIRD FLOOR, UNITED STATES DISTRICT COURT, 1 COURTHOUSE WAY, BOSTON, MA 02210 (NEW US COURTHOUSE ON BOSTON WATERFRONT) | FOUR (3rd FL) |
| | DATE AND TIME |
| | 5/29/2007 9:00 am |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

DISCIPLINARY RECORDS AND SECURITY INVESTIGATION RECORDS OF THE ESSEX COUNTY SHERIFF'S DEPARTMENT HOUSE OF CORRECTIONS OR JAIL FOR DARRYL DOWDELL (born 03-25-1978).

U.S. MAGISTRATE JUDGE OR CLERK OF COURT
SARAH A. THORNTON

DATE
5-23-2007

(By) Deputy Clerk
_Elizabeth E. Sonnenberg_

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
KEVIN BARRON, 25 CHANNEL CNTR ST, BOSTON MA 02210
TEL NOs 617 407 6837 OR 617 407 6837
PLEASE CONTACT COUNSEL CONCERNING YOUR ATTENDANCE

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MASSACHUSETTS (BOSTON) _____

UNITED STATES of AMERICA

v.

DARRYL DOWDELL

**SUBPOENA IN A CRIMINAL CASE**

Case Number:   1:05-CR-10078 NMG

TO:  KEEPER OF RECORDS
ESSEX COUNTY SHERIFF'S DEPARTMENT
20 MANNING BLVD
MIDDLETON MA 01949

ATTN. RICK JEFFERY, COUNSEL 978-750-1900 X3370

☑ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case.  This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| THIRD FLOOR, UNITED STATES DISTRICT COURT, 1 COURTHOUSE WAY, BOSTON, MA 02210 (NEW US COURTHOUSE ON BOSTON WATERFRONT) | FOUR (3rd FL) |
|  | **DATE AND TIME** |
|  | 5/29/2007 9:00 am |

☑ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

DISCIPLINARY RECORDS AND SECURITY INVESTIGATION RECORDS OF THE ESSEX COUNTY SHERIFF'S DEPARTMENT HOUSE OF CORRECTIONS OR JAIL FOR DARRYL DOWDELL (born 03-25-1978).

U.S. MAGISTRATE JUDGE OR CLERK OF COURT
SARAH A. THORNTON

DATE
5-23-2007

(By) Deputy Clerk
/s/ Elizabeth E. Sonnenberg

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

KEVIN BARRON, 25 CHANNEL CNTR ST, BOSTON MA 02210
TEL NOs 617 407 6837 OR 617 407 6837
PLEASE CONTACT COUNSEL CONCERNING YOUR ATTENDANCE

AO 89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE 5/23/07 | PLACE USMS |
| SERVED | DATE 5/23/07 | PLACE Via Facsimile Transmittal |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _5/23/07_
DATE

SIGNATURE OF SERVER

USMS
ADDRESS OF SERVER

ADDITIONAL INFORMATION

**\*\* TRANSMISSION REPORT \*\***

SID : USMS Massachusetts          Number : 6177482579          FILED 05-23-07 16:31
IN CLERK'S OFFICE
2007 JUN -1 A 11: 10
U.S. DISTRICT COURT
DISTRICT OF MASS.

| Date/Time | 5-23  16:30 |
|---|---|
| Dialled number | 815089234010 |
| Subscriber | 5089234010 |
| Durat. | 0'23" |
| Mode | NORMAL |
| Pages | 2 |
| Status | Correct |

AO89 (Rev. 7/95) Subpoena in a Criminal Case

## UNITED STATES DISTRICT COURT
DISTRICT OF  MASSACHUSETTS (BOSTON)

UNITED STATES of AMERICA

v.

DARRYL DOWDELL

SUBPOENA IN A
CRIMINAL CASE

Case Number: 1:05-CR-10078 NMG

TO: Lt. PAUL HARTLEY
MASSACHUSETTS STATE POLICE
HEADQUARTERS TROOP D
326 WEST GROVE ST
MIDDLEBORO MA 02346

617-445-3197

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| THIRD FLOOR, UNITED STATES DISTRICT COURT, 1 COURTHOUSE WAY, BOSTON, MA 02210 (NEW US COURTHOUSE ON BOSTON WATERFRONT) | FOUR (3rd FL) |
|  | DATE AND TIME |
|  | 5/29/2007 9:00 am |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

YOUR FIELD NOTES AND YOUR REPORTS CONCERNING INVESTIGATION OF DARRYL DOWDELL on JULY 16, 2001, WITHOUT LIMITATION, AN OFFICAL AUTHORIZED FUNDS REPORT PREPARED JULY 16, 2001



SARAH A. THORNTON
U.S. MAGISTRATE JUDGE OR CLERK OF COURT
(By) Deputy Clerk

DATE: MAY 23 2007

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER.
KEVIN BARRON, 25 CHANNEL CNTR ST, BOSTON MA 02210
TEL NOs 617 407 6837 OR 617 407 6837
PLEASE CONTACT COUNSEL CONCERNING YOUR ATTENDANCE

# UNITED STATES DISTRICT COURT

DISTRICT OF    MASSACHUSETTS (BOSTON)

UNITED STATES of AMERICA

v.

DARRYL DOWDELL

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 1:05-CR-10078 NMG

TO: Lt. PAUL HARTLEY
MASSACHUSETTS STATE POLICE
HEADQUARTERS TROOP D
326 WEST GROVE ST
MIDDLEBORO MA 02346

617-445-3197

☑ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| THIRD FLOOR, UNITED STATES DISTRICT COURT, 1 COURTHOUSE WAY, BOSTON, MA 02210 (NEW US COURTHOUSE ON BOSTON WATERFRONT) | FOUR (3rd FL) |
| | **DATE AND TIME** |
| | 5/29/2007 9:00 am |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

YOUR FIELD NOTES AND YOUR REPORTS CONCERNING INVESTIGATION OF DARRYL DOWDELL on JULY 16, 2001, WITHOUT LIMITATION, AN OFFICAL AUTHORIZED FUNDS REPORT PREPARED JULY 16, 2001

SARAH A. THORNTON
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

(By) Deputy Clerk

DATE

MAY 23 2007

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

KEVIN BARRON, 25 CHANNEL CNTR ST, BOSTON MA 02210
TEL NOs 617 407 6837 OR 617 407 6837
PLEASE CONTACT COUNSEL CONCERNING YOUR ATTENDANCE

| PROOF OF SERVICE |||||
|---|---|---|---|---|
| RECEIVED BY SERVER | DATE 5/23/07 || PLACE USMO ||
| SERVED | DATE 5/23/07 || PLACE Via Facsimile Transmittal ||
| SERVED ON (PRINT NAME) |||| FEES AND MILEAGE TENDERED TO WITNESS ☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) |||| TITLE |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _5/23/07_
DATE

_[signature]_
SIGNATURE OF SERVER

USMS
ADDRESS OF SERVER

ADDITIONAL INFORMATION