U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF United States of America | COURT CASE NUMBER 1:05-CR-10078 NMG |
| DEFENDANT Darryl Dowdell | TYPE OF PROCESS |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
Ms Jennifer Farrell

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  
Boston Police Dept. 1 Schroeder Plaza Roxbury Crossing MA 02120

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Attorney Kevin Barron  
25 Channel Center Street  
Boston, MA 02210

Number of process to be served with this Form - 285  
Number of parties to be served in this case  
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

RECEIVED 2007 MAY 29 P 2:04

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☑ DEFENDANT  
TELEPHONE NUMBER 617-407-6837  
DATE 5-29-07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 23 | District to Serve No. 34 | Signature of Authorized USMS Deputy or Clerk | Date 5/29/07 |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)  
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)  
Date of Service 5/29/07  Time 4:35 pm  
Signature of U.S. Marshal or Deputy

| Service Fee 45 | Total Mileage Charges (including endeavors) 4.85 | Forwarding Fee — | Total Charges 49.85 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS: Served at Desk Forensic Records closed at 4pm  
1 DUSM 10 miles 1 hr

**PRIOR EDITIONS MAY BE USED**    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **MASSACHUSETTS (BOSTON)**

UNITED STATES of AMERICA

V.

DARRYL DOWDELL

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 1:05-CR-10078 NMG

TO: MS. JENNIFER FARRELL MANAGER OF CRIMINAL & FORENSIC RECORDS BOSTON POLICE DEPARTMENT ONE SCHROEDER PLAZA ROXBURY CROSSING, MA 02120

☑ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| THIRD FLOOR, UNITED STATES DISTRICT COURT, 1 COURTHOUSE WAY, BOSTON, MA 02210 (NEW US COURTHOUSE ON BOSTON WATERFRONT) | FOUR (3rd FL) |
| | DATE AND TIME |
| | 05/30/2007 9:00AM |

Format: m/d/yyyy h:mm am/pm

☑ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

PLEASE MAKE A SEARCH OF YOUR RECORDS FOR ANY F.I.O.'s PERTAINING TO THE DEFENDANT DARRYL DOWDELL (born March 25, 1978)(a/k/a DARRYL DOWDY, DARRYL LOPES) UNDER THE ALIAS OR NICKNAME "SMOKE". ATTACHED AS EXHIBIT "A" HERETO ARE FIO's OF THE BOSTON POLICE DEPARTMENT BELIEVED TO BE A COMPLETE RECORD OF THE F.I.O.'s FOR SAID DARRYL DOWDELL. EXHIBIT A IS PROVIDED TO ASSIST IN YOUR SEARCH OF BPD RECORDS.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| SARAH A. THORNTON | MAY 2 9 2007 |
| (By) Deputy Cataldo | Format m/d/yyyy |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
KEVIN BARRON, 1 CHANNEL CNTR ST, BOSTON MA 02210 TEL NOs 617 407 6837 OR 617 407 6837 PLEASE CONTACT COUNSEL CONCERNING YOUR ATTENDANCE