UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

*UNITED STATES OF AMERICA*

    *v.*     Case No. 1:05-cr-10078 NMG

*Darryl DOWDELL,*
    *Defendant.*

## MOTION TO CONTINUE

Now comes defendant, Darryl Dowdell, by his counsel, Kevin Barron, and moves to continue the defendant's September 12, 2007 sentencing for 30 days. Counsel requires more time to investigate defendant's background and to prepare departure motions and non-Guidelines sentencing arguments. A continuance would thus serve the interests of justice.

Counsel has contacted AUSA Wortmann in accordance with LR 7.1 and the government does not oppose this motion.

Counsel requests protection for the time from September 4 - 14, 2007 for vacation plans.

WHEREFORE, defendant prays for an order in form of the relief requested.

Dated this 9th day of July, 2007 at Boston, Massachusetts.

>Respectfully submitted,
>Darryl Dowdell, by his Attorney,
>
>/s./ *Kevin L. Barron*
>KEVIN L BARRON 550712
>25 CHANNEL CNTR ST 408
>BOSTON MA 02210-3416
>Tel. No.    617.737.1555
>Facsimile   617.517.7711
>Mobile      617.407.6837
>kevin.barron@mac.com

CERTIFICATE OF SERVICE

I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

>/s./ *Kevin L. Barron*
>KEVIN L BARRON 550712