UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA

        Case Number: 1:06-cr-100078-**NMG**

  v.

DARRYL DOWDELL,
      Defendant.

## MOTION FOR DISCLOSURE OF PROBATION RECORDS

N O W  C O M E S defendant, Darryl Dowdell, and moves respectfully, for an order allowing United States Probation to disclose the medical, criminal history and other records in US Probation's possession to defendant's counsel and his experts. US Probation requires an order of court for disclosure pursuant to policy, but does not oppose this motion.

## CONCLUSION

For the reasons set forth above, this motion should be granted.

Dated this 4th day of September, 2007 at Boston, Massachusetts.

        /s./    Kevin L. Barron
        KEVIN L BARRON 550712
        Attorney for defendant Dowdell
        25 CHANNEL CNTR ST 408
        BOSTON MA 02210-3416
        Tel. No. 617-737-1555
        Mobile  617-407-6837
        Fax: 617-517-7711
        Email: k@lawyerbarron.com

## CERTIFICATE OF SERVICE

I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

        /s./    Kevin L. Barron
        KEVIN L BARRON 550712