```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10078-NMG |
| | ) | |
| DARRYL DOWDELL | ) | |

### GOVERNMENT'S RESPONSE TO MOTION FOR DISCLOSURE OF PROBATION RECORDS

The government takes no position on this motion other than to request that copies of any documents that may be produced by the United States Probation Office be provided to the undersigned as well as the defendant.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: /s/ John A. Wortmann, Jr.
JOHN A. WORTMANN, JR.
Assistant U.S. Attorney
One Courthouse Way
Boston, MA
(617) 748-3207