UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA

Case Number: 1:06-cr-100078-**NMG**

v.

DARRYL DOWDELL,
    Defendant.

REPLY TO GOVERNMENT'S OPPOSITION TO DEFENDANT'S
MOTION FOR DISCLOSURE OF PROBATION RECORDS

N O W   C O M E S defendant, Darryl Dowdell, and replies to the government's memorandum in opposition (Doc. 118) to defendant's motion for disclosure (Doc. 117). The government is not entitled without more to copies of a defendant's medical, mental health, DSS and DYS records merely because the defendant is obtaining copies of probation records released by defendant to probation. Accordingly, the government's opposition (a cross motion in fact), should be denied.

CONCLUSION

For the reasons set forth above, this motion should be granted.

Dated this 4th day of September, 2007 at Boston, Massachusetts.

/s/   Kevin L. Barron
KEVIN L BARRON 550712
Attorney for defendant Dowdell
25 CHANNEL CNTR ST 408
BOSTON MA 02210-3416
Tel. No. 617-737-1555
Mobile  617-407-6837
Fax: 617-517-7711
Email: k@lawyerbarron.com

CERTIFICATE OF SERVICE

I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

2

/s./    Kevin L. Barron
KEVIN L BARRON 550712