Darryl Dowdell, P152856

E.C.C.F.

Middleton, MA. 01949

FILED
IN CLERKS OFFICE
2007 SEP 11  P 12: 25
U.S. DISTRICT COURT
DISTRICT OF MASS.

September 5, 2007

Clerk of Criminal Court

United States District Court

District Of Massachusetts

John J. Moakley Courthouse

One Courthouse Way

Boston, MA. 02210

RE: U.S. v. DOWDELL, 2005-10078 NMG

Dear Clerk,

    My name is Darryl Dowdell and I am the defendant in a pending criminal matter before Judge Gorton. I am writing at this time to inform Judge Gorton of the problem that I am having at this time with my attorney Mr. Kevin Barron. My trial ended in federal Court on May 31, 2007, from then until this writing I have written Mr. Barron three letters asking for information for my sentencing hearing. These three letters and countless phone attempts and I still have not been able to talk to him or get answers to my questions for sentencing. I do not feel that Mr. Barron did his best at my trial and since my trial I do not feel that he has my best interest at heart. I do not know what to do other then write you and ask for your help. I feel I have been extreamly patient but with my sentencing date coming so soon I cannot afford to be left in the dark any longer. I am sorry to trouble this court in this matter, but my attorney's job is to communicate with me and investigate for my sentencing. That has not yet been done. Could you please tell me what I am to do.

I have enclosed copies of two letters that I sent to Attorney Barron and a Supporting Affidavit.

Thank you for your time in this matter.

Respectfully submitted,
Darryl Dowdell

Case 1:05-cr-10078-NMG   Document 121   Filed 09/11/2007   Page 2 of 2

## AFFIDAVIT OF DARRYL DOWDELL

I, Darryl Dowdell, depose and say the following is true:

FILED
IN CLERKS OFFICE
2007 SEP 11  P 12: 25
U.S. DISTRICT COURT
DISTRICT OF MASS.

1. I am the defendant in a pending criminal case before Judge Gorton.

2. I have sent three letters to Attorney Barron's office requesting documents and other information for my sentencing hearing but Attorney Barron has not responded to any of my letters. I have also tryed to reach Attorney Barron at his office numerous times by phone but every time I call Mr. Barron at his office I cannot get through to him.

3. I have enclosed copies of two of the three letters that I sent to Attorney Barron. The third letter that I sent to Attorney Barron was lost in a jail search. In August, 2007 all inmates being held at the Essex County Correctional Facility were locked down in their cells for one week while correctional officers searched every unit and cell in the jail for contraband. Inmates my unit were not present in their cells when the correctional officers conducted the search. Inmates were told to cuff up and taken out of their cell and ordered to face the wall until the cell search was completed. I do remember the contents of the letter and I could and would testify to what I wrote in the letter if needed.

Signed under the pains and penalties of perjury on this 5th day of September, 2007

*Darryl Dowdell*

Darryl Dowdell, P152856
E.C.C.F.
P.O. Box 807
Middleton, MA. 01949

August 3, 2007

FILED
IN CLERKS OFFICE
2007 SEP 11 P 12: 26
U.S. DISTRICT COURT
DISTRICT OF MASS.

Attorney Kevin Barron
25 Channel Center Street 408
Boston, MA. 02110

RE: Documents

Dear Attorney Barron,

    I am requesting a copy of the following documents 1) a copy of the police report for my 1997 drug case 2) a copy of the opposition Mr. Wortmann filed with the court after my trial regarding Doug Anderson and 3) a letter from you stating that you informed me not to talk to any one about my case (at the Jail).

Please forward a copy of the requested documents to me as soon as you can.

Thank you.

Sincerely,
Darryl Dowdell

Darryl Dowdell, P15285
E.C.C.F.
P.O. Box 807
Middleton, MA. 01949

August 16, 2007

FILED
IN CLERKS OFFICE
2007 SEP 11 P 12: 26
U.S. DISTRICT COURT
DISTRICT OF MASS.

Attorney Kevin Barron
25 Channel Center Street 408
Boston, MA.

RE: Previous Request/Plea Colloquy

Dear Attorney Barron,

   On August 3, 2007 I sent a letter to you requesting that you provide me with certain documents pertaining to my federal and state cases but as to date I have not received a response from you regarding my request. see attached letter. At your earliest convenience, please forward the requested documents to me. I would appreciate it very much.

Also, I am requesting that you obtain a copy of my co-defendant's (Robert Sampson) plea hearing transcript from Suffolk Superior Court. I would like to review the transcript for reasons related to my sentencing.

Sincerely,
Darryl Dowdell