Darryl Dowdell, P152856
E.C.C.F.
P.O. Box 807
Middleton, MA. 01949

Clerk of Criminal Court
United States District Court
District of Massachusetts
John J. Moakley Courthouse
One Courthouse Way
Boston, MA. 02210

FILED IN CLERKS OFFICE
2007 SEP 24 P 1:21
U.S. DISTRICT COURT
DISTRICT OF MASS.

RE: USA v. DOWDELL, 2005-10078 NMG

Dear Clerk,

　　My name is Darryl Dowdell and I am the defendant in a pending criminal matter before Judge Gorton. I am requesting a copy of the criminal docket sheet for my case. I am currently incarcerated at the Essex County Correctional Facility and I am indigent without any funds of my own to pay said fee(s) or court cost(s), if any, so I respectfully request that any applicable fee(s) or court cost(s) related be waived by the court. Please forward a copy of the docket sheet to me at the above address. Thank you for your assistance.

Sincerely,
Darryl Dowdell