UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

*UNITED STATES OF AMERICA*

      *v.*　　　　　　　　　　　　　　　　Case No. 1:05-cr-10078 NMG

*Darryl DOWDELL,*
        *Defendant.*

MOTION TO CONTINUE

    Now comes defendant, Darryl Dowdell, by his counsel, Kevin Barron, and moves to continue the defendant's October 25, 2007 sentencing be continued without date. Counsel requires more time to prepare departure motions and non-Guidelines sentencing arguments. Mr. Dowdell should also be given an opportunity for a colloquy on the record concerning his representation by this counsel. A continuance would thus serve the interests of justice.

    Counsel has contacted AUSA Wortmann in accordance with LR 7.1 and the government does not oppose counsel's request for additional time but asks that a colloquy concerning representation be conducted promptly.

    WHEREFORE, defendant prays for an order in form of the relief requested.

    Dated this 17th day of October, 2007 at Boston, Massachusetts.

                            Respectfully submitted,
                            Darryl Dowdell, by his Attorney,

                            /s./ *Kevin L. Barron*
                            KEVIN L BARRON 550712
                            25 CHANNEL CNTR ST 408
                            BOSTON MA 02210-3416
                            Tel. No.　　617.737.1555
                            Facsimile　　617.517.7711
                            Mobile 617.407.6837
                            kevin.barron@mac.com

CERTIFICATE OF SERVICE

I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s./ *Kevin L. Barron*
KEVIN L BARRON 550712