Darryl Dowdell, P152856
E.C.C.F.
P.O Box 807
Middleton, MA. 01949

FILED
IN CLERKS OFFICE
2007 NOV -9 P 12:24
U.S. DISTRICT COURT
DISTRICT OF MASS.

November 8th, 2007

Clerk of Criminal Court
United States District Court
District of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA. 02210

RE: Docket Entry Sheet

Dear Clerk Nicewicz,

My name is Darryl Dowdell and I am the defendant in case 2005-10078NMG. I am requesting a copy of the docket entry sheet for my case. At your earliest convenience would you be kind enough to forward a copy of the docket entry sheet to me at the above address. I am currently incarcerated at the Essex County Correctional Facility and I am indigent, THEREFORE, I respectfully request that any fee(s) or cost(s) be waived by the court. Thank you for your assistance.

Sincerely,
Darryl Dowdell