UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA** )
)
)
v. )  CRIM. NO. 05-10078-NMG
)
**DARRYL DOWDELL** )

### GOVERNMENT'S SENTENCING MEMORANDUM

There appears to be no guideline issue in this case. As a career offender with a prior drug trafficking conviction who was convicted after trial, the defendant's advisory guideline range is 262-327 months. See Pre-sentence Report (January 24, 2008) at ¶141 ("PSR").

The real issue, therefore, is whether there are 3553(a) factors that militate in favor of a lower sentence. While the undersigned has not yet seen the defendant's sentencing memorandum, the critical factor in this case simply has to be the persistence and seriousness of the defendant's criminal history.

**A.   The defendant's criminal record**

In a word, the criminal record before the Court is horrendous. With the exception of one 10-week period in early 2000, the defendant has been under the supervision of the criminal justice system continuously since 1991, when he was 13 years old. PSR at ¶¶48 and 50 (defendant released from prison on 2/26/00 and gets rearrested on 5/1/00 on drug trafficking

charge). During that period, he amassed 3 determinations of delinquency and 7 adult convictions. Id. at ¶¶45-54. His record as a juvenile included two firearm cases (one of which involved the *use* of a gun and was sufficiently serious to be transferred to Superior Court even though the defendant was only 16 years old at the time). See PSR at 48. As an adult, the defendant has been convicted of armed robbery, unarmed robbery/assault and battery, another assault and battery, and drug trafficking four times. Id. at 48 (armed robbery and firearm charge discussed above; defendant robbed victim at gunpoint and fired three shots); 49 (distribution of cocaine at Ruggles MBTA station after drug surveillance at Whittier Street); 50 (drug distribution downtown, PSR indicates defendant had dealers working for him); 51 (defendant convicted of crack cocaine distribution after incident across from Madison Park High playing field); 52 (unarmed robbery, possibly resulting from victim's cooperation with the police);  53 (defendant throws victim to the ground and beats him); 54 (defendant dealing crack on Boylston Street, violently struggles with police and swallows drugs when approached).

The nature of this record is made more pernicious by the fact that almost every one of the defendant's offenses occurred while on probation or pretrial release. His record reflects six separate instances in which he violate probation or had a

Continuance Without a Finding revoked. PSR at ¶¶45 (two violations), 48, 51, 52, 53 (2 violations).

Moreover, incarceration has not changed the defendant's ways. He has been incarcerated on nine occasions only to get out of jail and commit more crime each time. He has also repeatedly acquired disciplinary reports while in custody including six while in custody on this case. See PSR at 46 (defendant stuck DYS staff member); 49 (defendant received 5 disciplinary reports which in Massachusetts Department of Corrections custody); 50 (four disciplinary reports including two determinations that defendant was involved in fights). See also Exhibit 1 (six disciplinary reports while in current pretrial custody at Essex County House of Corrections).

**B. Other 3553(a) factors**

The government has searched the PSR in vain for anything that would counsel for a sentence below the guideline range save perhaps the size of the underlying deals. Although there is some indication that the defendant had mental health issues at one point as a juvenile, the PSR also establishes that he was a good student. Compare PSR at ¶114 (DYS reported mental health issues and low score on IQ test) with 115 (defendant reports no need for mental health treatment) and 123 (DYS reported defendant was a "good student" early on). Although the defendant also reports significant drug use (see PSR at3 ¶¶116-121), he has squandered

Case 1:05-cr-10078-NMG   Document 130   Filed 01/25/2008   Page 4 of 5

prior efforts at treatment.  <u>Id</u>. at 119 (detox at Bridgewater); 120 (substance abuse at Harbor Lights; 49 (ordered to detox); 53 (random drug screens).  Thus, while the government would join in any request for a judicial recommendation that the defendant be permitted to participate in the 500 hour drug treatment program and believes that drug testing and treatment should be a component of supervised release it does not justify any reduction in his sentence.

### **CONCLUSION**

262 months is an exceedingly long period of incarceration. Yet, in this case, with the criminal record that the defendant has compiled, the government believes that a guideline sentence is appropriate despite the relatively small amount of drugs at issue.  When Congress mandated that individuals with two or more convictions for crimes of violence or drug trafficking offenses be sentenced "at or near the statutory maximum," <u>see</u> 28 U.S.C. §994(h), the defendant was surely the kind of individual they had in mind. As set forth above, the defendant doesn't have two such convictions.  He has seven.

The government also requests that the defendant be put on supervised release for at least 6 years and that, as set forth above, conditions include drug treatment and counseling in

4

addition to whatever other conditions the Court considers to be appropriate.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                UNITED STATES ATTORNEY

By: /s/ John A. Wortmann, Jr.
    JOHN A. WORTMANN, JR.
    Assistant U.S. Attorney
    One Courthouse Way
    Boston, MA
    (617) 748-3207

# COMMONWEALTH OF MASSACHUSETTS

## Essex County Sheriff's Office

### Disciplinary Report

**Inmate** DOWDELL, DARRYL  **Person ID** ▓▓▓▓▓  **Booking ID** ▓▓▓▓▓
**Housing Unit** HB  **D- Report No.** 15001858  **Facility** Essex Cty Corr. Fac. Middleton
**Date** 03/26/2005

**OFFENSE(S) & CODE NO.:**
01-Disobeying order from, lying to, insolence towards staff.
02-Violation of facility rule or regulation.
03-Failure to keep quarters in accord with facility standards.

**Major** [ ]    **Minor** [ ]

**Description of Offense(s)**
On Saturday March 26, 2005 I, Officer Hashem was working the 120 B unit at approximately 1000 hours cell inspections were conducted. At this time, Lt. Enos and I went from cell to cell to make sure that the cells were in compliance with the unit rules. As a result, of disobeying an order to remove all items off of the cell wall inmate Dowdel, Darel Booking # P152656 will be locked in for a 24- hours. His lock in will start at 1000 hours on 03-26-05 and end at 1000 hours on 3-27-05. EOR -------------

**Has Inmate been placed on Awaiting Action Status**    Yes [ ]    No [X]

**Referred to DA**    [ ] Yes    [ ] No
**Reporting Staff** HASHEM,HEIDI    **Date** 03/26/2005    **Time** 12:53

**Supervisor** ENOS,JERRY    **Date** 03/26/2005    **Time** 13:58

**Shift Commander** ___    **Date** ___    **Time** ___

**Disciplinary Officer** ___    **Date** ___    **Time** ___

**Results** ___

| Code Description | Sanctions | Start Date | End Date | # of Units | Restitution Amount | Suspended Sentence |
|---|---|---|---|---|---|---|

**Reviewing Authority** ___    **Date** ___    **Time** ___

**Inmate Signature** ___
**Refused to Sign** ___    **Date** ___

**User ID** KROWE    **Date:** 01/25/2008    **Time:** 09:38    Page 1 of 1

# COMMONWEALTH OF MASSACHUSETTS

## Essex County Sheriff's Office

### Disciplinary Report

**Inmate** DOWDELL, DARRYL    **Person ID** ▮▮▮▮▮    **Booking ID** ▮▮▮▮▮
**Housing Unit** HA    **D- Report No.** 15006776    **Facility** Essex Cty Corr. Fac. Middleton
**Date** 10/21/2005

**OFFENSE(S) & CODE NO.:**
01-Disobeying order from, lying to, insolence towards staff.
02-Violation of facility rule or regulation.
03-Conduct disrupting or interfering with security or orderly running of a facility.
18-Fighting with, assaulting or threatening another person with any offense against person or property
33-Attempting to commit/aiding another to commit any facility prohibited offenses

**Major** [X]    **Minor** [ ]

**Description of Offense(s)**
On Friday, October 21, 2005, I, Officer Hernandez was assigned to the 240D unit with my partner Officer Leary. At approximately 1600hrs I noticed two Inmates engaged in a fight on the dayroom floor. The two individuals in the fight were Inmate Wyatt, Robert P101182 of cell 801 and Dowdell, Darryl P152856 of cell 816. Immediately the unit was ordered to lock in and fight was called via the facility radio. After this, Officer Leary and I attempted to break up the fight. Also at this time, Primary entered the unit consisting of Sgt. Carafa, Sgt. Glynos, and Officer Nichols. I, Officer Hernandez took physical control of Inmate Dowdell. Said inmate was given several orders to stop resisting this Officer. He refused to comply with these orders. Finally I gained control of Inmate Dowdell and placed him into hand retrains. Inmate Dowdell was escorted to 120A unit pending disciplinary sanction. EOR..

**Has Inmate been placed on Awaiting Action Status**    Yes [X]    No [ ]

**Referred to DA**    [ ] Yes    [X] No
**Reporting Staff** HERNANDEZ, JOSE    **Date** 10/21/2005    **Time** 18:56

**Supervisor** CARAFA, HEATH    **Date** 10/21/2005    **Time** 20:51

**Shift Commander** BACHRY, MARK    **Date** 10/21/2005    **Time** 20:52

**Disciplinary Officer** SOUSA, SCOTT    **Date** 11/09/2005    **Time** 14:00

**Results** Guilty

| Code Description | Sanctions | Start Date | End Date | # of Units | Restitution Amount | Suspended Sentence |
|---|---|---|---|---|---|---|
| | | | | | | |

**User ID** KROWE    **Date:** 01/25/2008    **Time:** 09:39    Page 1 of 2

Received    01-25-2008    10:16am    From-01119787501995    To-    Page 003

# COMMONWEALTH OF MASSACHUSETTS

## Essex County Sheriff's Office

### Disciplinary Report

**Inmate** DOWDELL, DARRYL　　　　　　　　　　**Person ID** ▅▅▅▅　**Booking ID** ▅▅▅▅

**Housing Unit** HA　　　**D- Report No.** 15006776　**Facility** Essex Cty Corr. Fac. Middleton

**Date** 10/21/2005

| | | | | |
|---|---|---|---|---|
| 01-Disobeying An Order, Lying, Insolence | Disciplinary Segregation | 10/21/2005 | 10/31/2005 | 10 |
| 02-Violating Any Department Rule Or Regulation | Disciplinary Segregation | 10/31/2005 | 11/10/2005 | 10 |
| 08-Conduct Which Disrupts | Disciplinary Segregation | 11/09/2005 | 11/19/2005 | 10 |
| 18-Fighting With, Assaulting, Or Threatening Another Person With Any Offense Against His Person Or Property | Verbal Reprimand | | 11/01/2005 | 0 |
| 33-Attempting To Commit Any Offense | Room Restriction | | 11/01/2005 | 0 |

**Reviewing Authority** _____　　　　　**Date** _____　**Time** _____

**Inmate Signature** _____

**Refused to Sign** _____　　　　　**Date** _____

**User ID** KROWE　　　　**Date:** 01/25/2008　**Time:** 09:39　Page 2 of 2

Received 01-25-2008 10:16am From-01119787501995 To- Page 004

# COMMONWEALTH OF MASSACHUSETTS

## Essex County Sheriff's Office

### Disciplinary Report

**Inmate** DOWDELL, DARRYL **Person ID** ▓▓▓ **Booking ID** ▓▓▓
**Housing Unit** JD  **D- Report No.** 15008775  **Facility** Essex Cty Corr. Fac. Middleton
**Date** 01/06/2006

**OFFENSE(S) & CODE NO.:**
  02-Violation of facility rule or regulation.
  33-Attempting to commit/aiding another to commit any facility prohibited offenses

**Major** [X]    **Minor** [ ]

**Description of Offense(s)**
On 1/7/06, I, Officer Beals was assigned to the 240 D with my partner Officer Ferrini. While locking down the unit, I walked by cell 856 and observed inmate Dowdell, Darryl BK#P152856 flushing homebrew down the toilet. Inmate Dowdell admitted to me that it was homebrew and he locked in without incident. Sergeant Thompson was notified of the situation. Inmate Dowdell will be D-Boarded for his actions. End of Report.

**Has Inmate been placed on Awaiting Action Status**  Yes [ ]   No [ ]

**Referred to DA**  [ ] Yes  [X] No
**Reporting Staff** BEALS,KAREN   **Date** 01/06/2006   **Time** 09:48

**Supervisor** HARRINGTON,EDWARD   **Date** 01/06/2006   **Time** 11:02

**Shift Commander** GOUIN,PAUL   **Date** 01/06/2006   **Time** 11:02

**Disciplinary Officer** SOUSA,SCOTT   **Date** 01/23/2006   **Time** 09:45

**Results** Guilty

| Code Description | Sanctions | Start Date | End Date | # of Units | Restitution Amount | Suspended Sentence |
|---|---|---|---|---|---|---|
| 02-Violating Any Department Rule Or Regulation | Disciplinary Segregation | 01/14/2006 | 01/24/2006 | 10 | | |
| 33-Attempting To Commit Any Offense | Disciplinary Segregation | | | 10 | | 30 Days |

**Reviewing Authority** _____  **Date** _____  **Time** _____

**Inmate Signature** _____

**User ID** KROWE   **Date:** 01/25/2008   **Time:** 09:39   Page 1 of 2

# COMMONWEALTH OF MASSACHUSETTS

## Essex County Sheriff's Office

### Disciplinary Report

**Inmate** DOWDELL, DARRYL   **Person ID** ▓▓▓▓  **Booking ID** ▓▓▓▓
**Housing Unit** JD   **D- Report No.** 15009865   **Facility** Essex Cty Corr. Fac. Middleton
**Date** 02/11/2006

**OFFENSE(S) & CODE NO.:**
  01-Disobeying order from, lying to, insolence towards staff.
  02-Violation of facility rule or regulation.
  03-Conduct disrupting or interfering with security or orderly running of a facility.

**Major** [ ]   **Minor** [ ]

**Description of Offense(s)**
On 02/11/06 at approximatley 1620 hours, I, Officer Leary was assigned to the 240 D unit while on a round I witnessed inmate Dowdell Darryl (Booking # P152856, Cell 817) trying to trip another inmate. At this time I told Inmate Dowdell to lock in for a 24. The 24 will end 1620 hours 02/12/06. For....

**Has Inmate been placed on Awaiting Action Status**   Yes [ ]   No [X]

**Referred to DA**   [ ] Yes   [ ] No
**Reporting Staff**   LEARY,PAUL   **Date** 02/11/2006   **Time** 16:17

**Supervisor**   CARAFA,HEATH   **Date** 02/11/2006   **Time** 18:06

**Shift Commander**   SMITH,CHRISTOPHE   **Date** 02/11/2006   **Time** 18:06

**Disciplinary Officer**   _____   **Date** _____   **Time** _____

**Results**

| Code Description | Sanctions | Start Date | End Date | # of Units | Restitution Amount | Suspended Sentence |
|---|---|---|---|---|---|---|
| | | | | | | |

**Reviewing Authority**   _____   **Date** _____   **Time** _____

**Inmate Signature**   _____   **Date** _____
**Refused to Sign**

**User ID** KROWE   **Date:** 01/25/2008   **Time:** 09:39   Page 1 of 1

# COMMONWEALTH OF MASSACHUSETTS

## Essex County Sheriff's Office

### Disciplinary Report

**Inmate** DOWDELL, DARRYL                   **Person ID** ▓▓▓▓▓     **Booking ID** ▓▓▓▓▓

**Housing Unit** JD         **D- Report No.** 15026601     **Facility** Essex Cty Corr. Fac. Middleton

**Date** 08/27/2007

**OFFENSE(S) & CODE NO.:**
- 02-Violation of facility rule or regulation.
- 03-Failure to keep quarters in accord with facility standards.
- 10-Manufacture, possession, introduction or use of unauth. controlled sub, alcohol, tobacco, or related paraphernalia.
- 24-Possession of items not authorized for retention or receipt by the inmate.

**Major** [X]       **Minor** [ ]

**Description of Offense(s)**

On Monday 8-27-07 at approximately 1915 hours I, Officer McEachern was assigned to the 240-D unit. At this time while conducting a routine cell search of cell 855 I found a bag of homemade alcohol inside of a trash barrel. Inmate Dowdell, Darryl booking number P152856 took full responsibility for the home made alcohol and he was locked in without incident. Per Deputy Goin, Inmate Dowdell will remain in pending a disciplinary hearing. (End Of report)

**Has Inmate been placed on Awaiting Action Status**     Yes [X]     No [ ]

**Referred to DA**     [ ] Yes     [X] No

| | | | | |
|---|---|---|---|---|
| **Reporting Staff** | MCEACHERN, MICHAEL | **Date** 08/27/2007 | **Time** 21:11 |
| **Supervisor** | MCINTIRE, HEATHER | **Date** 08/27/2007 | **Time** 22:03 |
| **Shift Commander** | GOUIN, PAUL | **Date** 08/27/2007 | **Time** 22:03 |
| **Disciplinary Officer** | MANSUR, CHRIS | **Date** 08/30/2007 | **Time** 17:57 |

**Results** _____

| Code Description | Sanctions | Start Date | End Date | # of Units | Restitution Amount | Suspended Sentence |
|---|---|---|---|---|---|---|
| | | | | | | |

**Reviewing Authority** _____ **Date** _____ **Time** _____

**Inmate Signature** _____
**Refused to Sign** _____    **Date** _____

**User ID** KROWE           **Date:** 01/25/2008    **Time:** 09:41     Page 1 of 1

# COMMONWEALTH OF MASSACHUSETTS

## Essex County Sheriff's Office

### Disciplinary Report

**Inmate** DOWDELL, DARRYL    **Person ID** ▓▓▓▓▓    **Booking ID** ▓▓▓▓▓
**Housing Unit** JD    **D- Report No.** 15031464    **Facility** Essex Cty Corr. Fac. Middleton
**Date** 01/21/2008

**OFFENSE(S) & CODE NO.:**
01-Disobeying order from, lying to, insolence towards staff.
02-Violation of facility rule or regulation.
03-Failure to keep quarters in accord with facility standards.
08-Conduct disrupting or interfering with security or orderly running of a facility.
10-Manufacture, possession, introduction or use of unauth. controlled sub. alcohol, tobacco, or related paraphernalia.
32-Violating any law of the Commonwealth of Massachusetts or the United States
33-Attempting to commit/aiding another to commit any facility prohibited offenses

**Major** [X]    **Minor** [ ]

**Description of Offense(s)**
On the above date I Sgt. Robillard was assigned to the 240 upper control. At approximately 1900 hrs. I Sgt. Robillard entered the 240D unit to speak with an inmate who was having chest pain. While on the unit floor I noticed inmate Dowdell, Darryl # P152856 of cell 855 walk into cell 858. At this time i entered cell 855 and noticed inmate Dowdell and Stone, Lawrence # P198139 acting nervous. At this time I asked both inmates if they had anything in the cell that was considered contraband. Both inmates stated "no". At this time I ordered inmate Lawrence to place his hands against the wall. Inmate Lawrence complied with this order at which time I conducted a pat search. Nothing was found on inmate Lawrence and he was ordered to leave the cell. Inmate Dowdell was then ordered to place his hands against the cell wall so a pat search for contraband could be conducted. Inmate Dowdell then stated "I have some homebrew on me" At this time I Sgt. Robillard ordered him to remove it from his uniform and place it on the bed. Inmate Dowdell complied with order. Inmate Dowdell was then ordered to place his hands on the wall, to which he complied. Inmate was then pat searched and found to be free of contraband. At this time inmate Dowdell was secured in his own cell and Captain Hardy was notified of the above information. At approximately 1905 hrs. ( Per Captain Hardy ) inmate was handcuffed and removed from cell 855 ( cleared by Nurse Lanthier ) and escorted to the 120 A for disciplinary reasons. The homebrew was taken to the control room by Officer Kane where it was disposed of.

**Has Inmate been placed on Awaiting Action Status**    Yes [X]    No [ ]

**Referred to DA**    [ ] Yes    [ ] No
**Reporting Staff**    ROBILLARD, DEREK T    **Date** 01/21/2008    **Time** 19:35

**User ID** KROWE    **Date:** 01/25/2008    **Time:** 09:42    Page 1 of 2

# COMMONWEALTH OF MASSACHUSETTS

## Essex County Sheriff's Office

### Disciplinary Report

**Inmate** DOWDELL, DARRYL     **Person ID** ▓▓▓▓     **Booking ID** ▓▓▓▓

**Housing Unit** JD     **D- Report No.** 15031464     **Facility** Essex Cty Corr. Fac. Middleton

**Date** 01/21/2008

**Supervisor** ROBILLARD, DEREK T     **Date** 01/21/2008     **Time** 19:36

**Shift Commander** HARDY, PAUL     **Date** 01/21/2008     **Time** 19:37

**Disciplinary Officer**     **Date**     **Time**

**Results**

| Code Description | Sanctions | Start Date | End Date | # of Units | Restitution Amount | Suspended Sentence |
|---|---|---|---|---|---|---|

**Reviewing Authority**     **Date**     **Time**

**Inmate Signature**     **Date**
**Refused to Sign**

---

**User ID** KROWE     **Date:** 01/25/2008     **Time:** 09:42     Page 2 of 2