Darryl Deadell, 9152856
E.C.C.F.
P.O. Box 807
Middleton, MA. 01949

May 16, 2008

Hon Nathaniel Gorton
US District Court
John J Moakley Courthouse
1 Courthouse Way, Suite 1300
Boston, MA. 02110

Dear Judge Gorton,

My name is Darryl Deadell and I am a defendant in a criminal matter that is pending in your court (docket number 05-10078NMG). I am writing to you to request that a petition for Writ of Habeus Corpus ad Prosequendum be issued so that I can attend a hearing in the Boston Municipal Court for return of property. Several motions have been filed in the state court for return of property but no hearing has ever been held due to the fact that I am being held in federal custody. See attached. After writing to my federal attorney and requesting that he set up and file the necessary motions to have me brought to state court counsel has informed me that this court has ordered him to only work on my sentencing issues. I am not asking that Attorney Ordera do anything other than get me a court date worked out so I can attend the state court hearing to have my property returned to me. I have a right to attend the hearing for my personal property and I should not be denied a oppornity to attend the state court hearing before I get sentenced and sent off to a federal institution. I do not know any other way to make this kind of request other than by requesting that you write such an order. I am sorry to trouble you, but it could be years before the property hearing can be held and I do not believe that my rights should be disregarded in such a way.

Thank you for your time in this matter.

Respectfully Submitted,
Darryl Crudell

**BOSTON MUNICIPAL COURT DEPARTMENT**
**FOR CRIMINAL BUSINESS**

NAME: DARRYL DOWDELL          DOCKET # 03CR4673

OFFENSE: _____

| Date | Entry |
|---|---|
| OCT 24 20[--] | CORRESPONDENCE IS received and filed DMF COPY OF DOCKET sent to defendant |
| NOV 9 2007 | PRO SE MOTION + AFFIDAVIT FOR RETURN OF PROPERTY |
| NOV 9 2007 | CERTIFICATE OF SERVICE |
| NOV 9 2007 | REQUEST FOR A HEARING ON MOTION |
| FEB 14 2008 | correspondence received and filed |
| [--] | ATTY ROBERT SOLOMON WILL CHECK TO SEE IF DARRYL IS NO LONGER IN FEDERAL CUSTODY AND WILL SET UP A HEARING IF HE CAN BE BROUGHT BEFORE THE COURT |