UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIM. NO. 05-10078-NMG |
| | ) | |
| **DARRYL DOWDELL** | ) | |

### GOVERNMENT'S MOTION TO STRIKE REQUEST FOR WRIT

The government is in receipt of the defendant's handwritten motion for a Writ of Habeus Corpus ad Prosequendum. The defendant has filed this motion on his own even though he is represented by counsel here and in the state court case. The motion should be stricken on that basis alone.

Even if the Court could overlook this issue, the motion should still be denied. While there might be a case in which the return of property could justify all of the security and other risks attendant with taking a convicted prisoner facing an extremely long sentence to another court, there is no factual showing that this is it. With respect, the return of some unspecified property simply should not justify the issuance of a writ absent a far more specific and particularized showing of

need.  The motion should therefore be denied.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                  UNITED STATES ATTORNEY

                        By: /s/ John A. Wortmann, Jr.
                              JOHN A. WORTMANN, JR.
                              Assistant U.S. Attorney
                              One Courthouse Way
                              Boston, MA
                              (617) 748-3207