UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

DARRYL DOWDELL

DOCKET NUMBER 05 CR 10078- NMG

### DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that Darryl Dowdell, the above named defendant, hereby appeals the judgement and rulings entered in the above title action on June 6, 2008.

|  |  |
|---|---|
| Date: June 15, 2008 | Respectfully submitted,<br>Darryl Dowdell<br>By his attorney<br>/s/*Raymond A. O'Hara*<br>Raymond A. O'Hara<br>1 Exchange Place<br>Worcester, MA 01608<br>MA Bar# 546366<br>Tel. 508 831-7551 |

CERTIFICATE OF SERVICE

I hereby certify that service of the above Defendant's Notice of Appeal by filing same electronically with the Court.

Date: June 15, 2008            /s/*Raymond A. O'Hara*
                                              Raymond A. O'Hara