UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cr-10078

United States of America

v.

Darryl Dowdell

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-28, 30-53, 55-59, 61, 62-65, 67-73, 75, 77-87, 90-124, 127, 128, 130, 134-138

Sealed Documents 50, 74, 76, 88, 89, 126, 132, 133

and contained in I & II Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/15/2008.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 10, 2008.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 7/11/08

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:05-cr-10078-NMG-1

| | |
|---|---|
| Case title: USA v. Dowdell | Date Filed: 03/23/2005 |
| Magistrate judge case number: 1:04-mj-00266-JLA | Date Terminated: 06/19/2008 |

Assigned to: Judge Nathaniel M. Gorton

### Defendant (1)

**Darryl Dowdell**    represented by    **Kevin L. Barron**
*TERMINATED: 06/19/2008*                  Unit No. 7 C
                                          453 Washington Street
                                          Boston, MA 02111-1325
                                          617-737-1555
                                          Email: kevin.barron@mac.com
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*
                                          Designation: *CJA Appointment*

                                          **Mark W. Shea**
                                          Shea & LaRocque
                                          Suite 201
                                          47 Third Street
                                          Cambridge, MA 02141-1265
                                          617-577-8722
                                          Fax: 617-577-7897
                                          Email: markwshea@gmail.com
                                          *TERMINATED: 11/28/2006*
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*
                                          Designation: *CJA Appointment*

                                          **Raymond A. O'Hara**
                                          1 Exchange Place
                                          Worcester, MA 01608
                                          508-831-7551
                                          Fax: 508-755-3042
                                          Email: oharalaw@hotmail.com
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*
                                          Designation: *CJA Appointment*

          **Robert Y. Murray**
Ramsey & Murray
225 Friend Street
Boston, MA 02114
617-723-8100
Fax: 617-723-3983
Email: murray@rmboston.net
*TERMINATED: 02/14/2006*
*LEAD ATTORNEY*
*Designation: CJA Appointment*

**Victoria M. Bonilla-Argudo**
Bourbeau and Bonilla
77 Central St., 2nd Floor
Boston, MA 02109
617-350-6868
Fax: 617-350-7766
Email: vicky@lawgenie.com
*TERMINATED: 09/14/2006*
*LEAD ATTORNEY*
*Designation: CJA Appointment*

**Michael C. Bourbeau**
Bourbeau and Bonilla
77 Central St.
2nd Floor
Boston, MA 02109
617-350-6565
Fax: 617-350-7766
Email: mike@lawgenie.com
*TERMINATED: 09/14/2006*
*Designation: Pro Bono*

**Pending Counts**

21:841 (a)(1)-DISTRIBUTION OF
COCAINE SUBSTANCES
(1)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Highest Offense Level (Terminated)**

**Disposition**

On Count 1; 198 months in BOP, followed by 6 years of SR. $100 SA. Defendant informed or rights to appeal and reprensentation and remanded. See Judgment for details.

**Disposition**

CM/ECF - USDC Massachusetts - Version 3.1.3 as of 3/3/08
Case 1:05-cr-10078-NMG Document 139-208 Filed 07/11/2008 Page 3 of 18
Page 3 of 18

None

| Complaints | Disposition |
|---|---|
| 21:846=CD.F Distribution of Cocaine Base | |

**Plaintiff**

USA            represented by **Donald L. Cabell**
United States Attorney's Office
Suite 9200
1 Courthouse Way
Boston, MA 02210
617-748-3105
Fax: 617-748-3951
Email: donald.cabell@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Wortmann, Jr.**
United States Attorney's Office
1 Courthouse Way
Boston, MA 02110
617-748-3207
Fax: 617-748-3963
Email: john.wortmann@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/17/2004 | 1 | COMPLAINT and AFFIDAVIT as to Darryl Dowdell (1). (Brown, Rex) [1:04-mj-00266-JLA] (Entered: 12/03/2004) |
| 11/17/2004 | | Arrest Warrant Issued as to Darryl Dowdell. (Brown, Rex) [1:04-mj-00266-JLA] (Entered: 12/03/2004) |
| 02/09/2005 | 2 | MOTION for Speedy Trial as to Darryl Dowdell. (Attachments: # documents filed with the commonwealth of Mass)(Simeone, Maria) Additional attachment(s) added on 3/14/2005 (Brown, Rex). [1:04-mj-00266-JLA] (Entered: 02/09/2005) |
| 03/11/2005 | 4 | Letter regarding Speedy Trial as to Darryl Dowdell (Abaid, Kim) [1:04-mj-00266-JLA] (Entered: 03/14/2005) |
| 03/14/2005 | 3 | MOTION for Writ of Habeas Corpus ad prosequendum as to Darryl Dowdell by USA. (Cabell, Donald) [1:04-mj-00266-JLA] (Entered: 03/14/2005) |
| 03/15/2005 | | Judge Joyce London Alexander : Electronic ORDER entered granting 3 |

CM/ECF - USDC Massachusetts - Version 3.2.1 - as of 3/2/08
Case 1:05-cr-10078-NMG  Document 139-2  Filed 07/11/2008  Page 4 of 18
Page 5 of 18

| | | |
|---|---|---|
| | | Motion for Writ of Habeas Corpus ad prosequendum as to Darryl Dowdell (1) (Brown, Rex) [1:04-mj-00266-JLA] (Entered: 03/22/2005) |
| 03/21/2005 | (5) | Writ of Habeas Corpus ad Prosequendum Issued as to Darryl Dowdell for 3/22/05 (Brown, Rex) [1:04-mj-00266-JLA] (Entered: 03/22/2005) |
| 03/22/2005 | (8) | Judge Joyce London Alexander : Electronic ORDER entered. CJA 20 as to Darryl Dowdell: Appointment of Attorney Robert Y. Murray for Darryl Dowdell. (Brown, Rex) (Entered: 03/24/2005) |
| 03/22/2005 | | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :Initial Appearance as to Darryl Dowdell held on 3/22/2005. The defendant appears with CJA duty counsel, Robert Murray. The Court informs the defendant of his rights and the charges. The defendant fills out a financial affidavit and requests counsel. The Court will appoint attorney Murray. The government requests detention pursuant to 18 U.S.C. 3142 (f)(1)(C), (f)(1)(D) and (f)(2)(A). "U.S. v. King" obtains in that the defendant is currently serving a term of incarceration. Defense counsel requests additional time to explore the matter. The Court ALLOWS the motion. Upon notice from counsel, the Court will hold a detention hearing. (Tape #Digital Recording.) (Brown, Rex) Modified on 3/29/2005 (Brown, Rex). (Entered: 03/24/2005) |
| 03/22/2005 | | Notice of correction to docket made by Court staff. Correction: Clerk's Note dated 3/22/05 corrected because: text corrected to read "'U.S. v. King' obtains in that the defendant is currently serving a term of incarceration" as to Darryl Dowdell. (Brown, Rex) (Entered: 03/29/2005) |
| 03/22/2005 | | Judge Joyce London Alexander : Electronic ORDER entered withdrawing 2 Motion for Speedy Trial as to Darryl Dowdell (1). At the hearing in this Court, the defendant withdrew as to any action by this Court. (Brown, Rex) (Entered: 04/26/2005) |
| 03/23/2005 | (6) | INDICTMENT as to Darryl Dowdell (1) count(s) 1. (Diskes, Sheila) (Entered: 03/24/2005) |
| 03/23/2005 | (7) | Judge Nathaniel M. Gorton : ORDER entered. ORDER REFERRING CASE to Magistrate Judge Joyce London Alexander Reason for referral: Pretrial as to Darryl Dowdell (Diskes, Sheila) (Entered: 03/24/2005) |
| 03/24/2005 | | ELECTRONIC NOTICE OF HEARING as to Darryl Dowdell Arraignment set for 3/29/2005 03:30 PM in Courtroom 23 before Magistrate Judge Joyce London Alexander. (Brown, Rex) (Entered: 03/24/2005) |
| 03/29/2005 | | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :Arraignment as to Darryl Dowdell (1) Count 1 held on 3/29/2005. The Court advises the defendant of the charges and the government states the maximum penalty. The defendant pleads not guilty to the charges. The Court provides automatic disclosure notices to counsel. INITIAL Status Conference set for 5/11/2005 10:00 AM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Tape |

| | | |
|---|---|---|
| | | #Digital Recording.) (Brown, Rex) (Entered: 04/04/2005) |
| 05/10/2005 | 10 | STATUS REPORT by Darryl Dowdell, USA as to Darryl Dowdell (Cabell, Donald) (Entered: 05/10/2005) |
| 05/11/2005 | | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :Initial Status Conference as to Darryl Dowdell held on 5/11/2005. Order to issue. Disppositive Motions due by 6/23/2005; with objections due 7/7/05. Final Status Conference set for 6/30/2005 11:00 AM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Tape #Digital Recording.) (Brown, Rex) Modified on 5/13/2005 (Brown, Rex). (Entered: 05/13/2005) |
| 05/18/2005 | 11 | Assented to MOTION to Exclude *Time* as to Darryl Dowdellby USA. (Cabell, Donald) (Entered: 05/18/2005) |
| 06/30/2005 | | Judge Joyce London Alexander : Electronic ORDER entered granting 11 Motion to Exclude as to Darryl Dowdell (1) (Brown, Rex) (Entered: 06/30/2005) |
| 06/30/2005 | | Judge Joyce London Alexander : Electronic ORDER entered. ORAL ORDER as to Darryl Dowdell re Deadlines for Dispositive motions. Upon oral motion of the defendant, the time by which to file dispositive motions is HEREBY EXTENDED to July 8, 2005. (Brown, Rex) (Entered: 06/30/2005) |
| 06/30/2005 | | Set/Reset Deadlines as to Darryl Dowdell: Dispositive Motions due by 7/8/2005. (Brown, Rex) (Entered: 06/30/2005) |
| 06/30/2005 | | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :Final Status Conference as to Darryl Dowdell held on 6/30/2005. The defendant shall file dispositive motions on or before July 8, 2005, and the government shall file its responses on or before July 22, 2005. Whereas all pretrial matters before the Magistrate Judge will have been resolved by July 8, 2005, the case will be returned to the District Judge on July 8, 2005. (Tape #Digital Recording.) (Brown, Rex) (Entered: 06/30/2005) |
| 06/30/2005 | 12 | Judge Joyce London Alexander : ORDER entered. REPORT AND ORDER on Final Status Conference as to Darryl Dowdell. The defendant shall file dispositive motions on or before July 8, 2005, and the government shall file its responses on or before July 22, 2005. Whereas all pretrial matters before the Magistrate Judge will have been resolved by July 8, 2005, the case will be returned to the District Judge on July 8, 2005. (Brown, Rex) Additional attachment(s) added on 6/30/2005 (Brown, Rex). Modified on 6/30/2005 (Brown, Rex). (Entered: 06/30/2005) |
| 06/30/2005 | | Notice of correction to docket made by Court staff. Correction: Docket entry #12 corrected because: To attach document and delete text "electronic" as to Darryl Dowdell (Brown, Rex) (Entered: 06/30/2005) |
| 06/30/2005 | | Case as to Darryl Dowdell no longer referred to Magistrate Judge Joyce |

| | | |
|---|---|---|
| | | London Alexander. (Lovett, Jarrett) (Entered: 01/17/2006) |
| 07/08/2005 | 13 | MOTION to Dismiss as to Darryl Dowdell. (Attachments: # 1 Exhibit a) (Elefther, Elizabeth) (Entered: 07/08/2005) |
| 11/07/2005 | 14 | MOTION for Leave to File *opposition to motion to dismiss* as to Darryl Dowdellby USA. (Attachments: # 1)(Cabell, Donald) (Entered: 11/07/2005) |
| 11/08/2005 | | Judge Nathaniel M. Gorton : ElectronicORDER entered granting 14 Motion for Leave to File as to Darryl Dowdell (1) (Nicewicz, Craig) (Entered: 11/08/2005) |
| 11/08/2005 | 15 | MEMORANDUM in Opposition by USA as to Darryl Dowdell re 13 MOTION to Dismiss (Nicewicz, Craig) (Entered: 11/08/2005) |
| 12/27/2005 | 16 | MOTION to Dismiss Appointed Counsel and to Appoint New Counsel as to Darryl Dowdell. (Sonnenberg, Elizabeth) (Entered: 12/28/2005) |
| 12/27/2005 | 17 | AFFIDAVIT of Darryl Dowdell 16 MOTION to Dismiss Appointed Counsel and to Appoint New Counsel filed by Darryl Dowdell, (Sonnenberg, Elizabeth) (Entered: 12/28/2005) |
| 01/20/2006 | | NOTICE OF HEARING ON MOTION and pretrial conference as to Darryl Dowdell Motion Hearing set for 2/13/2006 11:30 AM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 01/20/2006) |
| 01/25/2006 | | Terminate Deadlines and Hearings as to Darryl Dowdell: (Nicewicz, Craig) (Entered: 01/25/2006) |
| 01/25/2006 | | NOTICE OF HEARING ON MOTION as to Darryl Dowdell Motion Hearing RESCHEDULED for 2/14/2006 03:30 PM in Courtroom 4 before Judge Nathaniel M. Gorton, the 2/13/06 date has been cancelled. (Nicewicz, Craig) (Entered: 01/25/2006) |
| 01/26/2006 | 18 | Letter (non-motion) regarding the Motion to Dismiss Counsel as to Darryl Dowdell (Sonnenberg, Elizabeth) (Entered: 01/26/2006) |
| 02/14/2006 | | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Motion Hearing as to Darryl Dowdell held on 2/14/2006 re 16 MOTION to Dismiss Appointed Counsel and to Appoint New Counsel filed by Darryl Dowdell. Clerk will appoint new counsel. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 02/14/2006) |
| 02/22/2006 | 19 | Letter (non-motion) regarding Motion for New Counsel as to Darryl Dowdell (Sonnenberg, Elizabeth) (Entered: 02/24/2006) |
| 03/02/2006 | 20 | Judge Nathaniel M. Gorton : ORDER entered. CJA 20 as to Darryl Dowdell: Appointment of Attorney Victoria M. Bonilla-Argudo for Darryl Dowdell. (Sonnenberg, Elizabeth) Modified on 6/9/2006 (Sonnenberg, Elizabeth). (Entered: 03/02/2006) |
| 03/02/2006 | 21 | Letter (non-motion) regarding copy of docket sheet as to Darryl Dowdell (Sonnenberg, Elizabeth) (Entered: 03/07/2006) |

| | | |
|---|---|---|
| 06/07/2006 | | ELECTRONIC NOTICE OF HEARING as to Darryl DowdellHearing set for 6/16/2006 11:30 AM in Courtroom 4 before Judge Nathaniel M. Gorton. Status and for limited argument on any pending motions. (Nicewicz, Craig) (Entered: 06/07/2006) |
| 06/16/2006 | 22 | MOTION modify motion to dismiss previously filed as to Darryl Dowdell. (Attachments: # 1)(Bonilla-Argudo, Victoria) (Entered: 06/16/2006) |
| 06/16/2006 | | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Status Conference as to Darryl Dowdell held on 6/16/2006. Defendants motion due 6/30/06, responses 7/10/06, Motion Hearing, if necessary set for 7/14/2006 11:00 AM in Courtroom 4 before Judge Nathaniel M. Gorton. Jury Trial set for 7/31/2006 09:00 AM in Courtroom 4 before Judge Nathaniel M. Gorton. Motions in limine 7/17/06, responses 7/21/06. Witness/exhibit lists 7/11/06. Proposed voir dire, objections and verdict form 7/24/06.(Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 06/20/2006) |
| 06/30/2006 | 23 | MEMORANDUM in Support by Darryl Dowdell re 13 MOTION to Dismiss (Attachments: # 1)(Bonilla-Argudo, Victoria) (Entered: 06/30/2006) |
| 07/07/2006 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 29 Sealed Motion as to Darryl Dowdell (1) (Sonnenberg, Elizabeth) (Entered: 07/14/2006) |
| 07/10/2006 | 24 | MOTION for Extension of Time to July 11, 2006 to File Response/Reply as to Darryl Dowdellby USA. (Cabell, Donald) (Entered: 07/10/2006) |
| 07/11/2006 | 25 | EXHIBIT/WITNESS LIST by Darryl Dowdell (Bonilla-Argudo, Victoria) (Entered: 07/11/2006) |
| 07/11/2006 | 26 | Opposition by USA as to Darryl Dowdell re 13 MOTION to Dismiss (Cabell, Donald) (Entered: 07/11/2006) |
| 07/11/2006 | 27 | WITNESS LIST by USA as to Darryl Dowdell (Cabell, Donald) Modified on 7/12/2006 (Sonnenberg, Elizabeth). (Entered: 07/11/2006) |
| 07/11/2006 | 28 | EXHIBIT/WITNESS LIST by USA as to Darryl Dowdell (Cabell, Donald) (Entered: 07/11/2006) |
| 07/14/2006 | | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Pretrial Conference as to Darryl Dowdell held on 7/14/2006. Motion to dismiss DENIED after hearing argument. Court will oral motion to continue trial as counsel attempt to resolve pending matter in Essex Sup. Court. Jury Trial set for 9/18/2006 09:00 AM in Courtroom 4 before Judge Nathaniel M. Gorton. (Court Reporter Dahlstrom.) (Nicewicz, Craig) Modified on 7/17/2006 (Nicewicz, Craig). (Entered: 07/17/2006) |
| 07/17/2006 | 30 | MOTION in Limine regarding alleged statements by Robert White as to Darryl Dowdell. (Bonilla-Argudo, Victoria) Modified on 7/18/2006 |

|  |  |  |
|---|---|---|
|  |  | (Sonnenberg, Elizabeth). (Entered: 07/17/2006) |
| 07/17/2006 | 31 | MOTION in Limine regarding preclude the government introduction of defendant un-alleged bad acts as to Darryl Dowdell. (Bonilla-Argudo, Victoria) Modified on 7/18/2006 (Sonnenberg, Elizabeth). (Entered: 07/17/2006) |
| 07/17/2006 | 32 | MOTION in Limine regarding preclude the government introduction of high crime/drug area as to Darryl Dowdell. (Bonilla-Argudo, Victoria) Modified on 7/18/2006 (Sonnenberg, Elizabeth). (Entered: 07/17/2006) |
| 07/17/2006 | 33 | MOTION in Limine regarding preclude the governments introduction of defendant's prior convictions as to Darryl Dowdell. (Bonilla-Argudo, Victoria) Modified on 7/18/2006 (Sonnenberg, Elizabeth). (Entered: 07/17/2006) |
| 07/17/2006 |  | Terminate Deadlines and Hearings as to Darryl Dowdell: jury trial. (Nicewicz, Craig) (Entered: 07/17/2006) |
| 07/17/2006 |  | Attorney update in case as to Darryl Dowdell. Attorney Michael C. Bourbeau for Darryl Dowdell added. (Nicewicz, Craig) (Entered: 07/17/2006) |
| 07/18/2006 | 34 | Judge Nathaniel M. Gorton : MEMORANDUM AND ORDER entered denying 13 Motion to Dismiss as to Darryl Dowdell (1)"For the foregoing reasons, Dowdell's Motion to Dismiss (Docket No. 13) is DENIED. So ordered." (Sonnenberg, Elizabeth) (Entered: 07/18/2006) |
| 08/08/2006 | 35 | MOTION to Withdraw as Attorney by Victoria M. Bonilla. as to Darryl Dowdell. (Bonilla-Argudo, Victoria) (Entered: 08/08/2006) |
| 08/14/2006 |  | ELECTRONIC NOTICE OF HEARING ON MOTION as to Darryl Dowdell 35 MOTION to Withdraw as Attorney by Victoria M. Bonilla.: Motion Hearing set for 8/16/2006 11:00 AM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 08/14/2006) |
| 08/16/2006 |  | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Motion Hearing as to Darryl Dowdell held on 8/16/2006 re 35 MOTION to Withdraw as Attorney by Victoria M. Bonilla. filed by Darryl Dowdell,, Motions terminated as toDarryl Dowdell: DENIED in open court. This matter is set for trial on 9/18/06. Motions in limine 8/28/06, responses 9/5/06. Witness/exhibits 9/5/06, objections 9/11/06. Voir dire 9/5/06. Jury instructions and verdict form 9/11/06. Court will seat 12 and 2 alternates. Defendant gets 11 strikes, Govt. 7. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 08/16/2006) |
| 08/17/2006 | 36 | NOTICE OF ATTORNEY APPEARANCE John A. Wortmann, Jr appearing for USA. (Wortmann, John) (Entered: 08/17/2006) |
| 08/28/2006 | 37 | MOTION in Limine as to Darryl Dowdell. (Bonilla-Argudo, Victoria) Additional attachment(s) added on 8/29/2006 (Sonnenberg, Elizabeth). (Entered: 08/28/2006) |
| 08/30/2006 | 38 | MOTION for determination of acceptability of variance between |

|  |  |  |
|---|---|---|
|  |  | indictment and trial proof as to Darryl Dowdellby USA. (Wortmann, John) (Entered: 08/30/2006) |
| 08/31/2006 | 39 | Opposition by USA as to Darryl Dowdell re 30 MOTION in Limine (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Wortmann, John) (Entered: 08/31/2006) |
| 08/31/2006 | 40 | Opposition by USA as to Darryl Dowdell re 32 MOTION in Limine *to preclude the introduction of high crime/drug area evidence as to Darryl Dowdell*. (Wortmann, John) (Entered: 08/31/2006) |
| 09/01/2006 | 41 | Opposition by USA as to Darryl Dowdell re 31 MOTION in Limine *to preclude the government's introduction of defendant's unalleged bad acts* (Wortmann, John) (Entered: 09/01/2006) |
| 09/01/2006 | 42 | Opposition by USA as to Darryl Dowdell re 37 MOTION in Limine *re admissibility of testimony from the agent regarding crack cocaine* (Wortmann, John) (Entered: 09/01/2006) |
| 09/03/2006 | 44 | Proposed Voir Dire by USA as to Darryl Dowdell (Wortmann, John) (Entered: 09/03/2006) |
| 09/03/2006 | 45 | Proposed Jury Instructions by USA as to Darryl Dowdell (Wortmann, John) (Entered: 09/03/2006) |
| 09/04/2006 | 46 | Opposition by Darryl Dowdell re 38 MOTION for determination of acceptability of variance between indictment and trial proof (Bonilla-Argudo, Victoria) (Entered: 09/04/2006) |
| 09/04/2006 | 47 | Proposed Voir Dire by Darryl Dowdell (Bonilla-Argudo, Victoria) (Entered: 09/04/2006) |
| 09/04/2006 | 48 | Proposed Jury Instructions by Darryl Dowdell (Bonilla-Argudo, Victoria) (Entered: 09/04/2006) |
| 09/04/2006 | 49 | Proposed Jury Instructions by Darryl Dowdell (Bonilla-Argudo, Victoria) (Entered: 09/04/2006) |
| 09/05/2006 | 51 | EXHIBIT/WITNESS LIST by USA as to Darryl Dowdell (Wortmann, John) (Entered: 09/05/2006) |
| 09/05/2006 | 52 | EXHIBIT/WITNESS LIST by USA as to Darryl Dowdell (Wortmann, John) (Entered: 09/05/2006) |
| 09/08/2006 | 53 | NOTICE *of Objection to Proposed Exhibits* by Darryl Dowdell (Bourbeau, Michael) (Entered: 09/08/2006) |
| 09/08/2006 | 55 | MOTION for Reconsideration as to Darryl Dowdell. (Attachments: # 1 Exhibit 1)(Sonnenberg, Elizabeth) (Entered: 09/08/2006) |
| 09/11/2006 | 56 | MOTION sumission of draft transcripts as to Darryl Dowdellby USA. (Attachments: # 1 # 2 # 3)(Wortmann, John) (Entered: 09/11/2006) |
| 09/12/2006 |  | ELECTRONIC NOTICE OF HEARING ON MOTION as to Darryl Dowdell 54 SEALED MOTION, 38 MOTION for determination of |

| | | |
|---|---|---|
| | | acceptability of variance between indictment and trial proof, 55 MOTION for Reconsideration: Motion Hearing set for 9/14/2006 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 09/12/2006) |
| 09/14/2006 | | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Motion Hearing as to Darryl Dowdell held on 9/14/2006 re 54 SEALED MOTION filed by Darryl Dowdell,, 50 SEALED MOTION filed by USA,, 55 MOTION for Reconsideration filed by Darryl Dowdell,. Court allows defense counsel to withdraw after ex parte hearing. Counsel will further brief variance motion and clerk will appoint new counsel for defendant. Trial date of 9/18/06 is cancelled. Jury Trial set for 12/11/2006 09:00 AM in Courtroom 4 before Judge Nathaniel M. Gorton. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 09/18/2006) |
| 09/21/2006 | 57 | REPLY TO RESPONSE to Motion by USA as to Darryl Dowdell re 38 MOTION for determination of acceptability of variance between indictment and trial proof (Wortmann, John) (Entered: 09/21/2006) |
| 09/26/2006 | 58 | MEMORANDUM in Opposition by Darryl Dowdell re 38 MOTION for determination of acceptability of variance between indictment and trial proof (Bonilla-Argudo, Victoria) (Entered: 09/26/2006) |
| 10/03/2006 | 59 | Letter (non-motion) requesting a copy of docket sheet as to Darryl Dowdell (Sonnenberg, Elizabeth) (Entered: 10/06/2006) |
| 10/06/2006 | | Docket sheet sent to Daryl Dowdell as to Darryl Dowdell: (Sonnenberg, Elizabeth) (Entered: 10/06/2006) |
| 10/31/2006 | 61 | Magistrate Judge Joyce London Alexander : ORDER entered. CJA 20 as to Darryl Dowdell: Appointment of Attorney Mark W. Shea for Darryl Dowdell. (Lovett, Jarrett) (Entered: 10/31/2006) |
| 10/31/2006 | | Case as to Darryl Dowdell no longer referred to Magistrate Judge Joyce London Alexander. Case is hereby returned to Judge Nathaniel M. Gorton in that counsel was appointed to represent Darryl Dowdell. (Lovett, Jarrett) (Entered: 10/31/2006) |
| 11/02/2006 | 62 | Letter (non-motion) regarding a copy of docket sheet as to Darryl Dowdell (Sonnenberg, Elizabeth) (Entered: 11/02/2006) |
| 11/02/2006 | | Docket sheet sent to Daryl Dowdell as to Darryl Dowdell: (Sonnenberg, Elizabeth) (Entered: 11/02/2006) |
| 11/07/2006 | 63 | Judge Nathaniel M. Gorton : MEMORANDUM AND ORDER entered. as to Darryl Dowdell "The government's motion to determine the acceptability of variance between the indictment and trial proof (Docket No. 38) is treated as a motion to amend the indictment to change the identified controlled substance from "cocaine" to "cocaine base" and, as so construed, the motion is ALLOWED. So ordered." (Sonnenberg, Elizabeth) (Entered: 11/07/2006) |
| 11/14/2006 | 64 | Letter (non-motion) regarding a copy of docket sheet as to Darryl |

| | | |
|---|---|---|
| | | Dowdell (Sonnenberg, Elizabeth) (Entered: 11/15/2006) |
| 11/14/2006 | | Docket sheet sent to Darryl Dowdell as to Darryl Dowdell: (Sonnenberg, Elizabeth) (Entered: 11/15/2006) |
| 11/15/2006 | | ELECTRONIC NOTICE OF HEARING as to Darryl Dowdell Pretrial Conference set for 11/28/2006 12:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 11/15/2006) |
| 11/28/2006 | 65 | MOTION to Withdraw as Attorney *for Daryl Dowdell* by Mark Shea. as to Darryl Dowdell. (Shea, Mark) (Entered: 11/28/2006) |
| 11/28/2006 | | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Motion Hearing as to Darryl Dowdell held on 11/28/2006 re 65 MOTION to Withdraw as Attorney *for Daryl Dowdell* by Mark Shea. filed by Darryl Dowdell, (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 11/28/2006) |
| 11/28/2006 | 66 | Judge Nathaniel M. Gorton : ORDER entered. ORDER REFERRING CASE to Magistrate Judge Joyce London Alexander Reason for referral: appointment of counsel as to Darryl Dowdell (Nicewicz, Craig) (Entered: 11/28/2006) |
| 11/28/2006 | | ELECTRONIC NOTICE OF RESCHEDULING as to Darryl Dowdell Jury Trial set for 2/12/2007 09:00 AM in Courtroom 4 before Judge Nathaniel M. Gorton. Pretrial Conference set for 2/7/2007 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 11/28/2006) |
| 11/28/2006 | 67 | Magistrate Judge Joyce London Alexander : ORDER entered. CJA 20 as to Darryl Dowdell: Appointment of Attorney Kevin L. Barron for Darryl Dowdell. (Lovett, Jarrett) (Entered: 11/28/2006) |
| 11/28/2006 | | Attorney update in case as to Darryl Dowdell. Attorney Mark W. Shea terminated. (Lovett, Jarrett) (Entered: 11/28/2006) |
| 11/28/2006 | | Case as to Darryl Dowdell no longer referred to Magistrate Judge Joyce London Alexander. This case hereby returned to Judge Nathaniel M. Gorton (Lovett, Jarrett) (Entered: 11/28/2006) |
| 12/15/2006 | 68 | Letter (non-motion) regarding Copy of Criminal Docket Sheet as to Darryl Dowdell (Sonnenberg, Elizabeth) (Entered: 12/15/2006) |
| 12/15/2006 | | Docket sheet sent to Darryl Dowdell as to Darryl Dowdell: (Sonnenberg, Elizabeth) (Entered: 12/15/2006) |
| 12/18/2006 | 69 | MOTION to Continue *Trial* as to Darryl Dowdell. (Barron, Kevin) (Entered: 12/18/2006) |
| 01/03/2007 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 69 Motion to Continue as to Darryl Dowdell (1) (Nicewicz, Craig) (Entered: 01/03/2007) |
| 01/03/2007 | | Terminate Deadlines and Hearings as to Darryl Dowdell: pretrial and trial (Nicewicz, Craig) (Entered: 01/03/2007) |

| 01/03/2007 | | ELECTRONIC NOTICE OF RESCHEDULING as to Darryl Dowdell Jury Trial set for 4/9/2007 09:00 AM in Courtroom 4 before Judge Nathaniel M. Gorton. Pretrial Conference set for 4/4/2007 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 01/03/2007) |
|---|---|---|
| 01/18/2007 | 70 | MOTION to Seal as to Darryl Dowdell. (Barron, Kevin) (Entered: 01/18/2007) |
| 03/14/2007 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 70 Motion to Seal as to Darryl Dowdell (1) (Nicewicz, Craig) (Entered: 03/14/2007) |
| 03/15/2007 | 71 | MOTION to Continue *Trial* as to Darryl Dowdell. (Barron, Kevin) (Entered: 03/15/2007) |
| 03/20/2007 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 71 Motion to Continue as to Darryl Dowdell (1) (Nicewicz, Craig) (Entered: 03/20/2007) |
| 03/20/2007 | | Terminate Deadlines and Hearings as to Darryl Dowdell: pretrial and trial date (Nicewicz, Craig) (Entered: 03/20/2007) |
| 03/20/2007 | | ELECTRONIC NOTICE OF RESCHEDULING as to Darryl Dowdell Jury Trial set for 5/29/2007 09:00 AM in Courtroom 4 before Judge Nathaniel M. Gorton. Pretrial Conference set for 5/22/2007 03:30 PM in Courtroom 4 before Judge Nathaniel M. Gorton. Time excluded in the interest of justice.(Nicewicz, Craig) (Entered: 03/20/2007) |
| 03/26/2007 | 72 | Letter (non-motion) as to Darryl Dowdell (Attachments: # 1 Exhibit Writ Habeas Corpus Ad Prosequendum)(Barron, Kevin) (Entered: 03/26/2007) |
| 03/26/2007 | 73 | MOTION for Writ of Habeas Corpus ad prosequendum *from Suffolk County* as to Darryl Dowdell. (Barron, Kevin) (Entered: 03/26/2007) |
| 03/27/2007 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 73 Motion for Writ of Habeas Corpus ad prosequendum as to Darryl Dowdell (1) (Sonnenberg, Elizabeth) (Entered: 03/27/2007) |
| 04/02/2007 | 74 | SEALED MOTION as to Darryl Dowdell. (Sonnenberg, Elizabeth) (Entered: 04/03/2007) |
| 04/02/2007 | 76 | SEALED MOTION as to Darryl Dowdell. (Sonnenberg, Elizabeth) (Entered: 04/06/2007) |
| 04/05/2007 | 75 | INFORMATION TO ESTABLISH PRIOR CONVICTION as to Darryl Dowdell (Wortmann, John) (Entered: 04/05/2007) |
| 05/09/2007 | | ELECTRONIC NOTICE OF HEARING as to Darryl Dowdell Status Conference set for 5/11/2007 10:00 AM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 05/09/2007) |
| 05/11/2007 | 77 | NOTICE *of List of Outstanding Motions Filed by USA* by Darryl Dowdell (Wortmann, John) (Entered: 05/11/2007) |

| 05/11/2007 | 78 | Supplemental MEMORANDUM in Support by Darryl Dowdell re 30 MOTION in Limine, 32 MOTION in Limine, 31 MOTION in Limine (Barron, Kevin) (Entered: 05/11/2007) |
|---|---|---|
| 05/11/2007 | | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Status Conference as to Darryl Dowdell held on 5/11/2007. Case ready for trial. Pretrial on 22nd of this month. Trial to commence May 29. Court has colloquy with counsel re: filings for preparation of trial and empanelment proces. (Court Reporter Dahlstrom.)(Nicewicz, Craig) Modified on 5/15/2007 (Nicewicz, Craig). (Entered: 05/15/2007) |
| 05/13/2007 | 79 | MOTION to Withdraw as Attorney as to Darryl Dowdell. (Barron, Kevin) (Entered: 05/13/2007) |
| 05/14/2007 | 80 | REPLY TO RESPONSE to Motion by USA as to Darryl Dowdell re 31 MOTION in Limine (Wortmann, John) (Entered: 05/14/2007) |
| 05/14/2007 | 81 | SUR-REPLY to Motion by Darryl Dowdell re 30 MOTION in Limine, 31 MOTION in Limine (Barron, Kevin) (Entered: 05/14/2007) |
| 05/14/2007 | 82 | EXHIBIT/WITNESS LIST by Darryl Dowdell (Barron, Kevin) (Entered: 05/14/2007) |
| 05/14/2007 | 83 | MOTION for Extension of Time to File *Witness List* as to Darryl Dowdell. (Barron, Kevin) (Entered: 05/14/2007) |
| 05/15/2007 | 84 | EXHIBIT/WITNESS LIST by USA as to Darryl Dowdell (Wortmann, John) (Entered: 05/15/2007) |
| 05/15/2007 | | ELECTRONIC NOTICE OF HEARING ON MOTION as to Darryl Dowdell 79 MOTION to Withdraw as Attorney : Motion Hearing set for 5/18/2007 10:00 AM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 05/15/2007) |
| 05/16/2007 | 85 | NOTICE of Alibi as to Darryl Dowdell (Barron, Kevin) (Entered: 05/16/2007) |
| 05/17/2007 | 86 | EXHIBIT/WITNESS LIST by USA as to Darryl Dowdell (Wortmann, John) (Entered: 05/17/2007) |
| 05/17/2007 | 87 | MOTION to Strike *Alibi Defense* as to Darryl Dowdellby USA. (Wortmann, John) (Entered: 05/17/2007) |
| 05/18/2007 | | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Motion Hearing as to Darryl Dowdell held on 5/18/2007 re [Denying 79] MOTION to Withdraw as Attorney filed by Darryl Dowdell, Granting 83 MOTION for Extension of Time to File *Witness List* filed by Darryl Dowdell (Court Reporter Joyce.)(Nicewicz, Craig) (Entered: 05/18/2007) |
| 05/18/2007 | | ELECTRONIC NOTICE OF RESCHEDULING as to Darryl Dowdell Pretrial Conference set for 5/24/2007 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 05/21/2007) |
| 05/21/2007 | | Terminate Deadlines and Hearings as to Darryl Dowdell: pretrial |

| | | |
|---|---|---|
| | | (Nicewicz, Craig) (Entered: 05/21/2007) |
| 05/23/2007 | 90 | EXHIBIT/WITNESS LIST by Darryl Dowdell (Barron, Kevin) (Entered: 05/23/2007) |
| 05/23/2007 | 91 | EXHIBIT/WITNESS LIST by Darryl Dowdell (Barron, Kevin) (Entered: 05/23/2007) |
| 05/24/2007 | 92 | MOTION Except Investigator from Sequestration as to Darryl Dowdell. (Barron, Kevin) (Entered: 05/24/2007) |
| 05/24/2007 | 93 | Supplemental MOTION in Limine as to Darryl Dowdell. (Barron, Kevin) (Entered: 05/24/2007) |
| 05/25/2007 | 94 | MEMORANDUM in Opposition by USA as to Darryl Dowdell re 93 Supplemental MOTION in Limine *regarding booksheet and photo* (Wortmann, John) Additional attachment(s) added on 5/25/2007 (Sonnenberg, Elizabeth). (Entered: 05/25/2007) |
| 05/25/2007 | 95 | REPLY TO RESPONSE to Motion by Darryl Dowdell re 93 Supplemental MOTION in Limine *Concerning Booking Sheets* (Barron, Kevin) (Entered: 05/25/2007) |
| 05/25/2007 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 50 Sealed Motion as to Darryl Dowdell (1) (Sonnenberg, Elizabeth) (Entered: 05/25/2007) |
| 05/25/2007 | 96 | Judge Nathaniel M. Gorton : ORDER entered denying 93 Motion in Limine as to Darryl Dowdell (1)(Please see order for details.) (Sonnenberg, Elizabeth) (Entered: 05/25/2007) |
| 05/25/2007 | | Electronic Clerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Pretrial Conference as to Darryl Dowdell held on 5/25/2007 (Court Reporter Dahlstrom.)(Nicewicz, Craig) (Entered: 06/08/2007) |
| 05/28/2007 | 97 | Supplemental Proposed Jury Questions by USA as to Darryl Dowdell *Regarding Support for Proposed "CSI" Question 5* (Wortmann, John) (Entered: 05/28/2007) |
| 05/28/2007 | 98 | EXHIBIT/WITNESS LIST by Darryl Dowdell (Barron, Kevin) (Entered: 05/28/2007) |
| 05/28/2007 | 99 | Proposed Voir Dire by Darryl Dowdell (Attachments: # 1 Supplement Article Yale Law Journal)(Barron, Kevin) (Entered: 05/28/2007) |
| 05/28/2007 | 100 | MOTION for Writ of Habeas Corpus ad testificandum *for Witness Douglas Anderson* as to Darryl Dowdell. (Barron, Kevin) (Entered: 05/28/2007) |
| 05/28/2007 | 101 | MOTION to Seal as to Darryl Dowdell. (Barron, Kevin) (Entered: 05/28/2007) |
| 05/29/2007 | 102 | MOTION for Hearing *Rule 104* as to Darryl Dowdell. (Barron, Kevin) (Entered: 05/29/2007) |

CM/ECF - USDC Massachusetts - Version 3.1.1 as of 3/3/08
Case 1:05-cr-10078-NMG Document 139-2 Filed 07/11/2008 Page 15 of 18
Page 15 of 18

| | | |
|---|---|---|
| 05/29/2007 | | Electronic Clerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Voir Dire begun on 5/29/2007 Darryl Dowdell (1) on Count 1. Jury Trial Day 1 as to Darryl Dowdell held on 5/29/2007. Jury of 12 + 2 alternates selected. Jury is SWORN. Openings. Testimony of J. Monteiro. (Court Reporter Dahlstrom.)(Nicewicz, Craig) (Entered: 06/04/2007) |
| 05/30/2007 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 100 Motion for Writ of Habeas Corpus ad testificandum as to Darryl Dowdell (1) (Sonnenberg, Elizabeth) (Entered: 05/30/2007) |
| 05/30/2007 | 103 | Writ of Habeas Corpus ad Testificandum Issued as to Douglas Anderson for 5/31/07 in case as to Darryl Dowdell (Sonnenberg, Elizabeth) (Entered: 05/30/2007) |
| 05/30/2007 | 104 | MOTION for Acquittal *at the Conclusion of the Government's Case* as to Darryl Dowdell. (Barron, Kevin) (Entered: 05/30/2007) |
| 05/30/2007 | 105 | MOTION for Acquittal *at the Conclusion of All the Evidence* as to Darryl Dowdell. (Barron, Kevin) (Entered: 05/30/2007) |
| 05/30/2007 | | Electronic Clerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Jury Trial Day 2 as to Darryl Dowdell held on 5/30/2007. Testimony of Monteiro continues. Testimony of David Thornell. Testimony of Richard Harkins. Testimony of James Morecroft. Govt. rests. Testimony of Robert Cox. Testimony of Robert Cohen. Defense rests. Jury excused. Charge conference. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 06/04/2007) |
| 05/31/2007 | 106 | Response as to Darryl Dowdell: 75 Information to Establish Prior Conviction filed by USA. (Barron, Kevin) (Entered: 05/31/2007) |
| 05/31/2007 | | Electronic Clerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Jury Trial Day 3 as to Darryl Dowdell held on 5/31/2007. Closings. Jury charge. Jury retires to deliberate. Guilty verdict as to count 1 returned. Court thanks jury for their service, jury excused. Sentencing set for 9/12/07 at 3:00 p.m. Defendant remanded to custody of US Marshal. (Court Reporter Dahlstrom.)(Nicewicz, Craig) (Entered: 06/04/2007) |
| 05/31/2007 | 107 | JURY/WITNESS LIST by Darryl Dowdell (Nicewicz, Craig) (Entered: 06/04/2007) |
| 05/31/2007 | 108 | EXHIBIT LIST by Darryl Dowdell (Nicewicz, Craig) Additional attachment(s) added on 6/4/2007 (Nicewicz, Craig). (Entered: 06/04/2007) |
| 05/31/2007 | 109 | Jury Charge as to Darryl Dowdell (Nicewicz, Craig) (Entered: 06/04/2007) |
| 05/31/2007 | 110 | JURY VERDICT as to Darryl Dowdell (1) Guilty on Count 1. (Nicewicz, Craig) Additional attachment(s) added on 6/8/2007 (Sonnenberg, Elizabeth). (Entered: 06/04/2007) |

| 06/04/2007 | 111 | Judge Nathaniel M. Gorton : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Darryl Dowdell Sentencing set for 9/12/2007 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 06/04/2007) |
|---|---|---|
| 06/05/2007 | 112 | PROPOSED DOCUMENT(S): Returned Subpoenas submitted to the Court by Darryl Dowdell (Sonnenberg, Elizabeth) (Entered: 06/05/2007) |
| 06/05/2007 | 113 | US Marshal Process Receipt and Return for. Jennifer Farrell served Delivered on 5/29/07 (Sonnenberg, Elizabeth) (Entered: 06/05/2007) |
| 06/06/2007 | 114 | Supplemental MOTION for Acquittal *at the Conclusion of All the Evidence* as to Darryl Dowdell. (Barron, Kevin) (Entered: 06/06/2007) |
| 06/08/2007 | 115 | Opposition by USA as to Darryl Dowdell re 114 Supplemental MOTION for Acquittal *at the Conclusion of All the Evidence* (Attachments: # 1)(Wortmann, John) (Entered: 06/08/2007) |
| 07/08/2007 | 116 | MOTION to Continue *Sentencing* as to Darryl Dowdell. (Barron, Kevin) (Entered: 07/08/2007) |
| 07/12/2007 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 116 Motion to Continue as to Darryl Dowdell (1)Sentencing set for 10/25/2007 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 07/12/2007) |
| 09/03/2007 | 117 | MOTION for Disclosure *of Probation Records* as to Darryl Dowdell. (Barron, Kevin) (Entered: 09/03/2007) |
| 09/04/2007 | 118 | RESPONSE to Motion by USA as to Darryl Dowdell re 117 MOTION for Disclosure *of Probation Records* (Wortmann, John) (Entered: 09/04/2007) |
| 09/04/2007 | 119 | REPLY TO RESPONSE to Motion by Darryl Dowdell re 117 MOTION for Disclosure *of Probation Records* (Barron, Kevin) (Entered: 09/04/2007) |
| 09/06/2007 | 120 | Judge Nathaniel M. Gorton : ORDER entered granting 117 Motion for Disclosure as to Darryl Dowdell (1)"Motion allowed; requested records shall be disclosed to both parties pursuant to the standard practice of the Probation Office." (Sonnenberg, Elizabeth) (Entered: 09/07/2007) |
| 09/11/2007 | 121 | Letter (non-motion) regarding problems with communicating with his Attorney as to Darryl Dowdell (Attachments: # 1 Affidavit)(Sonnenberg, Elizabeth) (Entered: 09/12/2007) |
| 09/24/2007 | 122 | Letter (non-motion) regarding Darrly Dowdell requesting docket sheet as to Darryl Dowdell. (Sonnenberg, Elizabeth) (Entered: 09/26/2007) |
| 09/26/2007 | | Docket sheet sent to Darryl Dowdell as to Darryl Dowdell: at ECCF PO Box 807 Middleton, MA 01949 (Sonnenberg, Elizabeth) (Entered: 09/26/2007) |
| 10/17/2007 | 124 | MOTION to Continue *Sentencing* as to Darryl Dowdell. (Barron, Kevin) (Entered: 10/17/2007) |

CM/ECF - USDC Massachusetts - Version 3.2.1 as of 5/3/08
Case 1:05-cr-10078-NMG   Document 139-2   Filed 07/11/2008   Page 17 of 18
Page 17 of 18

| | | |
|---|---|---|
| 10/23/2007 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 124 Motion to Continue as to Darryl Dowdell (1) (Nicewicz, Craig) (Entered: 10/23/2007) |
| 10/23/2007 | | Terminate Deadlines and Hearings as to Darryl Dowdell: sentencing (Nicewicz, Craig) (Entered: 10/23/2007) |
| 10/23/2007 | | ELECTRONIC NOTICE OF HEARING as to Darryl DowdellHearing set for 10/25/2007 02:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 10/23/2007) |
| 10/26/2007 | | Electronic Clerk Notes for proceedings held before Judge Nathaniel M. Gorton : Status Conference as to Darryl Dowdell held on 10/26/2007. Colloquy with defendant and defense counel outside hearing of Govt. New counsel shall be appointed. Sentencing set for 1/31/2008 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 10/26/2007) |
| 11/08/2007 | 127 | Judge Marianne B. Bowler: ORDER entered appointing CJA Attorney Raymond A. O'Hara for Darryl Dowdell. (Duffy, Marc) Additional attachment(s) added on 11/26/2007 (Duffy, Marc). (Entered: 11/08/2007) |
| 11/08/2007 | | Notice of correction to docket made by Court staff. Correction: Docket No.127 corrected because: This was an electronic order, no document should be attached. as to Darryl Dowdell (Sonnenberg, Elizabeth) (Entered: 11/08/2007) |
| 11/09/2007 | 128 | Letter (non-motion) requesting a docket sheet as to Darryl Dowdell (Sonnenberg, Elizabeth) (Entered: 11/09/2007) |
| 11/14/2007 | | Docket sheet sent to Darryl Dowdell as to Darryl Dowdell: (Sonnenberg, Elizabeth) (Entered: 11/14/2007) |
| 01/25/2008 | 130 | SENTENCING MEMORANDUM by USA as to Darryl Dowdell (Attachments: # 1 Exhibit Essex County Disciplinary Reports) (Wortmann, John) (Entered: 01/25/2008) |
| 01/30/2008 | | Judge Nathaniel M. Gorton: Electronic ORDER entered granting 131 Sealed Motion as to Darryl Dowdell (1) (Nicewicz, Craig) (Entered: 01/30/2008) |
| 01/30/2008 | | Terminate Deadlines and Hearings as to Darryl Dowdell: disposition (Nicewicz, Craig) (Entered: 01/30/2008) |
| 01/30/2008 | | ELECTRONIC NOTICE OF RESCHEDULING as to Darryl Dowdell Sentencing set for 4/3/2008 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 01/30/2008) |
| 04/02/2008 | | Terminate Deadlines and Hearings as to Darryl Dowdell: sentencing (Nicewicz, Craig) (Entered: 04/02/2008) |
| 04/02/2008 | | Judge Nathaniel M. Gorton: Electronic ORDER entered granting 132 Sealed Motion as to Darryl Dowdell (1) (Nicewicz, Craig) (Entered: |

| | | |
|---|---|---|
| | | 04/02/2008) |
| 04/02/2008 | | ELECTRONIC NOTICE OF RESCHEDULING as to Darryl Dowdell Sentencing set for 6/6/2008 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 04/02/2008) |
| 05/23/2008 | 134 | MOTION for Writ of Habeas Corpus ad prosequendum as to Darryl Dowdell. (Sonnenberg, Elizabeth) (Entered: 05/23/2008) |
| 05/23/2008 | 135 | Opposition by USA as to Darryl Dowdell re 134 MOTION for Writ of Habeas Corpus ad prosequendum *and request to strike* (Wortmann, John) (Entered: 05/23/2008) |
| 06/04/2008 | 136 | SENTENCING MEMORANDUM by Darryl Dowdell (O'Hara, Raymond) (Entered: 06/04/2008) |
| 06/06/2008 | | Electronic Clerk Notes for proceedings held before Judge Nathaniel M. Gorton: Sentencing held on 6/6/2008 for Darryl Dowdell (1), Count(s) 1, On Count 1; 198 months in BOP, followed by 6 years of SR. $100 SA. Defendant informed or rights to appeal and reprensentation and remanded. See Judgment for details... (Court Reporter Dahlstrom.) (Attorneys present: Wortmann, O'Hara) (Nicewicz, Craig) (Entered: 06/10/2008) |
| 06/15/2008 | 137 | NOTICE OF APPEAL by Darryl Dowdell NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 7/7/2008. (O'Hara, Raymond) (Entered: 06/15/2008) |
| 06/19/2008 | 138 | Judge Nathaniel M. Gorton: ORDER entered. JUDGMENT as to Darryl Dowdell (1), Count(s) 1, On Count 1; 198 months in BOP, followed by 6 years of SR. $100 SA. Defendant informed or rights to appeal and reprensentation and remanded. See Judgment for details., STATEMENT OF REASONS as to Darryl Dowdell (Sonnenberg, Elizabeth) (Entered: 06/19/2008) |