# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cr-10078

United States of America

v.

Darryl Dowdell

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-28, 30-53, 55-59, 61, 62-65, 67-73, 75, 77-87, 90-124, 127, 128, 130, 134-138

Sealed Documents 50, 74, 76, 88, 89, 126, 132, 133

and contained in I & II Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/15/2008.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 10, 2008.

Sarah A. Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 7/15/08

_____
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 08-1855

- 3/06