UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
_____

No. 05-10078-NMG
_____

UNITED STATES OF AMERICA

v.

DARRYL DOWDELL,
Defendant
_____

**APPEARANCE OF COUNSEL**

Having been appointed by the United States Court of Appeals for the First Circuit to represent Mr. Dowdell on appeal, Charles W. Rankin enters his appearance as appointed counsel of record for the defendant Darryl Dowdell.

Respectfully submitted

/s/ Charles W. Rankin
_____
Charles W. Rankin
BBO No. 411780
Rankin & Sultan
151 Merrimac St.
Boston, MA 02114
(617) 720-0011

**CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants on August 26, 2008.

/s/ Charles W. Rankin
_____
Charles W. Rankin