```
          UNITED STATES DISTRICT COURT
           DISTRICT OF MASSACHUSETTS
                  _____

                No. 05-10078-NMG
                  _____

              UNITED STATES OF AMERICA

                      v.

                 DARRYL DOWDELL,
                    Defendant
                  _____
```

**STATUS REPORT BY DEFENDANT REGARDING
ORDER OF COURT OF APPEALS**

As the Court is aware, the United States Court of Appeals for the First Circuit entered an order on August 26, 2008, directing defendant-appellant Dowdell to file periodic status reports with the First Circuit until this Court resolves the defendant's "Renewed Motion for Judgment of Acquittal at the Conclusion of all the Evidence," docket entry 114, filed on June 6, 2007. The government filed an opposition on June 8, 2007, docket entry 115.

Last week undersigned counsel was appointed by the Court of Appeals to represent Mr. Dowdell on appeal. Counsel has not yet received the case file from predecessor counsel. Counsel understands that none of the transcripts have yet been prepared.

Counsel understands that this Court may be in a position to rule on the motion at this time, since the Court presided over the trial. If the Court would find further briefing or oral argument helpful, then counsel asks that he be afforded time to (1) obtain the trial transcript, and, (2) review the trial transcript so that

he can familiarize himself with the case.

>Respectfully submitted
>The defendant Darryl Dowdell
>By his counsel
>
>/s/ Charles W. Rankin
>_____
>Charles W. Rankin
>BBO No. 411780
>Rankin & Sultan
>151 Merrimac St.
>Boston, MA 02114
>(617) 720-0011

**CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants on August 26, 2008.

>/s/ Charles W. Rankin
>_____
>Charles W. Rankin