# United States Court of Appeals
## For the First Circuit

NO. 08-1855

UNITED STATES,

Appellee,

v.

DARRYL DOWDELL,

Defendant - Appellant.

---

### ORDER OF COURT

Entered: August 26, 2008
Pursuant to 1st Cir. R. 27.0(d)

This court has docketed defendant's appeal from the judgment entered on June 19, 2008 in CR No. 05-10078 (D. Mass.) as Appeal No. 08-1855. On June 6, 2007, defendant filed a renewed motion for judgment of acquittal at the conclusion of all evidence in the district court. Pursuant to Fed. R. App. P. 4(b)(3), the notice of appeal from the judgment does not become effective until the district court disposes of the motion for judgment of acquittal.

Therefore, defendant-appellant is directed to file a status report by 09/25/08 and at thirty day intervals thereafter, informing this court of any action taken by the district court on the motion for judgment of acquittal. While appellant is encouraged to proceed with ordering all necessary transcripts to pursue this appeal, the time to file a transcript order form is enlarged to 10 days after the district court disposes of the above-mentioned motion. See Fed. R. App. P. 4(b)(1).

Failure to comply with this order may lead to dismissal of this appeal for lack of diligent prosecution. Local Rule 3.0(b).

Once the district court rules on the motion for judgment of acquittal, it is directed to forward its decision to this court forthwith.

By the Court:
/s/ Richard Cushing Donovan, Clerk

cc:
Honorable Nathaniel M. Gorton
Sarah A. Thornton, Clerk of Court for the District of Massachusetts
Darryl Dowdell
Donald L. Cabell
Dina Michael Chaitowitz
Charles W. Rankin
John A. Wortmann