## United States District Court
## District of Massachusetts

**DARRYL DOWDELL,**
         **Petitioner,**

         **v.**

**UNITED STATES,**
         **Respondent.**

)
)
)
)
)
)
)
)
)
)

**Civil No.**
**10-11806-NMG**

## ORDER

**GORTON, J.**

This action arises from petitioner's motion to vacate his
sentence, brought pursuant to 28 U.S.C. § 2255.

On April 13, 2012, this Court issued a Memorandum & Order in
which it dismissed Grounds One and Two of the motion to vacate,
pursuant to Rule 4(b) of The Rules Governing Section 2255
Proceedings ("Rule 4(b)"), and retained under advisement Ground
Three, the sole remaining potential basis for relief. With
respect to Ground Three, the Court directed Attorney Kevin Barron
to submit an affidavit addressing petitioner's allegation that
Attorney Barron coerced him into forgoing his right to testify at
trial. Having received and reviewed the attorney's affidavit and
having found that it contradicts petitioner's version of events,
which is uncorroborated and implausible, the Court will dismiss
Ground Three without an evidentiary hearing in accordance with
Rule 4(b).

-1-

In light of the foregoing, Dowdell's § 2255 petition (Docket No. 1) is **DISMISSED** and, finding no colorable basis for appeal, a certificate of appealability is **DENIED** as to all grounds.

**So ordered.**

Nathaniel M. Gorton
United States District Judge

Dated April 26, 2012